| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Nicole Lavallee, Esq. | SBN: Bar No. 165755<br>BERMAN TABACCO<br>44 Montgomery Street Suite 650  San Francisco, CA 94104<br>TELEPHONE NO.: (415) 433-3200 | FAX NO. (415) 433-6382 | E-MAIL ADDRESS<br>ATTORNEY FOR (Name): Plaintiffs | |

UNITED STATES DISTRICT COURT OF CALIFORNIA
STREET ADDRESS: 312 N. SPRING ST. #G-8
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: CENTRAL DISTRICT

| PLAINTIFF/PETITIONER: SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS | 2:21-CV-02873 FMO (JPRx) |
| **PROOF OF SERVICE OF SUMMONS IN A CIVIL ACTION** | Ref. No. or File No.:<br>10001.500 - PNM - Canoo |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other (specify documents): **Summons in a Civil Action; Class Action Class Action Complaint for Violation of the Federal Securities Laws; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; and Notice to Parties of Court-Directed ADR Program**
3. a. Party served (specify name of party as shown on documents served):
   **CANOO, INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   **Corporation Service Company, Agent for service - service was brought to completion when I placed the placed the documents in a designated CSC basket, in the presence of CSC Security Guard, George Jackson**
   Age: 30 | Weight: 160 | Hair: Bald | Sex: Male | Height: 5'9" | Eyes: | Race: Tan

4. Address where the party was served: **251 Little Falls Drive**
   **Wilmington, DE 19808-1674**

5. I served the party (check proper box)
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **4/19/2021**   (2) at (time): **9:36 AM**
   b. ☐ **by substituted service.** On (date): at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on (date): from (city):        or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS
IN A CIVIL ACTION**

Code of Civil Procedure, § 417.10
POS010-1/SF42977

Case 2:21-cv-02873-FMO-JPR   Document 11   Filed 04/19/21   Page 2 of 2   Page ID #:51

| PETITIONER: SAMUEL BLAKE, individually and on Behalf of All Others Similarly Situated | CASE NUMBER: |
|---|---|
| RESPONDENT: CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS | 2:21-CV-02873 FMO (JPRx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*               (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
   a. Name: **Selena Cabrera - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **859 Harrison Street, Suite A  San Francisco, CA 94107**
   c. Telephone number: **(415) 351-0400**
   d. **The fee** for service was: **$ 266.00**
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner    ☐ employee    ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/19/2021**

Nationwide Legal, LLC
859 Harrison Street, Suite A
San Francisco, CA 94107
(415) 351-0400
www.nationwideasap.com

_____Selena Cabrera_____                    ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                  (SIGNATURE)