# Exhibit 3

**Canoo Inc. Loss Chart**
**Class Period:  August 18, 2020 and March 29, 2021**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 8.364418605 |
| Baber, James | 2/16/2021 | 2,000 | ($16.69) | ($33,380.00) | 5/13/2021 | 35,000 | $7.33* | $256,550.00 | | | | |
| | 2/17/2021 | 1,000 | ($16.01) | ($16,010.00) | 5/13/2021 | 35,000 | $8.36** | $292,754.65 | | | | |
| | 2/19/2021 | 5,888 | ($15.56) | ($91,617.28) | | | | | | | | |
| | 2/22/2021 | 3,000 | ($14.97) | ($44,910.00) | | | | | | | | |
| | 2/23/2021 | 2,112 | ($13.23) | ($27,941.76) | | | | | | | | |
| | 2/24/2021 | 7,000 | ($13.70) | ($95,900.00) | | | | | | | | |
| | 2/26/2021 | 1,500 | ($12.96) | ($19,440.00) | | | | | | | | |
| | 3/3/2021 | 500 | ($13.59) | ($6,795.00) | | | | | | | | |
| | 3/4/2021 | 500 | ($12.06) | ($6,030.00) | | | | | | | | |
| | 3/5/2021 | 500 | ($10.41) | ($5,205.00) | | | | | | | | |
| | 3/8/2021 | 1,000 | ($11.23) | ($11,230.00) | | | | | | | | |
| | 3/22/2021 | 5,000 | ($15.01) | ($75,050.00) | | | | | | | | |
| | 3/23/2021 | 3,000 | ($15.02) | ($45,060.00) | | | | | | | | |
| | 3/24/2021 | 700 | ($13.32) | ($9,324.00) | | | | | | | | |
| | 3/25/2021 | 2,300 | ($12.42) | ($28,566.00) | | | | | | | | |
| | | 36,000 | | ($516,459.04) | | 35,000 | | $292,754.65 | 1,000 | $8,364.42 | ($215,339.97) | |

*Actual price per share of sales
**Price per share adjusted for the higher of actual sales price or the lookback price