**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Jeffrey Paljevic*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | No.: 2:21-cv-02873-FMO (JPRx)<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF JEFFREY PALJEVIC'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Fernando M. Olguin<br>Date: July 1, 2021<br>Time: 10:00 a.m.<br>Courtroom #6D |

*Caption continued on next page*

| JUSTIN KOJAK, Individually and on Behalf of All Others Similarly Situated, | No.: 2:21-cv-02879-DSF (PVCx) |
|---|---|
| Plaintiff, | Judge: Hon. Dale S. Fischer |
| v. | |
| CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE, | |
| Defendants. | |
| JEFF TYLER, Individually and on Behalf of All Others Similarly Situated, | No.: 2:21-cv-03080- FMO (JPRx) |
| Plaintiff, | Judge: Hon. Fernando M. Olguin |
| v. | |
| CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS, | |
| Defendants. | |

I, ADAM M. APTON hereby declare that:

1. I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Jeffrey Paljevic ("Movant"), and proposed Lead Counsel for the class.

2. I make this Declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

4. Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

5. Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in this Court on April 2, 2021.

6. Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: June 1, 2021                    */s/ Adam M. Apton*
                                        Adam M. Apton

DECLARATION OF ADAM M. APTON
Case Nos. 2:21-cv-02873-FMO (JPRx), 2:21-cv-02879-DSF (PVCx), 2:21-cv-03080- FMO (JPRx)
3

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On June 1, 2021, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF JEFFREY PALJEVIC FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 1, 2021.

*/s/ Adam M. Apton*
Adam M. Apton