# EXHIBIT C





# GOEV CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Canoo Inc.

April 02, 2021 08:28 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Central District of California captioned *Kojak v. Canoo Inc., et al.*, Case No. 21-cv-2879, on behalf of persons and entities that purchased or otherwise acquired Canoo Inc. ("Canoo" or the "Company") (NASDAQ: GOEV) f/k/a Hennessy Capital Acquisition Corp. IV ("Hennessy Capital") securities between **August 18, 2020 and March 29, 2021**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have until **60 days from this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Canoo investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/canoo-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

Canoo Holdings Ltd. ("Canoo Holdings") was an electric vehicle company that touted a "unique business model that defies traditional ownership to put customers first." It has announced a delivery vehicle (to launch in 2022), pickup truck (to launch in 2023), and van, all of which are built on the same underlying technological platform.

Hennessy Capital was a blank check company formed for the purpose of effecting a merger, capital stock exchange, asset acquisition, stock purchase, reorganization or similar business combination. On or about December 21, 2020, Canoo Holdings became a public entity via merger with Hennessy Capital, with the surviving entity named "Canoo."

On March 29, 2021, after the market closed, Canoo revealed that the Company would no longer focus on its engineering services line, which had been touted in the SPAC merger documents just three months earlier and formed the basis of Canoo's growth story.

On this news, the Company's stock price fell $2.50, or 21.19%, to close at $9.30 per share on March 30, 2021, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Canoo had decreased its focus on its plan to sell vehicles to consumers through a subscription model; (2) that Canoo would de-emphasize its engineering services business; (3) that, contrary to prior statements, Canoo did not have partnerships with original equipment manufacturers

and no longer engaged in the previously announced partnership with Hyundai; and (4) as a result, Defendants' statements about its business, operations, and prospects were materially false and misleading and/or lacked reasonable basis at all relevant times.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Canoo securities during the Class Period, you may move the Court no later than **60 days from this notice** ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

www.glancylaw.com

shareholders@glancylaw.com

## #Hashtags

#CLASSACTION    #FRAUD    #INVESTORS

## $Cashtags

$GOEV