**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore (SBN 228474)
Melissa A. Fortunato (SBN 319767)
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone:  (213) 612-7222
Facsimile:   (212) 214-0506
Email:  passmore@bespc.com
           fortunato@bespc.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | Case No. 2:21-cv-02873-FMO-JPR<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION OF CARL SHUPE AND LANNIE WENG FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Honorable Fernando M. Olguin<br>Hearing Date: July 1, 2021<br>Time: 10:00 a.m.<br>Courtroom: 6D – 6th Floor |

[Caption continued on following page]

JUSTIN KOJAK, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE,

Defendants.

Case No. 2:21-cv-02879-DSF-PVC

CLASS ACTION

JEFF TYLER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,

Defendants.

Case No. 2:21-cv-03080-FMO-JPR

CLASS ACTION

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Thursday, July 1, 2021, at 10:00 a.m. before the Honorable Fernando M. Olguin in the United States Courthouse, 350 West First Street, Courtroom 6D – 6th Floor, Los Angeles, California 90012, or as soon as counsel may be heard, the undersigned will and hereby does move for an Order: (1) consolidating the above-captioned actions; (2) appointing movants Carl Shupe and Lannie Weng (together, "Movants") as Lead Plaintiff; (3) approving Movants' choice of Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel; and (4) granting such other and further relief as the Court may deem just and proper.  This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

This Motion is made and based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Marion C. Passmore, the [Proposed] Order Consolidating Actions, Appointing Movants as Lead Plaintiff, and Approving Movants' Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

Local Rule 7-3 requires a conference of counsel prior to the filing of motions. Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. § 78u-4(a)(3)(B), Movants cannot yet ascertain which other parties plan to move for appointment as lead plaintiff until after the deadline expires on June 1, 2021.

NOTICE OF MOTION AND MOTION OF CARL SHUPE AND LANNIE WENG FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
Case No. 2:21-cv-02873-FMO-JPR
- 1 -

Accordingly, Movants respectfully request that the meet and confer requirement of Local Rule 7-3 be waived.

Dated: June 1, 2021                      Respectfully submitted,

                                         **BRAGAR EAGEL & SQUIRE, P.C.**

                                         /s/ *Marion C. Passmore*
                                         Marion C. Passmore (SBN 228474)
                                         Melissa A. Fortunato (SBN 319767)
                                         445 S. Figueroa Street, Suite 3100
                                         Los Angeles, California 90071
                                         Telephone:  (213) 612-7222
                                         Facsimile:   (212) 214-0506
                                         Email:   passmore@bespc.com
                                                      fortunato@bespc.com

                                         *Counsel for Movants and*
                                         *Proposed Lead Counsel for the Class*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above actions, and am over eighteen years old.  On June 1, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of June, 2021.

*/s/ Marion C. Passmore*
Marion C. Passmore

NOTICE OF MOTION AND MOTION OF CARL SHUPE AND LANNIE WENG FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
Case No. 2:21-cv-02873-FMO-JPR
- 3 -