**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore (SBN 228474)
Melissa A. Fortunato (SBN 319767)
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (213) 612-7222
Facsimile: (212) 214-0506
Email: passmore@bespc.com
          fortunato@bespc.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | Case No. 2:21-cv-02873-FMO-JPR<br><br>CLASS ACTION<br><br>**DECLARATION OF MARION C. PASSMORE IN SUPPORT OF CARL SHUPE'S AND LANNIE WENG'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Honorable Fernando M. Olguin<br>Hearing Date: July 1, 2021<br>Time: 10:00 a.m.<br>Courtroom: 6D – 6th Floor |

[Caption continued on following page]

|  |  |
|---|---|
| JUSTIN KOJAK, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:21-cv-02879-DSF-PVC |
|  | CLASS ACTION |
| Plaintiff, |  |
| v. |  |
| CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE, |  |
| Defendants. |  |
| JEFF TYLER, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-03080-FMO-JPR |
|  | CLASS ACTION |
| Plaintiff, |  |
| v. |  |
| CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS, |  |
| Defendants. |  |

DECL. OF MARION C. PASSMORE ISO
CARL SHUPE'S AND LANNIE WENG'S MTN. FOR CONSOLIDATION
OF ACTIONS, APPT. AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
Case No. 2:21-cv-02873-FMO-JPR

I, Marion C. Passmore, hereby declare as follows:

1.      I am Of Counsel with the law firm Bragar Eagel & Squire, P.C. ("BES"), counsel for lead plaintiff movants Carl Shupe and Lannie Weng (together, "Movants") and proposed lead counsel for the Class.[1]

2.      I submit this Declaration, together with the attached exhibits, in support of Movants' motion for consolidation of actions, appointment as lead plaintiff, and approval of their selection of BES as lead counsel for the Class.

3.      Attached hereto are true and correct copies of the following:

Exhibit 1:    Private Securities Litigation Reform Act of 1995 certifications signed by Movants attaching their securities transactions during the Class Period in Schedule A(s), thereto;

Exhibit 2:    Loss chart(s) detailing Movants' estimated financial losses;

Exhibit 3:    Joint Declaration of Movants;

Exhibit 4:    Press release published April 2, 2021, on *Newsfile Corp.* announcing the pendency of the first-filed securities class action against Defendants herein: *Blake v. Canoo Inc., et al.*, Case No. 2:21-cv-02873-FMO-JPR; and

Exhibit 5:    BES firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 1st day of June, 2021.

*/s/ Marion C. Passmore*
Marion C. Passmore

---

[1]  The "Class" consists of all persons or entities, other than defendants, that purchased or otherwise acquired Canoo Inc. securities between August 18, 2020 and March 29, 2021, inclusive (the "Class Period").