# EXHIBIT 2

**Canoo Inc.**

| | |
|---|---|
| Company Name | Canoo Inc. |
| Ticker Symbol | GOEV |
| Security Type | Common Stock |
| Class Period Start | 08/18/2020 |
| Class Period End | 03/29/2021 |
| 90-DAY Lookback Period Start | 03/30/2021 |
| 90-DAY Lookback Period End | 06/01/2021 |
| 90-DAY Lookback Average | $8.3595 |

| Movant | Loss |
|---|---|
| Carl Shupe | ($120,007.35) |
| Lannie Weng | ($65,494.97) |
| **Total Loss** | **($185,502.31)** |

| Client Name | Carl Shupe |
| Company Name | Canoo Inc. |
| Ticker Symbol | GOEV |
| Security Type | Common Stock |
| Class Period Start | 08/18/2020 |
| Class Period End | 03/29/2021 |
| 90-DAY Lookback Period Start | 03/30/2021 |
| 90-DAY Lookback Period End | 06/01/2021 |
| 90-DAY Lookback Average | $8.3595 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | ($120,007.35) |
| Net Shares Retained | 500.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 1/22/2021 | 6,267 | $16.70 | ($104,658.90) | | | ($104,658.90) |
| 1/22/2021 | 900 | $16.71 | ($15,039.00) | | | ($119,697.90) |
| 1/22/2021 | 400 | $16.71 | ($6,684.00) | | | ($126,381.90) |
| 1/22/2021 | 400 | $16.71 | ($6,684.00) | | | ($133,065.90) |
| 1/22/2021 | 1,000 | $16.71 | ($16,710.00) | | | ($149,775.90) |
| 1/22/2021 | 100 | $16.71 | ($1,671.00) | | | ($151,446.90) |
| 1/22/2021 | 400 | $16.72 | ($6,688.00) | | | ($158,134.90) |
| 1/22/2021 | 5 | $16.72 | ($83.60) | | | ($158,218.50) |
| 1/22/2021 | 192 | $16.72 | ($3,210.24) | | | ($161,428.74) |
| 1/22/2021 | 100 | $16.73 | ($1,673.00) | | | ($163,101.74) |
| 1/22/2021 | 197 | $16.73 | ($3,295.81) | | | ($166,397.55) |
| 1/22/2021 | 80 | $16.73 | ($1,338.40) | | | ($167,735.95) |
| 1/22/2021 | 100 | $16.73 | ($1,673.00) | | | ($169,408.95) |
| 1/22/2021 | 100 | $16.74 | ($1,674.00) | | | ($171,082.95) |
| 1/22/2021 | 100 | $16.74 | ($1,674.00) | | | ($172,756.95) |
| 1/22/2021 | 100 | $16.74 | ($1,674.00) | | | ($174,430.95) |
| 1/22/2021 | 200 | $16.75 | ($3,350.00) | | | ($177,780.95) |
| 1/22/2021 | 100 | $16.75 | ($1,675.00) | | | ($179,455.95) |
| 1/22/2021 | 4,000 | $16.75 | ($67,000.00) | | | ($246,455.95) |
| 1/22/2021 | 100 | $16.75 | ($1,675.00) | | | ($248,130.95) |
| 1/22/2021 | 100 | $16.75 | ($1,675.00) | | | ($249,805.95) |
| 1/22/2021 | 100 | $16.75 | ($1,675.00) | | | ($251,480.95) |
| 1/22/2021 | 500 | $16.76 | ($8,380.00) | | | ($259,860.95) |
| 1/22/2021 | 100 | $16.76 | ($1,676.00) | | | ($261,536.95) |
| 1/22/2021 | 100 | $16.76 | ($1,676.00) | | | ($263,212.95) |
| 1/22/2021 | 100 | $16.76 | ($1,676.00) | | | ($264,888.95) |
| 1/22/2021 | 400 | $16.76 | ($6,704.00) | | | ($271,592.95) |
| 1/22/2021 | 900 | $16.76 | ($15,084.00) | | | ($286,676.95) |
| 1/22/2021 | 900 | $16.76 | ($15,084.00) | | | ($301,760.95) |
| 1/22/2021 | 300 | $16.76 | ($5,028.00) | | | ($306,788.95) |
| 1/22/2021 | 1,600 | $16.76 | ($26,816.00) | | | ($333,604.95) |
| 1/22/2021 | 300 | $16.77 | ($5,031.00) | | | ($338,635.95) |
| 1/22/2021 | 100 | $16.77 | ($1,677.00) | | | ($340,312.95) |
| 1/22/2021 | 600 | $16.77 | ($10,062.00) | | | ($350,374.95) |
| 1/22/2021 | 100 | $16.77 | ($1,677.00) | | | ($352,051.95) |
| 1/22/2021 | 397 | $16.77 | ($6,657.69) | | | ($358,709.64) |
| 1/22/2021 | 200 | $16.78 | ($3,356.00) | | | ($362,065.64) |
| 1/22/2021 | 300 | $16.78 | ($5,034.00) | | | ($367,099.64) |
| 1/22/2021 | 200 | $16.78 | ($3,356.00) | | | ($370,455.64) |
| 1/22/2021 | 100 | $16.78 | ($1,678.00) | | | ($372,133.64) |

