# EXHIBIT 4

Case 2:21-cv-02873-FMO-DMK   Document 31-4   Filed 06/01/21   Page 2 of 3   Page ID #:396

# Berman Tabacco Files Securities Class Action Lawsuit Against Canoo Inc. (GOEV)

San Francisco, California--(Newsfile Corp. - April 2, 2021) -  On April 2, 2021, Berman Tabacco's California office filed a class action lawsuit for violations of the federal securities laws against Canoo Inc. ("Canoo" or the "Company") (NASDAQ: GOEV, GOEVW), and certain of its current and former officers and directors, on behalf of persons and entities who purchased or otherwise acquired publicly traded Canoo common stock and/or warrants from August 18, 2020, through and including March 29, 2021, (the "Class Period").

The lawsuit was filed in U.S. District Court in the Central District of California and asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§78j(b), and 78t(a). The case is captioned *Blake v. Canoo Inc., et al.*, No. 2:21-cv-02873. A copy of the complaint is available on the firm's website https://bit.ly/39V4mDB (https://www.newsfilecorp.com/redirect/eBEGfOXgg).

According to the complaint, Canoo was formed by a business combination between Hennessy Capital Acquisition Corp. IV (a special purpose acquisition (SPAC) company) and Canoo Holdings Limited in December 2020. The Company is a mobile technology company that develops electric vehicles. The complaint alleges that prior to and after the combination, the Company promoted a business model based on a three-phased approach to generating revenue and growth: (i) an engineering services segment, (ii) the sales of subscriptions to vehicles to consumers, and (iii) the sale of vehicles to other businesses.

The complaint alleges that, on March 29, 2021, the Company revealed that it was radically changing its business model by deemphasizing its engineering services business and by no longer focusing on its subscription-based business. It further alleges that, in response to this news, shares of Canoo fell $2.50 (or $21.2%) from a March 29, 2021 close of $11.80 per share to close at $9.30 per share on March 30, 2021, on heavy volume.

The complaint alleges that Defendants misled investors by misrepresenting and/or failing to disclose that: (i) the Company's engineering services segment was not a viable business, would not provide meaningful revenue in 2021, and would not reduce operational risk; (ii) that the Company would no longer be focused on its subscription-based business model; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

If you wish to serve as Lead Plaintiff for the Class, you must file a motion to serve as Lead Plaintiff with the Court no later than sixty (60) days from the date of this notice. Any member of the proposed Class may move the Court to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please visit: https://www.bermantabacco.com/case/canoo-inc./ (https://www.newsfilecorp.com/redirect/8JWxIy1zv).

Berman Tabacco is a national law firm representing institutions and individuals in lawsuits, seeking to recoup losses caused by corporate and board misconduct and violations of the securities and antitrust laws. The firm has offices in San Francisco, California and Boston, Massachusetts.

**This notice may constitute attorney advertising.**

**Contact:**
Jeffrey Rocha, Esq.
(800) 516-9926
Email: law@bermantabacco.com (mailto:law@bermantabacco.com)

**BERMAN | TABACCO**

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/79350
(https://www.newsfilecorp.com/redirect/y8qmSk0EL)

**BERMAN | TABACCO**