# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-02873-FMO-JPR |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS, | |
| Defendants. | |
| JUSTIN KOJAK, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-02879-DSF-PVC |
| Plaintiff, | |
| v. | |
| CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE, | |
| Defendants | |

[caption continues on following page]

[PROPOSED] ORDER

JEFF TYLER, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

      v.

CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,

        Defendants.

Case No. 2:21-cv-03080-FMO-JPR

[PROPOSED] ORDER

Having considered the motion of Bruce Nawrocki for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Canoo Securities Litigation*, Master File No. 2:21-cv-02873;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Bruce Nawrocki as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

**SO ORDERED.**

Dated: _____, 2021

_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE