# EXHIBIT C

## Loss Chart

**Company Name:**  Canoo Inc.
**Ticker:**  GOEV
**Class Period:**  August 18, 2020 to March 29, 2021
**Name:**  Bruce Nawrocki

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 3/12/2021 | 3,000 | $14.7497 | -$44,249.10 | | $0.00 | -$44,249.10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **3,000** | | | | **Subtotal:** | **-$44,249.10** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $25,078.64 |
| | | | $8.3595 | 3,000 | **Total:** | **-$19,170.46** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between March 30, 2021 and June 1, 2021.