**THE WAGNER FIRM**
Avi Wagner (Cal. Bar No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967

*Counsel for Movants and Proposed Liaison Counsel*
*for the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br><br>                  Defendants. | Case No. 2:21-cv-02873-FMO-JPR<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION OF MOHAMMAD WAHEED RANA AND YEVHEN STASIV FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:    July 1, 2021<br>Time:   10:00 a.m.<br>Crtrm.:  6D<br>Judge:   Fernando M. Olguin |

00622200;V1

JEFF TYLER, Individually and on behalf of all others similarly situated,

                    Plaintiff,

   vs.

CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,

                    Defendants.

Case No. 2:21-cv-03080-FMO-JPR

CLASS ACTION

JUSTIN KOJAK, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

   vs.

CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PERUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE,

                    Defendants.

Case No. 2:21-cv-02879-DSF-PVC

CLASS ACTION

00622200;V1

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on Monday, July 1, 2021 at 10:00 a.m. before the Honorable Fernando M. Olguin in the First Street Courthouse, 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012, Mohammad Waheed Rana and Yevhen Stasiv ("Movants"), will, and hereby do move this Court for an order:

(a)    Consolidating the above-captioned related actions;

(b)    Appointing Movants as Lead Plaintiffs; and

(c)    Approving Movants' selection of Bernstein Liebhard LLP ("Bernstein Liebhard") as Lead Counsel and The Wagner Firm as Liaison Counsel for the proposed class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), on the grounds that:

(1)  The above-captioned related actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

(2) Movants should be appointed as Lead Plaintiffs for the class of shareholders that purchased or otherwise acquired Canoo Inc. securities between August 18, 2020 and March 29, 2021 as Movants have timely made this Motion, believe they have the largest financial interest in this action, and otherwise satisfy the pertinent requirements of Federal Rule of Civil Procedure 23; and

(2)    Movants' selection of Bernstein Liebhard as Lead Counsel and The Wagner Firm as Liaison Counsel should be approved as the firms are well qualified and have extensive experience in cases of this type.

This motion is supported by the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Avi Wagner, a Certification and

00622200;V1

Notice of Interested Parties, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

00622200;V1

**Local Rule 7-3**

Local Rule 7-3 requires a conference of counsel prior to filing motions. However, under the procedures of the Private Securities Litigation Reform Act of 1995 regarding the appointment of Lead Plaintiff, Mohammed Waheed Rana and Yevhen Stasiv will not know which other class members, if any, will seek appointment as Lead Plaintiff until after motions are filed on June 1, 2021. Accordingly, Movants respectfully request that Local Rule 7-3's conferral requirement be waived in this particular instance.

Respectfully submitted,

DATED: June 1, 2021          **THE WAGNER FIRM**

By:  */s/Avi Wagner*

Avi Wagner (Cal. Bar No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967

*Counsel for Movants and Proposed Liaison
Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson (*pro hac vice* to be filed)
10 East 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email:  lhasson@bernlieb.com

*Counsel for Movants and Proposed Lead Counsel
for the Proposed Class*

00622200;V1

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on June 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2021.

*/s/Avi Wagner*
Avi Wagner

00622200;V1