# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br><br>                    Defendants. | Case No. 2:21-cv-02873-FMO-JPR<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFFS, AND APPROVING SELECTION OF COUNSEL**<br><br>Date:    July 1, 2021<br>Time:    10:00 a.m.<br>Crtrm.:  6D<br>Judge:   Fernando M. Olguin |
| JEFF TYLER, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>                    Defendants. | Case No. 2:21-cv-03080-FMO-JPR<br><br><u>CLASS ACTION</u> |

| JUSTIN KOJAK, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-02879-DSF-PVC |
|---|---|
| Plaintiff, | CLASS ACTION |
| vs. | |
| CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PERUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE, | |

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

1.      The Motion of Mohammad Waheed Rana and Yevhen Stasiv to Consolidate Related Actions and for Appointment as Lead Plaintiffs and Approval of Counsel is granted.

2.      The above-captioned actions are hereby consolidated pursuant to Federal Rule Civil Procedure 42(a) for all purposes.

3.      Mohammad Waheed Rana and Yevhen Stasiv are hereby appointed as Lead Plaintiffs for the proposed class pursuant to 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995.

4.      Bernstein Liebhard LLP is hereby appointed as Lead Counsel and The Wagner Firm is hereby appointed as Liaison Counsel for the proposed class.

SO ORDERED.


DATED:_____       _____

                                        Hon. Fernando M. Olguin
                                        United States District Judge