**THE WAGNER FIRM**
Avi Wagner (Cal. Bar No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967

*Counsel for Movants and Proposed Liaison Counsel
for the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br><br>    Defendants. | Case No. 2:21-cv-02873-FMO-JPR<br><br>CLASS ACTION<br><br>**DECLARATION OF AVI WAGNER IN SUPPORT OF THE MOTION OF MOHAMMAD WAHEED RANA AND YEVHEN STASIV FOR CONSLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL**<br><br>Date:    July 1, 2021<br>Time:    10:00 a.m.<br>Crtrm.:  6D<br>Judge:   Fernando M. Olguin |

00622200;V1

JEFF TYLER, Individually and on behalf of all others similarly situated,

                    Plaintiff,

  vs.

CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,

                  Defendants.

Case No. 2:21-cv-03080-FMO-JPR

CLASS ACTION

---

JUSTIN KOJAK, Individually and on Behalf of All Others Similarly Situated,

                  Plaintiff,

  vs.

CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PERUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE,

                  Defendants.

Case No. 2:21-cv-02879-DSF-PVC

CLASS ACTION

00622200;V1

I, Avi Wagner, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that:

1. I am a Partner at the Wagner Firm. I make this Declaration in Support of Mohammad Waheed Rana and Yevhen Stasiv's ("Movants") Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiffs and Approval of Counsel. I have personal knowledge of the matters set forth herein and if called to testify could and would truthfully testify to the following.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A:  The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)

Exhibit B:  Movants' sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:  The Joint Declaration of Mohammad Waheed Rana and Yevhen Stasiv;

Exhibit D:  Movants' Loss Chart;

Exhibit E:  Firm Résumé of Bernstein Liebhard LLP; and

Exhibit F:  Firm Résumé of The Wagner Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 1, 2021 at Los Angeles, California.

*/s/Avi Wagner*
Avi Wagner

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on June 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2021.

/s/Avi Wagner
Avi Wagner