# EXHIBIT C

**THE WAGNER FIRM**
Avi Wagner (Cal. Bar No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967

*Counsel for Movants and Proposed Liaison Counsel*
*for the Proposed Class*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN KOJAK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>Vs.<br><br>CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PERUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE,<br><br>Defendants. | Case No. 2:21-cv-02879-DSF-PVC<br><br>CLASS ACTION<br><br>**JOINT DECLARATION OF MOHAMMAD WAHEED RANA AND YEVHEN STASIV IN SUPPORT OF THEIR MOTION FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL**<br><br>Judge: Hon. Dale S. Fischer<br>Date: July 12, 2021<br>Time: 1:30 p.m.<br>Crtrm: 7D |
| JEFF TYLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | Case No. 2:21-cv-03080-FMO-JPR<br><br>CLASS ACTION |

SAMUEL BLAKE, Individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,

Defendants.

Case No. 2:21-cv-02873-FMO-JPR

<u>CLASS ACTION</u>

We, Mohammad Waheed Rana and Yevhen Stasiv (collectively, "Movants"), declare as follows:

1. We respectfully submit this Joint Declaration in support of our Motion for (i) Consolidation of the above-captioned actions (the "Actions"); (ii) Appointment as Lead Plaintiffs; and (iii) Approval of Selection of Counsel (the "Joint Declaration").

2. We understand that Congress passed the Private Securities Litigation Reform Act of 1995 ("PSLRA") to put investors with substantial losses in charge of securities class actions. We further understand the roles and responsibilities of a lead plaintiff under the PSLRA; namely, vigorously litigating this action on behalf of all proposed class members to obtain a favorable settlement or verdict for the proposed class.

3. We each suffered very large losses in connection with our Canoo Inc. ("Canoo" or the "Company") investments and are ready, willing, and able to perform the responsibilities of a lead plaintiff on behalf of the proposed class in the Actions. We have no interests antagonistic to the proposed class, and, if appointed, we will litigate this case assiduously to increase the chances for a successful outcome for the proposed class.

4. I, Yevhen Stasiv, as reflected in my Certification, purchased Canoo common stock and options and suffered substantial losses of over $150,000 on my

JOINT DECL. IN SUPPORT OF THE MOTION OF YEVHEN STASIV AND MOHAMMAD WAHEED RANA
FOR CONSOL., APPOINT. LEAD PLAINTIFF AND APPROVAL OF COUNSEL
Case No. 2:21-cv-02873-FMO-JPR—Page 1

investments as a result of Defendants' violations of the federal securities laws alleged in the Actions. I have every motive to recover these losses and my interests are aligned with those of other proposed class members. I currently reside in Toronto and I work part-time for the Canadian Armed Forces. I have a diploma for computer systems technology from George Brown College and two professional certifications from Microsoft for Azure DevOps. I am 31 years old and have been investing for over eight years. After due consideration, I decided to seek appointment as Lead Plaintiff with Mr. Rana. While I believe that appointing both me and Mr. Rana as Lead Plaintiffs will be most beneficial to the proposed Class, I remain ready, willing, and able to serve as sole Lead Plaintiff should the Court prefer a single Lead Plaintiff.

5.    I, Mohammad Waheed Rana, as reflected in my certification, purchased Canoo common stock, and suffered substantial losses of over $150,000 on my investments as a result of Defendants' violations of the federal securities laws alleged in the Actions. My nephew, Abbas Dastgir, likewise suffered substantial losses of over $40,000 on his investments and he has assigned his claims to me. I have very motive to recover these losses and my interests are aligned with those of other proposed class members. I currently reside in Long Island where I am a self-employed pharmacy owner. I have been an active investor for about three years. After due consideration, I decided to seek appointment as

Lead Plaintiff with Mr. Stasiv. While I believe that appointing both me and Mr. Stasiv as Lead Plaintiffs will be most beneficial to the proposed class, I remain ready, willing and able to serve as sole Lead Plaintiff should the Court prefer a single Lead Plaintiff.

