# EXHIBIT D

**Canoo Inc. f/k/a Hennessy Capital Acquisition Corp. IV**

FIFO/LIFO Losses

Class Period: 08/18/2020 - 03/29/2021

Hold Price:   $8.3644

| MOVANT/OPTION | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| Yevhen Stasiv - Common Stock | 12/21/20 | 1,100 | 19.9410 | 21,935.10 | 12/30/20 | 2,195 | 15.1110 | 33,168.65 | | | |
| | 12/23/20 | 3,750 | 19.3440 | 72,540.00 | 12/31/20 | 163 | 13.9780 | 2,278.41 | | | |
| | 12/24/20 | 6,650 | 18.3570 | 122,074.05 | 01/04/21 | 430 | 12.1720 | 5,233.96 | | | |
| | 12/28/20 | 25 | 15.3700 | 384.25 | 01/11/21 | 2,937 | 16.4720 | 48,378.26 | | | |
| | 01/06/21 | 200 | 14.2200 | 2,844.00 | 01/15/21 | 3,500 | 16.8170 | 58,859.50 | | | |
| | 12/21/20 | 202 | 19.3080 | 3,900.22 | 01/27/21 | 2,500 | 15.7600 | 39,400.00 | | | |
| | 12/22/20 | 110 | 19.1400 | 2,105.40 | 01/27/21 | 4,247 | 15.7600 | 66,932.72 | | | |
| | 12/23/20 | 2,800 | 19.2450 | 53,886.00 | 02/04/21 | 1,700 | 18.5210 | 31,485.70 | | | |
| | 12/24/20 | 1,135 | 18.1190 | 20,565.07 | | | | | | | |
| | 02/02/21 | 1,700 | 15.8970 | 27,024.90 | | | | | | | |
| **Yevhen Stasiv - Common Stock Totals** | | **17,672** | | **$327,258.98** | | **17,672** | | **$285,737.20** | | | **($41,521.78)** |
| Yevhen Stasiv - Options | | | | | | | | | | | |
| CALL GOEV 01/15/21 12.50 | 01/08/21 | 2 | 2.3500 | 470.00 | 01/14/21 | 2 | 5.2000 | 1,040.00 | | | |
| CALL GOEV 01/15/21 17.50 | 01/11/21 | 180 | 0.6470 | 11,646.00 | 01/15/21 | 180 | 0.0590 | 1,062.00 | | | |
| CALL GOEV 02/19/21 17.50 | 01/11/21 | 87 | 2.0490 | 17,826.30 | | | | | | | |
| CALL GOEV 02/19/21 17.50 | 02/09/21 | 8 | 0.7000 | 560.00 | 02/18/21 | 95 | 0.0500 | 475.00 | | | |
| CALL GOEV 02/19/21 20.00 | 01/15/21 | 200 | 1.1000 | 22,000.00 | 02/22/21 - expiration | 200 | 0.0000 | 0.00 | | | |
| CALL GOEV 05/21/21 17.50 | 01/14/21 | 28 | 4.4680 | 12,510.40 | expiration | 28 | 0.0000 | 0.00 | | | |
| CALL GOEV 05/21/21 17.50 | 02/01/21 | 3 | 2.3500 | 705.00 | expiration | 3 | 0.0000 | 0.00 | | | |
| CALL GOEV 05/21/21 17.50 | 02/02/21 | 69 | 2.6860 | 18,533.40 | expiration | 69 | 0.0000 | 0.00 | | | |
| CALL GOEV 05/21/21 17.50 | 02/08/21 | 2 | 3.4600 | 692.00 | expiration | 2 | 0.0000 | 0.00 | | | |
| CALL GOEV 02/19/21 17.50 | 02/09/21 | 110 | 0.7900 | 8,690.00 | 02/18/21 | 110 | 0.0500 | 550.00 | | | |
| CALL GOEV 03/19/21 17.50 | 02/09/21 | 25 | 1.9000 | 4,750.00 | | | | | | | |
| CALL GOEV 03/19/21 17.50 | 02/18/21 | 3 | 1.2500 | 375.00 | 03/22/21 - expiration | 28 | 0.0000 | 0.00 | | | |
| CALL GOEV 05/21/21 17.50 | 02/09/21 | 158 | 3.6250 | 57,275.00 | expiration | 158 | 0.0000 | 0.00 | | | |
| **Yevhen Stasiv - Options Totals** | | **875** | | **$156,033.10** | | **875** | | **$3,127.00** | | | **($152,906.10)** |
| **Yevhen Stasiv Total Common Stock + Options Loss** | | | | | | | | | | | **($194,427.88)** |

**Canoo Inc. f/k/a Hennessy Capital Acquisition Corp. IV**

FIFO/LIFO Losses

Class Period: 08/18/2020 - 03/29/2021                                                                                                                          Hold Price:        $8.3644

| | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MOVANT/OPTION | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | **ESTIMATED LOSSES** |
| Mohammad Waheed Rana | 01/12/21 | 1,100 | 20.9000 | 22,990.00 | | | | | 1,100 | 9,200.86 | (13,789.14) |
| | 01/12/21 | 871 | 20.9100 | 18,212.61 | | | | | 871 | 7,285.41 | (10,927.20) |
| | 01/12/21 | 1 | 20.9500 | 20.95 | | | | | 1 | 8.36 | (12.59) |
| | 01/12/21 | 189 | 20.8800 | 3,946.32 | | | | | 189 | 1,580.88 | (2,365.44) |
| | 01/12/21 | 100 | 20.9500 | 2,095.00 | | | | | 100 | 836.44 | (1,258.56) |
| | 01/12/21 | 174 | 20.9500 | 3,645.30 | | | | | 174 | 1,455.41 | (2,189.89) |
| | 01/12/21 | 1,498 | 20.9200 | 31,338.16 | | | | | 1,498 | 12,529.90 | (18,808.26) |
| | 01/12/21 | 200 | 20.9500 | 4,190.00 | | | | | 200 | 1,672.88 | (2,517.12) |
| | 01/13/21 | 7,500 | 19.5100 | 146,325.00 | | | | | 7,500 | 62,733.14 | (83,591.86) |
| | 01/21/21 | 2,000 | 17.6500 | 35,300.00 | | | | | 2,000 | 16,728.84 | (18,571.16) |
| **Mohammad Waheed Rana  Totals** | | **13,633** | | **$268,063.34** | | | | | **13,633** | **$114,032.12** | **($154,031.22)** |
| | | | | | | | | | | | |
| Abbas Dastgir | 01/12/21 | 500 | 20.8500 | 10,425.00 | 01/25/21 | 221 | 17.0000 | 3,757.00 | | | |
| | 01/20/21 | 500 | 17.2399 | 8,619.95 | 01/25/21 | 779 | 17.0098 | 13,250.63 | | | |
| | 01/25/21 | 5,000 | 17.0100 | 85,050.00 | 05/14/21 | 2,800 | 8.5473 | 23,932.36 | | | |
| | | | | | 05/14/21 | 1,800 | 8.5473 | 15,385.09 | | | |
| | | | | | 05/14/21 | 300 | 8.5473 | 2,564.18 | | | |
| | | | | | 05/14/21 | 100 | 8.5473 | 854.73 | | | |
| **Abbas Dastgir  Totals** | | **6,000** | | **$104,094.95** | | **6,000** | | **$59,744.00** | | | **($44,350.95)** |
| | | | | | | | | | | | |
| **TOTAL MOVANTS** | | | | | | | | | | | **($392,810.05)** |

Common Stock sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale
(1) Common Stock held as of the date of this filing are valued using the average price of $8.3644 per share.