Nicole Lavallee (SBN 165755)
Jeffrey V. Rocha (SBN 304852)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
    jrocha@bermantabacco.com

*Counsel for Plaintiff and Movant*
*Samuel Blake and Proposed Lead*
*Counsel for the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS, <br><br> Defendants. | No. 2:21-cv-2873-FMO-JPR <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF MOTION AND MOTION OF SAMUEL BLAKE TO CONSOLIDATE CASES, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL** <br><br> Date: July 1, 2021 <br> Time: 10:00 a.m. <br> Courtroom: 6D <br> Judge: Hon. Fernando M. Olguin |

[Case No. 2:21-cv-2873-FMO-JPR] NOTICE OF MOT. & MOT. OF SAMUEL BLAKE TO CONSOLIDATE CASES, FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL

| | |
|---|---|
| JUSTIN KOJAK, Individually and On Behalf of All Others Similarly Situated, | No. 2:21-cv-02879-DSF-PVC |
| Plaintiff, | Judge:  Hon. Dale S. Fischer |
| v. | |
| CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE, | |
| Defendants. | |
| JEFF TYLER, Individually and on Behalf of All Others Similarly Situated, | No. 2:21-cv-03080-FMO-JPR |
| Plaintiff, | Judge:  Hon. Fernando M. Olguin |
| v. | |
| CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS, | |
| Defendants. | |

[Case No. 2:21-cv-2873-FMO-JPR] NOTICE OF MOT. & MOT. OF SAMUEL BLAKE TO CONSOLIDATE CASES, FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on July 1, 2021, at 10:00 a.m., or as soon thereafter as this matter may be heard in the courtroom of the Honorable Fernando M. Olguin, Courtroom 6D on the 6th Floor of 350 West 1st Street, Los Angeles, CA, 90012, Samuel Blake ("Mr. Blake") will move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), for the entry of an Order:

(a)     consolidating all above-captioned cases pursuant to Fed. R. Civ. P. 42;

(b)     appointing Mr. Blake as Lead Plaintiff; and

(b)     approving Mr. Blake's choice of Berman Tabacco as Lead Counsel for the Class.

This motion is made on the grounds that the above-captioned federal securities class actions brought in this district against Canoo Inc. and other defendants allege similar legal claims based on the same or similar factual allegations and should, therefore, be consolidated.  Further, Mr. Blake has timely filed this motion and is the most adequate lead plaintiff, as defined by the PSLRA, based on his loss of $15,962 which resulted from the wrongful conduct alleged in these actions.  Mr. Blake also satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other members of the proposed Class and he will fairly and adequately represent the Class.  Further, Mr. Blake has selected and retained counsel with substantial experience in successfully prosecuting securities fraud class actions to serve as Lead Counsel for the Class.

Mr. Blake bases this motion on this notice of motion, the memorandum of points and authorities in support thereof, the Declaration of Nicole Lavallee in

[Case No. 2:21-cv-2873-FMO-JPR] NOTICE OF MOT. & MOT. OF SAMUEL BLAKE TO CONSOLIDATE CASES, FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL

1

support thereof, the pleadings and other files herein and such other written and oral arguments as may be presented to the Court.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Mr. Blake, however, is unable to confer with counsel for other potential lead plaintiff movants because, under the PSLRA's unique lead plaintiff procedure, Mr. Blake will not know which other class members may move for appointment as lead plaintiff until all movants have filed their respective motions. Therefore, Mr. Blake respectfully requests that the conferral requirements of Local Rule 7-3 be waived.

DATED: June 1, 2021                    Respectfully submitted,


                                       By:   _/s/ Nicole Lavallee_
                                             Nicole Lavallee

                                       Jeffrey V. Rocha
                                       **BERMAN TABACCO**
                                       44 Montgomery Street, Suite 650
                                       San Francisco, CA  94104
                                       Telephone: (415) 433-3200
                                       Facsimile:  (415) 433-6382
                                       Email: nlavallee@bermantabacco.com
                                             jrocha@bermantabacco.com

                                       *Counsel for Plaintiff and Movant*
                                       *Samuel Blake and Proposed Lead Counsel*
                                       *for the Class*

[Case No. 2:21-cv-2873-FMO-JPR] NOTICE OF MOT. & MOT. OF SAMUEL BLAKE TO CONSOLIDATE CASES, FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

        */s/ Nicole Lavallee*
        Nicole Lavallee

Jeffrey V. Rocha
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: nlavallee@bermantabacco.com
      jrocha@bermantabacco.com

*Counsel for Plaintiff and Movant
Samuel Blake and Proposed Lead Counsel
for the Class*

[Case No. 2:21-cv-2873-FMO-JPR] NOTICE OF MOT. & MOT. OF SAMUEL BLAKE TO CONSOLIDATE CASES, FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL