# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | No. 2:21-cv-2873-FMO-JPR<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL**<br><br>Date:  July 1, 2021<br>Time: 10:00 a.m.<br>Courtroom:  6D<br>Judge:  Hon. Fernando M. Olguin |

[Case No. 2:21-cv-2873-FMO-JPR] [PROPOSED] ORDER CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

| JUSTIN KOJAK, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE,<br><br>    Defendants. | No. 2:21-cv-02879-DSF-PVC<br><br>Judge:  Hon. Dale S. Fischer |
| JEFF TYLER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>    Defendants. | No. 2:21-cv-03080-FMO-JPR<br><br>Judge:  Hon. Fernando M. Olguin |

[Case No. 2:21-cv-2873-FMO-JPR] [PROPOSED] ORDER CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the papers filed in support of the Motion of Samuel Blake ("Mr. Blake") to Consolidate Cases, For Appointment as Lead Plaintiff and For Approval of His Selection of Lead Counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, the Court hereby enters the following Order:

**I.    CONSOLIDATION OF CASES**

1.    In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions are consolidated for all purposes into one action.

2.    These actions shall be referred to herein as the "Consolidated Action." This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court that relates to the same subject matter as in the Consolidated Action.

3.    The Consolidated Action will be captioned "*In re Canoo Inc. Securities Litigation*," and the file shall be maintained under Master File No. 2:21-cv-2873- FMO-JPR.

4.    Every pleading in the Consolidated Action shall have the following caption:

| | |
|---|---|
| IN RE CANOO INC. SECURITIES LITIGATION | )<br>) Case No. 2:21-cv-2873- FMO-JPR<br>) |
| This Document Relates to:<br>    ALL ACTIONS | )<br>)<br>) |

5.    When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number

for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

6.     The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action.

7.     Each new case arising out of the subject matter of the Consolidated Action that is filed in this Court or transferred to this Court shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such an application.  Nothing in the foregoing shall be construed as a waiver of defendants' right to object to consolidation of any subsequently filed or transferred related action.

## II.     APPOINTMENT OF LEAD PLAINTIFF

8.     The Court hereby concludes that Mr. Blake is the "most adequate plaintiff" and that it satisfies the requirements of Section 21D of the PSLRA, 15 U.S.C. § 78u-4.  The Court hereby appoints Mr. Blake as Lead Plaintiff in this Action and in any related actions subsequently transferred to or filed in this Court, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B).

## III.     APPROVAL OF SELECTION OF LEAD COUNSEL

9.     Mr. Blake has selected Berman Tabacco to serve as Lead Counsel.  The Court approves of this selection and appoints Berman Tabacco as Lead Counsel for this Action.  Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.  Additionally, Lead Counsel shall have the following responsibilities:

(a)     File a consolidated complaint and any amended consolidated complaint(s);

(b)    Brief and argue motions;

(c)    Initiate and conduct discovery including, without limitation, coordination of discovery with Defendants' counsel, the preparation of written interrogatories, requests for admissions and requests for production of documents;

(d)    Direct and coordinate the examination of witnesses in depositions;

(e)    Act as spokesperson at pretrial conferences;

(f)    Initiate and conduct any settlement negotiations with counsel for the Defendants;

(g)    Consult with and employ experts; and

(h)    Supervise all other matters related to the prosecution or resolution of this Action.

10.    Lead Plaintiff shall cause a Consolidated Complaint to be filed with the Court and served on Defendants' counsel within sixty (60) days of the date of entry of this Order.

**IT IS SO ORDERED.**

DATED: _____, 2021    _____

HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

---

[Case No. 2:21-cv-2873-FMO-JPR] [PROPOSED] ORDER CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL                3

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

       */s/ Nicole Lavallee*
       Nicole Lavallee

Jeffrey V. Rocha
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: nlavallee@bermantabacco.com
      jrocha@bermantabacco.com

*Counsel for Plaintiff and Movant*
*Samuel Blake and Proposed Lead Counsel*
*for the Class*

[Case No. 2:21-cv-2873-FMO-JPR] [PROPOSED] ORDER CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL