Nicole Lavallee (SBN 165755)
Jeffrey V. Rocha (SBN 304852)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: nlavallee@bermantabacco.com
         jrocha@bermantabacco.com

*Counsel for Plaintiff and Movant*
*Samuel Blake and Proposed Lead*
*Counsel for the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | No. 2:21-cv-2873-FMO-JPR<br><br>CLASS ACTION<br><br>**DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF SAMUEL BLAKE'S MOTION TO CONSOLIDATE CASES, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date: July 1, 2021<br>Time: 10:00 a.m.<br>Courtroom:  6D<br>Judge:  Hon. Fernando M. Olguin |

[Case No. 2:21-cv-2873-FMO-JPR] DECLARTION OF NICOLE LAVALLEE IN SUPPORT OF SAMUEL BLAKE'S MOTION TO CONSOLIDATE CASES, FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL

| | |
|---|---|
| JUSTIN KOJAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE,<br><br>Defendants. | No. 2:21-cv-02879-DSF-PVC<br><br>Judge:  Hon. Dale S. Fischer |
| JEFF TYLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | No. 2:21-cv-03080-FMO-JPR<br><br>Judge:  Hon. Fernando M. Olguin |

[Case No. 2:21-cv-2873-FMO-JPR] DECLARTION OF NICOLE LAVALLEE IN SUPPORT OF SAMUEL BLAKE'S MOTION TO CONSOLIDATE CASES, FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL

I, Nicole Lavallee, declare under penalty of perjury as follows:

1.     I am a partner in the San Francisco office of Berman Tabacco, counsel for movant Samuel Blake ("Mr. Blake").  I am a member in good standing of the State Bar of California and admitted to practice in this District.  I submit this Declaration in support of Mr. Blake's Motion to Consolidate Cases, For Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel, and in support of the Memorandum of Points and Authorities accompanying the Motion.

2.     Attached hereto as Exhibit A is a true and correct copy of the notice published by Berman Tabacco on April 2, 2021 on *Newsfile*, a national business-oriented wire service, advising members of the proposed class that the above-captioned action was filed and that investors had the right to move for appointment as lead plaintiff no later than 60 days from the date of the notice (June 1, 2021).

3.     Attached hereto as Exhibit B is a true and correct copy of the signed Certification of Mr. Blake.

4.     Mr. Blake's losses from his Canoo Inc. transactions are attached hereto as Exhibit C.

5.     Attached as hereto Exhibit D is a true and correct copy of the firm resume of Berman Tabacco.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of June, 2021, at San Francisco, California.


                              _____*/s/ Nicole Lavallee*_____
                              Nicole Lavallee

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.


       */s/ Nicole Lavallee*
       Nicole Lavallee

Jeffrey V. Rocha
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: nlavallee@bermantabacco.com
     jrocha@bermantabacco.com

*Counsel for Plaintiff and Movant*
*Samuel Blake and Proposed Lead Counsel*
*for the Class*

[Case No. 2:21-cv-2873-FMO-JPR] DECLARTION OF NICOLE LAVALLEE IN SUPPORT OF SAMUEL BLAKE'S MOTION TO CONSOLIDATE CASES, FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL