# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

I, Samuel Blake, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.      I have reviewed and authorized the filing of a class action complaint against Canoo Inc. ("Canoo") captioned *Blake v. Canoo Inc., et al.*

2.      I have authorized Berman Tabacco to file a motion for appointment as lead plaintiff and appointment of counsel on my behalf in this litigation.

3.      I did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws of the United States.

4.      I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition or trial, as necessary.

5.      My transactions in the securities of Canoo during the Class Period set forth in the class action complaint are set forth in Exhibit A, attached hereto.  Other than the transactions set forth in Exhibit A, I have engaged in no transactions during the Class Period in the securities that are the subject of this action.

6.      During the three-year period preceding the date of this certification, I have not sought to serve, nor ever been appointed as a lead plaintiff or a representative party on behalf of a class under the federal securities laws.

7.      I will not accept any payment for serving as representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award, as ordered or approved by the Court in compliance with federal law, directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on   Jun 1, 2021                     .

Samuel e blake (Jun 1, 2021 10:54 EDT)

Samuel Blake

**EXHIBIT A**
**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**Trading**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Price |
|---|---|---|---|---|
| 03/26/21 | Buy | 0.11692 | | $12.15 |
| 03/26/21 | Buy | 0.141157 | | $12.61 |
| 03/26/21 | Buy | 0.166389 | | $12.03 |
| 03/26/21 | Buy | 0.171868 | | $12.02 |
| 03/26/21 | Buy | 0.177109 | | $11.97 |
| 03/26/21 | Buy | 0.247015 | | $12.15 |
| 03/26/21 | Buy | 0.260507 | | $12.02 |
| 03/26/21 | Buy | 0.395256 | | $12.65 |
| 03/26/21 | Buy | 0.453327 | | $11.95 |
| 03/26/21 | Buy | 0.552906 | | $11.96 |
| 03/26/21 | Buy | 0.660626 | | $12.14 |
| 03/26/21 | Buy | 0.884584 | | $12.65 |
| 03/26/21 | Buy | 1.159733 | | $12.02 |
| 03/26/21 | Buy | 3 | | $12.02 |
| 03/26/21 | Buy | 3.06367 | | $12.02 |
| 03/26/21 | Buy | 3.993327 | | $11.99 |
| 03/26/21 | Buy | 3.998353 | | $12.15 |
| 03/26/21 | Buy | 4.489291 | | $12.14 |
| 03/26/21 | Buy | 9 | | $12.65 |
| 03/26/21 | Buy | 13 | | $12.58 |
| 03/26/21 | Buy | 18.811881 | | $12.61 |
| 03/26/21 | Buy | 25 | | $13.18 |
| 03/26/21 | Buy | 25 | | $13.23 |
| 03/26/21 | Buy | 28 | | $12.03 |
| 03/26/21 | Buy | 56.953086 | | $12.15 |
| 03/26/21 | Buy | 57.92768 | | $12.03 |
| 03/26/21 | Buy | 57.978176 | | $11.96 |
| 03/26/21 | Buy | 72 | | $12.03 |
| 03/26/21 | Buy | 99.739727 | | $11.95 |
| 03/26/21 | Buy | 100 | | $13.10 |
| 03/26/21 | Buy | 100 | | $12.61 |
| 03/26/21 | Buy | 100 | | $12.15 |
| 03/26/21 | Buy | 100 | | $12.14 |
| 03/26/21 | Buy | 100 | | $12.14 |
| 03/26/21 | Buy | 100 | | $12.15 |
| 03/26/21 | Buy | 100 | | $12.15 |
| 03/26/21 | Buy | 100 | | $12.15 |
| 03/26/21 | Buy | 100 | | $12.15 |
| 03/26/21 | Buy | 100 | | $12.14 |
| 03/26/21 | Buy | 100 | | $12.15 |
| 03/26/21 | Buy | 100 | | $12.15 |
| 03/26/21 | Buy | 100 | | $12.15 |
| 03/26/21 | Buy | 100 | | $12.14 |
| 03/26/21 | Buy | 100 | | $12.15 |
| 03/26/21 | Buy | 100 | | $12.14 |
| 03/26/21 | Buy | 100 | | $12.15 |
| 03/26/21 | Buy | 100 | | $12.03 |
| 03/26/21 | Buy | 100 | | $12.03 |
| 03/26/21 | Buy | 100 | | $12.03 |