| Date | Shares | Price | Amount | | | Balance |
|---|---|---|---|---|---|---|
| 1/22/2021 | 100 | $16.78 | ($1,678.00) | | | ($373,811.64) |
| 1/22/2021 | 50 | $16.78 | ($839.00) | | | ($374,650.64) |
| 1/22/2021 | 200 | $16.78 | ($3,356.00) | | | ($378,006.64) |
| 1/22/2021 | 100 | $16.78 | ($1,678.00) | | | ($379,684.64) |
| 1/22/2021 | 100 | $16.78 | ($1,678.00) | | | ($381,362.64) |
| 1/22/2021 | 33 | $16.79 | ($554.07) | | | ($381,916.71) |
| 1/22/2021 | 1 | $16.79 | ($16.79) | | | ($381,933.50) |
| 1/22/2021 | 5 | $16.79 | ($83.95) | | | ($382,017.45) |
| 1/22/2021 | 800 | $16.79 | ($13,432.00) | | | ($395,449.45) |
| 1/22/2021 | 100 | $16.79 | ($1,679.00) | | | ($397,128.45) |
| 1/22/2021 | 73 | $16.79 | ($1,225.67) | | | ($398,354.12) |
| 1/22/2021 | 100 | $16.79 | ($1,679.00) | | | ($400,033.12) |
| 1/22/2021 | 100 | $16.79 | ($1,679.00) | | | ($401,712.12) |
| 1/22/2021 | 100 | $16.79 | ($1,679.00) | | | ($403,391.12) |
| 1/22/2021 | 100 | $16.79 | ($1,679.00) | | | ($405,070.12) |
| 1/22/2021 | 100 | $16.79 | ($1,679.00) | | | ($406,749.12) |
| 1/22/2021 | 5,600 | $16.79 | ($94,024.00) | | | ($500,773.12) |
| 1/22/2021 | 14,600 | $16.79 | ($245,134.00) | | | ($745,907.12) |
| 3/2/2021 | -44,000 | | | $14.13 | $621,720.00 | ($124,187.12) |
| | | | | | **Subtotal** | ($124,187.12) |
| | | | | | **Retained Share Value** | $4,179.77 |
| | | | | | **Total** | ($120,007.35) |

| Client Name | Lannie Weng |
|---|---|
| Company Name | Canoo Inc. |
| Ticker Symbol | GOEV |
| Security Type | Common Stock |
| Class Period Start | 08/18/2020 |
| Class Period End | 03/29/2021 |
| 90-DAY Lookback Period Start | 03/30/2021 |
| 90-DAY Lookback Period End | 06/01/2021 |
| 90-DAY Lookback Average | $8.3595 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($65,494.97) |
| Net Shares Retained | 6,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 12/23/2020 | 2,000 | $19.91 | ($39,820.00) | | | ($39,820.00) |
| 12/23/2020 | 148 | $19.10 | ($2,826.80) | | | ($42,646.80) |
| 12/23/2020 | 1,852 | $19.22 | ($35,595.44) | | | ($78,242.24) |
| 12/23/2020 | 1,000 | $19.05 | ($19,050.00) | | | ($97,292.24) |
| 12/24/2020 | 1,000 | $18.36 | ($18,360.00) | | | ($115,652.24) |
| **Retained Shares:** | 6,000 | | | | **Subtotal** | ($115,652.24) |
| | | | | | **Retained Share Value** | $50,157.27 |
| | | | | | **Total** | ($65,494.97) |