6.     We independently contacted and retained Bernstein Liebhard LLP ("Bernstein Liebhard") to represent us in the Actions.  For both of us, this is our first time seeking appointment as Lead Plaintiff, and, though we were each ready, willing, and able to move for appointment as Lead Plaintiff independently, we were also interested in collaborating with other Canoo investors who suffered large losses in pursuing the claims alleged in the Actions.  When Bernstein Liebhard informed us about one another, including that we both had substantial losses and similar investing experience and sophistication, we each expressed a desire to speak to one another to determine if it made sense for us to jointly move for appointment as Lead Plaintiffs.

7.     We also understand that, given the similarly large losses we have sustained, and the fact that, together, we have losses suffered from purchases of both options and common stock, the proposed class would be well-represented by our appointment as Lead Plaintiffs.

8.     To that end, we held a conference call on May 26, 2021 with Laurence Hasson, a partner at Bernstein Liebhard, and Noah Wiesner, a law clerk

at the firm.  During that call, we discussed, among other things: the facts and the merits of the claims alleged in the Actions; the benefits of having a small, cohesive group of common stock and options holders represent the proposed class; the strategy for the prosecution of the Actions should we be appointed as Lead Plaintiffs; mechanisms to efficiently and effectively oversee counsel and manage the Actions; the losses we each suffered as a result of the alleged fraud; our different backgrounds; our commitment to and interest in serving as Lead Plaintiffs; and a decision-making mechanism in the unlikely event there is a disagreement between us during the course of these Actions.  Based on our communications with one another we determined to move jointly as Lead Plaintiffs.

9.    We believe the Actions here are meritorious, and that the proposed class would benefit from our combined years of experience investing in the securities markets, diverse professional backgrounds, and the oversight that we would bring to the Actions.  We further believe that the proposed class would benefit from jointly appointing us as Lead Plaintiffs because our losses in Canoo securities include both losses in common stock and options.  We believe this will benefit the proposed class and ensure that the interests of all proposed class members – both common stock and options investors – are accounted for.

10.      We understand that Lead Plaintiffs have fiduciary duties to all proposed class members, which duties we take seriously. We will fulfill our fiduciary duties and obligations as Lead Plaintiffs by vigorously prosecuting this case on behalf of all proposed class members.

11.      If appointed as Lead Plaintiffs, we agree to actively manage the prosecution of the Actions, including overseeing our chosen counsel to ensure that the Actions are being litigated efficiently and effectively, reviewing documents, having joint calls, discussing significant developments, and participating in discovery.  At a minimum, we plan to convene joint calls whenever there are significant legal or factual developments in the case.  We also agree that either of us can request a joint call, with or without Bernstein Liebhard's participation or knowledge, to discuss the case at any time.  We have exchanged contact information and can call or email each other at any time.  We have also agreed to regularly communicate via email with each other and/or counsel as needed.

12.      We selected Bernstein Liebhard to serve as counsel on our behalf because we believe Bernstein Liebhard has the experience and ability to effectively and expeditiously bring the Actions to a successful resolution.  We are committed to overseeing Bernstein Liebhard.

13.      In making decisions on behalf of the proposed class, we do not anticipate that any disagreements will arise.  However, if a disagreement does

arise, we have agreed that Mohammad Waheed Rana, the movant with the largest loss, will have final decision in the matter.

I, Yevhen Stasiv declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May 28, 2021

_____
Yevhen Stasiv

I, Mohammad Waheed Rana, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May 28, 2021

_____
Mohammad Waheed Rana

JOINT DECL. IN SUPPORT OF THE MOTION OF YEVHEN STASIV AND MOHAMMAD WAHEED RANA
FOR CONSOL., APPOINT. LEAD PLAINTIFF AND APPROVAL OF COUNSEL
Case No. 2:21-cv-02873-FMO-JPR—Page 6

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on June 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2021.

*/s/Avi Wagner*
Avi Wagner