**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**Trading**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Price |
|---|---|---|---|---|
| 03/26/21 | Buy | 100 | | $12.03 |
| 03/26/21 | Buy | 150 | | $13.10 |
| 03/26/21 | Buy | 200 | | $12.90 |
| 03/26/21 | Buy | 200 | | $12.15 |
| 03/26/21 | Buy | 200 | | $11.95 |
| 03/26/21 | Buy | 200 | | $11.95 |
| 03/26/21 | Buy | 237 | | $12.58 |
| 03/26/21 | Buy | 245.071862 | | $12.03 |
| 03/26/21 | Buy | 250 | | $13.28 |
| 03/26/21 | Buy | 250 | | $13.12 |
| 03/26/21 | Buy | 250 | | $13.01 |
| 03/26/21 | Buy | 250 | | $12.98 |
| 03/26/21 | Buy | 250 | | $12.91 |
| 03/26/21 | Buy | 250 | | $12.63 |
| 03/26/21 | Buy | 250 | | $12.65 |
| 03/26/21 | Buy | 253 | | $11.95 |
| 03/26/21 | Buy | 254 | | $13.08 |
| 03/26/21 | Buy | 268.125363 | | $12.03 |
| 03/26/21 | Buy | 272 | | $12.03 |
| 03/26/21 | Buy | 272 | | $12.03 |
| 03/26/21 | Buy | 300 | | $12.03 |
| 03/26/21 | Buy | 324.73251 | | $12.15 |
| 03/26/21 | Buy | 469 | | $12.03 |
| 03/26/21 | Buy | 475 | | $13.18 |
| 03/26/21 | Buy | 475 | | $13.25 |
| 03/26/21 | Buy | 500 | | $12.15 |
| 03/26/21 | Buy | 700 | | $12.15 |
| 03/26/21 | Buy | 772 | | $12.03 |
| 03/26/21 | Buy | 804.204149 | | $12.15 |
| 03/26/21 | Buy | 972 | | $12.03 |
| 03/26/21 | Buy | 3,352.89 | | $11.93 |
| 03/26/21 | Sale | | (0.232878) | $12.14 |
| 03/26/21 | Sale | | (1) | $13.14 |
| 03/26/21 | Sale | | (1) | $13.14 |
| 03/26/21 | Sale | | (1) | $13.13 |
| 03/26/21 | Sale | | (1) | $13.13 |
| 03/26/21 | Sale | | (1) | $11.92 |
| 03/26/21 | Sale | | (5) | $11.92 |
| 03/26/21 | Sale | | (5) | $11.92 |
| 03/26/21 | Sale | | (9) | $11.92 |
| 03/26/21 | Sale | | (16) | $12.01 |
| 03/26/21 | Sale | | (28) | $11.92 |
| 03/26/21 | Sale | | (34) | $11.92 |
| 03/26/21 | Sale | | (50) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |

**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**Trading**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Price |
|---|---|---|---|---|
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.02 |
| 03/26/21 | Sale | | (100) | $12.01 |
| 03/26/21 | Sale | | (100) | $12.01 |
| 03/26/21 | Sale | | (100) | $12.01 |
| 03/26/21 | Sale | | (100) | $12.01 |
| 03/26/21 | Sale | | (100) | $11.92 |
| 03/26/21 | Sale | | (100) | $11.92 |
| 03/26/21 | Sale | | (100) | $11.92 |
| 03/26/21 | Sale | | (100) | $11.90 |
| 03/26/21 | Sale | | (101) | $12.02 |
| 03/26/21 | Sale | | (161) | $11.92 |
| 03/26/21 | Sale | | (184) | $12.01 |
| 03/26/21 | Sale | | (199) | $12.02 |
| 03/26/21 | Sale | | (200) | $12.02 |
| 03/26/21 | Sale | | (200) | $12.02 |
| 03/26/21 | Sale | | (300) | $12.01 |
| 03/26/21 | Sale | | (366) | $11.92 |
| 03/26/21 | Sale | | (400) | $11.91 |
| 03/26/21 | Sale | | (456) | $11.92 |
| 03/26/21 | Sale | | (500) | $12.01 |
| 03/26/21 | Sale | | (545.40195) | $12.01 |
| 03/26/21 | Sale | | (744) | $11.92 |
| 03/26/21 | Sale | | (1,526.9471) | $11.90 |
| 03/26/21 | Sale | | (3,829) | $12.12 |
| 03/29/21 | Buy | 0.5 | | $11.91 |
| 03/29/21 | Buy | 0.614561 | | $11.68 |
| 03/29/21 | Buy | 0.7 | | $11.90 |
| 03/29/21 | Buy | 1 | | $11.86 |
| 03/29/21 | Buy | 5 | | $11.98 |
| 03/29/21 | Buy | 6 | | $11.91 |
| 03/29/21 | Buy | 45 | | $11.87 |
| 03/29/21 | Buy | 50 | | $11.88 |
| 03/29/21 | Buy | 50 | | $11.99 |
| 03/29/21 | Buy | 50 | | $11.90 |
| 03/29/21 | Buy | 95 | | $11.97 |
| 03/29/21 | Buy | 100 | | $11.90 |
| 03/29/21 | Buy | 100 | | $11.91 |
| 03/29/21 | Buy | 100 | | $11.91 |
| 03/29/21 | Buy | 100 | | $11.91 |
| 03/29/21 | Buy | 100 | | $11.89 |
| 03/29/21 | Buy | 100 | | $11.90 |
| 03/29/21 | Buy | 100 | | $11.85 |
| 03/29/21 | Buy | 100 | | $11.87 |
| 03/29/21 | Buy | 100 | | $11.89 |
| 03/29/21 | Buy | 100 | | $11.89 |

**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**Trading**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Price |
|---|---|---|---|---|
| 03/29/21 | Buy | 100 | | $11.89 |
| 03/29/21 | Buy | 100 | | $11.89 |
| 03/29/21 | Buy | 100 | | $11.89 |
| 03/29/21 | Buy | 100 | | $11.90 |
| 03/29/21 | Buy | 100 | | $11.90 |
| 03/29/21 | Buy | 100 | | $11.90 |
| 03/29/21 | Buy | 100 | | $11.90 |
| 03/29/21 | Buy | 100 | | $11.90 |
| 03/29/21 | Buy | 100 | | $11.97 |
| 03/29/21 | Buy | 100 | | $11.98 |
| 03/29/21 | Buy | 100 | | $12.00 |
| 03/29/21 | Buy | 100 | | $12.00 |
| 03/29/21 | Buy | 100 | | $11.68 |
| 03/29/21 | Buy | 100 | | $11.68 |
| 03/29/21 | Buy | 100 | | $11.68 |
| 03/29/21 | Buy | 100 | | $11.68 |
| 03/29/21 | Buy | 200 | | $11.90 |
| 03/29/21 | Buy | 200 | | $11.90 |
| 03/29/21 | Buy | 200 | | $11.91 |
| 03/29/21 | Buy | 200 | | $11.87 |
| 03/29/21 | Buy | 200 | | $11.86 |
| 03/29/21 | Buy | 200 | | $11.87 |
| 03/29/21 | Buy | 200 | | $11.97 |
| 03/29/21 | Buy | 200 | | $11.96 |
| 03/29/21 | Buy | 200 | | $11.90 |
| 03/29/21 | Buy | 250 | | $11.89 |
| 03/29/21 | Buy | 250 | | $11.99 |
| 03/29/21 | Buy | 250 | | $11.98 |
| 03/29/21 | Buy | 252 | | $12.01 |
| 03/29/21 | Buy | 300 | | $11.96 |
| 03/29/21 | Buy | 500 | | $11.93 |
| 03/29/21 | Buy | 500 | | $11.89 |
| 03/29/21 | Buy | 500 | | $11.90 |
| 03/29/21 | Buy | 500 | | $11.91 |
| 03/29/21 | Buy | 1,000 | | $11.92 |
| 03/29/21 | Buy | 4,137.72 | | $11.68 |
| 03/29/21 | Sale | | (0.7) | $11.82 |
| 03/29/21 | Sale | | (1) | $11.92 |
| 03/29/21 | Sale | | (1) | $11.91 |
| 03/29/21 | Sale | | (1) | $11.91 |
| 03/29/21 | Sale | | (1) | $11.90 |
| 03/29/21 | Sale | | (1) | $11.90 |
| 03/29/21 | Sale | | (1) | $11.90 |
| 03/29/21 | Sale | | (1) | $11.90 |
| 03/29/21 | Sale | | (1) | $11.90 |
| 03/29/21 | Sale | | (1) | $11.90 |
| 03/29/21 | Sale | | (1) | $11.90 |
| 03/29/21 | Sale | | (1) | $11.87 |
| 03/29/21 | Sale | | (1) | $11.89 |
| 03/29/21 | Sale | | (1) | $11.89 |
| 03/29/21 | Sale | | (1) | $11.89 |

**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**Trading**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Price |
|---|---|---|---|---|
| 03/29/21 | Sale | | (1) | $11.89 |
| 03/29/21 | Sale | | (1) | $11.68 |
| 03/29/21 | Sale | | (2) | $11.92 |
| 03/29/21 | Sale | | (2) | $11.90 |
| 03/29/21 | Sale | | (3) | $11.90 |
| 03/29/21 | Sale | | (3) | $11.90 |
| 03/29/21 | Sale | | (5) | $11.90 |
| 03/29/21 | Sale | | (5) | $11.90 |
| 03/29/21 | Sale | | (5) | $11.90 |
| 03/29/21 | Sale | | (5) | $11.90 |
| 03/29/21 | Sale | | (5) | $11.81 |
| 03/29/21 | Sale | | (5) | $11.68 |
| 03/29/21 | Sale | | (7) | $11.90 |
| 03/29/21 | Sale | | (8) | $11.90 |
| 03/29/21 | Sale | | (9) | $11.90 |
| 03/29/21 | Sale | | (9) | $11.90 |
| 03/29/21 | Sale | | (10) | $11.93 |
| 03/29/21 | Sale | | (10) | $11.92 |
| 03/29/21 | Sale | | (10) | $11.92 |
| 03/29/21 | Sale | | (10) | $11.90 |
| 03/29/21 | Sale | | (10) | $11.90 |
| 03/29/21 | Sale | | (10) | $11.90 |
| 03/29/21 | Sale | | (10) | $11.69 |
| 03/29/21 | Sale | | (11) | $11.68 |
| 03/29/21 | Sale | | (15) | $11.91 |
| 03/29/21 | Sale | | (15) | $11.90 |
| 03/29/21 | Sale | | (16) | $11.81 |
| 03/29/21 | Sale | | (17) | $11.90 |
| 03/29/21 | Sale | | (17) | $11.81 |
| 03/29/21 | Sale | | (20) | $11.90 |
| 03/29/21 | Sale | | (20) | $11.90 |
| 03/29/21 | Sale | | (24) | $11.93 |
| 03/29/21 | Sale | | (27) | $11.82 |
| 03/29/21 | Sale | | (30) | $11.90 |
| 03/29/21 | Sale | | (30) | $11.69 |
| 03/29/21 | Sale | | (32) | $11.90 |
| 03/29/21 | Sale | | (33) | $11.90 |
| 03/29/21 | Sale | | (34) | $11.93 |
| 03/29/21 | Sale | | (38) | $11.92 |
| 03/29/21 | Sale | | (42) | $11.90 |
| 03/29/21 | Sale | | (50) | $11.93 |
| 03/29/21 | Sale | | (50) | $11.93 |
| 03/29/21 | Sale | | (50) | $11.90 |
| 03/29/21 | Sale | | (50) | $11.90 |
| 03/29/21 | Sale | | (50) | $11.90 |
| 03/29/21 | Sale | | (50) | $11.90 |
| 03/29/21 | Sale | | (50) | $11.90 |
| 03/29/21 | Sale | | (58) | $11.93 |
| 03/29/21 | Sale | | (67) | $11.81 |
| 03/29/21 | Sale | | (70) | $11.69 |
| 03/29/21 | Sale | | (73) | $11.82 |

**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**Trading**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Price |
|---|---|---|---|---|
| 03/29/21 | Sale | | (80) | $11.90 |
| 03/29/21 | Sale | | (95) | $11.81 |
| 03/29/21 | Sale | | (100) | $11.93 |
| 03/29/21 | Sale | | (100) | $11.92 |
| 03/29/21 | Sale | | (100) | $11.91 |
| 03/29/21 | Sale | | (100) | $11.91 |
| 03/29/21 | Sale | | (100) | $11.91 |
| 03/29/21 | Sale | | (100) | $11.90 |
| 03/29/21 | Sale | | (100) | $11.89 |
| 03/29/21 | Sale | | (100) | $11.90 |
| 03/29/21 | Sale | | (100) | $11.90 |
| 03/29/21 | Sale | | (100) | $11.89 |
| 03/29/21 | Sale | | (100) | $11.89 |
| 03/29/21 | Sale | | (100) | $11.81 |
| 03/29/21 | Sale | | (100) | $11.81 |
| 03/29/21 | Sale | | (100) | $11.81 |
| 03/29/21 | Sale | | (100) | $11.81 |
| 03/29/21 | Sale | | (100) | $11.82 |
| 03/29/21 | Sale | | (100) | $11.82 |
| 03/29/21 | Sale | | (100) | $11.82 |
| 03/29/21 | Sale | | (100) | $11.82 |
| 03/29/21 | Sale | | (100) | $11.81 |
| 03/29/21 | Sale | | (100) | $11.81 |
| 03/29/21 | Sale | | (100) | $11.81 |
| 03/29/21 | Sale | | (100) | $11.69 |
| 03/29/21 | Sale | | (100) | $11.69 |
| 03/29/21 | Sale | | (100) | $11.69 |
| 03/29/21 | Sale | | (100) | $11.69 |
| 03/29/21 | Sale | | (100) | $11.69 |
| 03/29/21 | Sale | | (100) | $11.69 |
| 03/29/21 | Sale | | (100) | $11.69 |
| 03/29/21 | Sale | | (100) | $11.69 |
| 03/29/21 | Sale | | (100) | $11.69 |
| 03/29/21 | Sale | | (100) | $11.69 |
| 03/29/21 | Sale | | (100) | $11.69 |
| 03/29/21 | Sale | | (100) | $11.68 |
| 03/29/21 | Sale | | (100) | $11.68 |
| 03/29/21 | Sale | | (127) | $11.81 |
| 03/29/21 | Sale | | (150) | $11.90 |
| 03/29/21 | Sale | | (170) | $11.91 |
| 03/29/21 | Sale | | (173) | $11.82 |
| 03/29/21 | Sale | | (173) | $11.69 |
| 03/29/21 | Sale | | (175) | $11.90 |
| 03/29/21 | Sale | | (200) | $11.93 |
| 03/29/21 | Sale | | (200) | $11.90 |
| 03/29/21 | Sale | | (200) | $11.81 |
| 03/29/21 | Sale | | (200) | $11.82 |
| 03/29/21 | Sale | | (200) | $11.69 |
| 03/29/21 | Sale | | (300) | $11.92 |
| 03/29/21 | Sale | | (300) | $11.81 |
| 03/29/21 | Sale | | (300) | $11.69 |

**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**Trading**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Price |
|---|---|---|---|---|
| 03/29/21 | Sale | | (300) | $11.68 |
| 03/29/21 | Sale | | (932.78644) | $11.89 |
| 03/29/21 | Sale | | (943) | $11.81 |
| 03/29/21 | Sale | | (1,000) | $11.81 |
| 03/29/21 | Sale | | (1,854.5) | $11.68 |