# EXHIBIT C

## Canoo, Inc.
## Common Stock (CUSIP 13803R102)
## FIFO/LIFO Losses

**Class Period: 08/19/20 - 03/29/21**
**Shareholder: Samuel Blake**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) | Proceeds |
|---|---|---|---|---|---|---|---|
| | | | **Sales Applied to Pre Class Period Trading** | | | | |
| Beg. Balance | | | | 0 | | | |
| | | | **Class Period Trading** | | | | |
| 03/26/21 | Buy | 0.11692 | | 0.116920 | $12.15 | ($1.42) | $0.00 |
| 03/26/21 | Buy | 0.141157 | | 0.258077 | $12.61 | ($1.78) | $0.00 |
| 03/26/21 | Buy | 0.166389 | | 0.424466 | $12.03 | ($2.00) | $0.00 |
| 03/26/21 | Buy | 0.171868 | | 0.596334 | $12.02 | ($2.06) | $0.00 |
| 03/26/21 | Buy | 0.177109 | | 0.773443 | $11.97 | ($2.12) | $0.00 |
| 03/26/21 | Buy | 0.247015 | | 1.020458 | $12.15 | ($3.00) | $0.00 |
| 03/26/21 | Buy | 0.260507 | | 1.280965 | $12.02 | ($3.13) | $0.00 |
| 03/26/21 | Buy | 0.395256 | | 1.676221 | $12.65 | ($5.00) | $0.00 |
| 03/26/21 | Buy | 0.453327 | | 2.129548 | $11.95 | ($5.41) | $0.00 |
| 03/26/21 | Buy | 0.552906 | | 2.682454 | $11.96 | ($6.61) | $0.00 |
| 03/26/21 | Buy | 0.660626 | | 3.343080 | $12.14 | ($8.02) | $0.00 |
| 03/26/21 | Buy | 0.884584 | | 4.227664 | $12.65 | ($11.19) | $0.00 |
| 03/26/21 | Buy | 1.159733 | | 5.387397 | $12.02 | ($13.94) | $0.00 |
| 03/26/21 | Buy | 3 | | 8.387397 | $12.02 | ($36.06) | $0.00 |
| 03/26/21 | Buy | 3.06367 | | 11.451067 | $12.02 | ($36.81) | $0.00 |
| 03/26/21 | Buy | 3.993327 | | 15.444394 | $11.99 | ($47.88) | $0.00 |
| 03/26/21 | Buy | 3.998353 | | 19.442747 | $12.15 | ($48.58) | $0.00 |
| 03/26/21 | Buy | 4.489291 | | 23.932038 | $12.14 | ($54.50) | $0.00 |
| 03/26/21 | Buy | 9 | | 32.932038 | $12.65 | ($113.81) | $0.00 |
| 03/26/21 | Buy | 13 | | 45.932038 | $12.58 | ($163.54) | $0.00 |
| 03/26/21 | Buy | 18.811881 | | 64.743919 | $12.61 | ($237.22) | $0.00 |
| 03/26/21 | Buy | 25 | | 89.743919 | $13.18 | ($329.50) | $0.00 |
| 03/26/21 | Buy | 25 | | 114.743919 | $13.23 | ($330.75) | $0.00 |
| 03/26/21 | Buy | 28 | | 142.743919 | $12.03 | ($336.84) | $0.00 |
| 03/26/21 | Buy | 56.953086 | | 199.697005 | $12.15 | ($691.98) | $0.00 |
| 03/26/21 | Buy | 57.92768 | | 257.624685 | $12.03 | ($696.87) | $0.00 |
| 03/26/21 | Buy | 57.978176 | | 315.602861 | $11.96 | ($693.39) | $0.00 |
| 03/26/21 | Buy | 72 | | 387.602861 | $12.03 | ($866.16) | $0.00 |
| 03/26/21 | Buy | 99.739727 | | 487.342588 | $11.95 | ($1,191.79) | $0.00 |
| 03/26/21 | Buy | 100 | | 587.342588 | $13.10 | ($1,310.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 687.342588 | $12.61 | ($1,261.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 787.342588 | $12.15 | ($1,215.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 887.342588 | $12.14 | ($1,213.50) | $0.00 |
| 03/26/21 | Buy | 100 | | 987.342588 | $12.14 | ($1,213.50) | $0.00 |
| 03/26/21 | Buy | 100 | | 1,087.342588 | $12.15 | ($1,215.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 1,187.342588 | $12.15 | ($1,215.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 1,287.342588 | $12.15 | ($1,215.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 1,387.342588 | $12.15 | ($1,215.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 1,487.342588 | $12.14 | ($1,214.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 1,587.342588 | $12.15 | ($1,215.00) | $0.00 |

1

Exhibit C
Page 12

**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**FIFO/LIFO Losses**

**Class Period: 08/19/20 - 03/29/21**
**Shareholder: Samuel Blake**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) | Proceeds |
|---|---|---|---|---|---|---|---|
| 03/26/21 | Buy | 100 | | 1,687.342588 | $12.15 | ($1,215.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 1,787.342588 | $12.15 | ($1,215.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 1,887.342588 | $12.14 | ($1,214.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 1,987.342588 | $12.15 | ($1,215.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 2,087.342588 | $12.14 | ($1,214.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 2,187.342588 | $12.15 | ($1,215.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 2,287.342588 | $12.03 | ($1,203.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 2,387.342588 | $12.03 | ($1,203.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 2,487.342588 | $12.03 | ($1,203.00) | $0.00 |
| 03/26/21 | Buy | 100 | | 2,587.342588 | $12.03 | ($1,203.00) | $0.00 |
| 03/26/21 | Buy | 150 | | 2,737.342588 | $13.10 | ($1,965.00) | $0.00 |
| 03/26/21 | Buy | 200 | | 2,937.342588 | $12.90 | ($2,580.00) | $0.00 |
| 03/26/21 | Buy | 200 | | 3,137.342588 | $12.15 | ($2,430.00) | $0.00 |
| 03/26/21 | Buy | 200 | | 3,337.342588 | $11.95 | ($2,389.90) | $0.00 |
| 03/26/21 | Buy | 200 | | 3,537.342588 | $11.95 | ($2,389.80) | $0.00 |
| 03/26/21 | Buy | 237 | | 3,774.342588 | $12.58 | ($2,982.50) | $0.00 |
| 03/26/21 | Buy | 245.071862 | | 4,019.414450 | $12.03 | ($2,948.19) | $0.00 |
| 03/26/21 | Buy | 250 | | 4,269.414450 | $13.28 | ($3,318.75) | $0.00 |
| 03/26/21 | Buy | 250 | | 4,519.414450 | $13.12 | ($3,280.00) | $0.00 |
| 03/26/21 | Buy | 250 | | 4,769.414450 | $13.01 | ($3,252.50) | $0.00 |
| 03/26/21 | Buy | 250 | | 5,019.414450 | $12.98 | ($3,243.75) | $0.00 |
| 03/26/21 | Buy | 250 | | 5,269.414450 | $12.91 | ($3,227.50) | $0.00 |
| 03/26/21 | Buy | 250 | | 5,519.414450 | $12.63 | ($3,156.25) | $0.00 |
| 03/26/21 | Buy | 250 | | 5,769.414450 | $12.65 | ($3,162.50) | $0.00 |
| 03/26/21 | Buy | 253 | | 6,022.414450 | $11.95 | ($3,023.10) | $0.00 |
| 03/26/21 | Buy | 254 | | 6,276.414450 | $13.08 | ($3,322.32) | $0.00 |
| 03/26/21 | Buy | 268.125363 | | 6,544.539813 | $12.03 | ($3,225.28) | $0.00 |
| 03/26/21 | Buy | 272 | | 6,816.539813 | $12.03 | ($3,271.89) | $0.00 |
| 03/26/21 | Buy | 272 | | 7,088.539813 | $12.03 | ($3,271.89) | $0.00 |
| 03/26/21 | Buy | 300 | | 7,388.539813 | $12.03 | ($3,608.70) | $0.00 |
| 03/26/21 | Buy | 324.73251 | | 7,713.272323 | $12.15 | ($3,945.50) | $0.00 |
| 03/26/21 | Buy | 469 | | 8,182.272323 | $12.03 | ($5,641.60) | $0.00 |
| 03/26/21 | Buy | 475 | | 8,657.272323 | $13.18 | ($6,259.55) | $0.00 |
| 03/26/21 | Buy | 475 | | 9,132.272323 | $13.25 | ($6,291.47) | $0.00 |
| 03/26/21 | Buy | 500 | | 9,632.272323 | $12.15 | ($6,075.00) | $0.00 |
| 03/26/21 | Buy | 700 | | 10,332.272323 | $12.15 | ($8,505.00) | $0.00 |
| 03/26/21 | Buy | 772 | | 11,104.272323 | $12.03 | ($9,286.39) | $0.00 |
| 03/26/21 | Buy | 804.204149 | | 11,908.476472 | $12.15 | ($9,771.00) | $0.00 |
| 03/26/21 | Buy | 972 | | 12,880.476472 | $12.03 | ($11,692.19) | $0.00 |
| 03/26/21 | Buy | 3,352.89 | | 16,233.368341 | $11.93 | ($40,000.00) | $0.00 |
| 03/26/21 | Sale | | (0.232878) | 16,233.135463 | $12.14 | $0.00 | $2.83 |
| 03/26/21 | Sale | | (1) | 16,232.135463 | $13.14 | $0.00 | $13.14 |
| 03/26/21 | Sale | | (1) | 16,231.135463 | $13.14 | $0.00 | $13.14 |
| 03/26/21 | Sale | | (1) | 16,230.135463 | $13.13 | $0.00 | $13.13 |

2

Exhibit C
Page 13

## Canoo, Inc.
## Common Stock (CUSIP 13803R102)
## FIFO/LIFO Losses

**Class Period: 08/19/20 - 03/29/21**
**Shareholder: Samuel Blake**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) | Proceeds |
|---|---|---|---|---|---|---|---|
| 03/26/21 | Sale | | (1) | 16,229.135463 | $13.13 | $0.00 | $13.13 |
| 03/26/21 | Sale | | (1) | 16,228.135463 | $11.92 | $0.00 | $11.92 |
| 03/26/21 | Sale | | (5) | 16,223.135463 | $11.92 | $0.00 | $59.60 |
| 03/26/21 | Sale | | (5) | 16,218.135463 | $11.92 | $0.00 | $59.60 |
| 03/26/21 | Sale | | (9) | 16,209.135463 | $11.92 | $0.00 | $107.28 |
| 03/26/21 | Sale | | (16) | 16,193.135463 | $12.01 | $0.00 | $192.16 |
| 03/26/21 | Sale | | (28) | 16,165.135463 | $11.92 | $0.00 | $333.76 |
| 03/26/21 | Sale | | (34) | 16,131.135463 | $11.92 | $0.00 | $405.28 |
| 03/26/21 | Sale | | (50) | 16,081.135463 | $12.02 | $0.00 | $601.00 |
| 03/26/21 | Sale | | (100) | 15,981.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 15,881.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 15,781.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 15,681.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 15,581.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 15,481.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 15,381.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 15,281.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 15,181.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 15,081.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 14,981.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 14,881.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 14,781.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 14,681.135463 | $12.02 | $0.00 | $1,202.00 |
| 03/26/21 | Sale | | (100) | 14,581.135463 | $12.01 | $0.00 | $1,201.00 |
| 03/26/21 | Sale | | (100) | 14,481.135463 | $12.01 | $0.00 | $1,201.00 |
| 03/26/21 | Sale | | (100) | 14,381.135463 | $12.01 | $0.00 | $1,201.00 |
| 03/26/21 | Sale | | (100) | 14,281.135463 | $12.01 | $0.00 | $1,201.00 |
| 03/26/21 | Sale | | (100) | 14,181.135463 | $11.92 | $0.00 | $1,192.00 |
| 03/26/21 | Sale | | (100) | 14,081.135463 | $11.92 | $0.00 | $1,192.00 |
| 03/26/21 | Sale | | (100) | 13,981.135463 | $11.92 | $0.00 | $1,192.00 |
| 03/26/21 | Sale | | (100) | 13,881.135463 | $11.90 | $0.00 | $1,190.00 |
| 03/26/21 | Sale | | (101) | 13,780.135463 | $12.02 | $0.00 | $1,214.02 |
| 03/26/21 | Sale | | (161) | 13,619.135463 | $11.92 | $0.00 | $1,919.12 |
| 03/26/21 | Sale | | (184) | 13,435.135463 | $12.01 | $0.00 | $2,209.84 |
| 03/26/21 | Sale | | (199) | 13,236.135463 | $12.02 | $0.00 | $2,391.98 |
| 03/26/21 | Sale | | (200) | 13,036.135463 | $12.02 | $0.00 | $2,404.00 |
| 03/26/21 | Sale | | (200) | 12,836.135463 | $12.02 | $0.00 | $2,404.00 |
| 03/26/21 | Sale | | (300) | 12,536.135463 | $12.01 | $0.00 | $3,603.00 |
| 03/26/21 | Sale | | (366) | 12,170.135463 | $11.92 | $0.00 | $4,362.72 |
| 03/26/21 | Sale | | (400) | 11,770.135463 | $11.91 | $0.00 | $4,764.00 |
| 03/26/21 | Sale | | (456) | 11,314.135463 | $11.92 | $0.00 | $5,435.52 |
| 03/26/21 | Sale | | (500) | 10,814.135463 | $12.01 | $0.00 | $6,005.00 |
| 03/26/21 | Sale | | (545.40195) | 10,268.733513 | $12.01 | $0.00 | $6,550.28 |
| 03/26/21 | Sale | | (744) | 9,524.733513 | $11.92 | $0.00 | $8,868.48 |

3

Exhibit C
Page 14

# Canoo, Inc.
## Common Stock (CUSIP 13803R102)
## FIFO/LIFO Losses

**Class Period: 08/19/20 - 03/29/21**

**Shareholder: Samuel Blake**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) | Proceeds |
|---|---|---|---|---|---|---|---|
| 03/26/21 | Sale | | (1,526.9471) | 7,997.786441 | $11.90 | $0.00 | $18,170.67 |
| 03/26/21 | Sale | | (3,829) | 4,168.786441 | $12.12 | $0.00 | $46,407.48 |
| 03/29/21 | Buy | 0.5 | | 4,169.286441 | $11.91 | ($5.95) | $0.00 |
| 03/29/21 | Buy | 0.614561 | | 4,169.901002 | $11.68 | ($7.17) | $0.00 |
| 03/29/21 | Buy | 0.7 | | 4,170.601002 | $11.90 | ($8.33) | $0.00 |
| 03/29/21 | Buy | 1 | | 4,171.601002 | $11.86 | ($11.86) | $0.00 |
| 03/29/21 | Buy | 5 | | 4,176.601002 | $11.98 | ($59.90) | $0.00 |
| 03/29/21 | Buy | 6 | | 4,182.601002 | $11.91 | ($71.45) | $0.00 |
| 03/29/21 | Buy | 45 | | 4,227.601002 | $11.87 | ($534.15) | $0.00 |
| 03/29/21 | Buy | 50 | | 4,277.601002 | $11.88 | ($594.00) | $0.00 |
| 03/29/21 | Buy | 50 | | 4,327.601002 | $11.99 | ($599.48) | $0.00 |
| 03/29/21 | Buy | 50 | | 4,377.601002 | $11.90 | ($595.00) | $0.00 |
| 03/29/21 | Buy | 95 | | 4,472.601002 | $11.97 | ($1,137.15) | $0.00 |
| 03/29/21 | Buy | 100 | | 4,572.601002 | $11.90 | ($1,190.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 4,672.601002 | $11.91 | ($1,191.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 4,772.601002 | $11.91 | ($1,191.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 4,872.601002 | $11.91 | ($1,191.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 4,972.601002 | $11.89 | ($1,189.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 5,072.601002 | $11.90 | ($1,190.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 5,172.601002 | $11.85 | ($1,184.50) | $0.00 |
| 03/29/21 | Buy | 100 | | 5,272.601002 | $11.87 | ($1,186.90) | $0.00 |
| 03/29/21 | Buy | 100 | | 5,372.601002 | $11.89 | ($1,189.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 5,472.601002 | $11.89 | ($1,189.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 5,572.601002 | $11.89 | ($1,189.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 5,672.601002 | $11.89 | ($1,189.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 5,772.601002 | $11.89 | ($1,189.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 5,872.601002 | $11.90 | ($1,190.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 5,972.601002 | $11.90 | ($1,190.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 6,072.601002 | $11.90 | ($1,190.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 6,172.601002 | $11.90 | ($1,190.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 6,272.601002 | $11.90 | ($1,190.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 6,372.601002 | $11.97 | ($1,197.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 6,472.601002 | $11.98 | ($1,198.00) | $0.00 |
| 03/29/21 | Buy | 100 | | 6,572.601002 | $12.00 | ($1,199.95) | $0.00 |
| 03/29/21 | Buy | 100 | | 6,672.601002 | $12.00 | ($1,199.95) | $0.00 |
| 03/29/21 | Buy | 100 | | 6,772.601002 | $11.68 | ($1,167.50) | $0.00 |
| 03/29/21 | Buy | 100 | | 6,872.601002 | $11.68 | ($1,167.50) | $0.00 |
| 03/29/21 | Buy | 100 | | 6,972.601002 | $11.68 | ($1,167.50) | $0.00 |
| 03/29/21 | Buy | 100 | | 7,072.601002 | $11.68 | ($1,167.50) | $0.00 |
| 03/29/21 | Buy | 200 | | 7,272.601002 | $11.90 | ($2,380.00) | $0.00 |
| 03/29/21 | Buy | 200 | | 7,472.601002 | $11.90 | ($2,380.00) | $0.00 |
| 03/29/21 | Buy | 200 | | 7,672.601002 | $11.91 | ($2,382.00) | $0.00 |
| 03/29/21 | Buy | 200 | | 7,872.601002 | $11.87 | ($2,373.00) | $0.00 |
| 03/29/21 | Buy | 200 | | 8,072.601002 | $11.86 | ($2,372.00) | $0.00 |

Exhibit C
Page 15

**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**FIFO/LIFO Losses**

Class Period: 08/19/20 - 03/29/21
Shareholder: Samuel Blake

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) | Proceeds |
|---|---|---|---|---|---|---|---|
| 03/29/21 | Buy | 200 | | 8,272.601002 | $11.87 | ($2,374.00) | $0.00 |
| 03/29/21 | Buy | 200 | | 8,472.601002 | $11.97 | ($2,394.00) | $0.00 |
| 03/29/21 | Buy | 200 | | 8,672.601002 | $11.96 | ($2,391.00) | $0.00 |
| 03/29/21 | Buy | 200 | | 8,872.601002 | $11.90 | ($2,380.00) | $0.00 |
| 03/29/21 | Buy | 250 | | 9,122.601002 | $11.89 | ($2,972.50) | $0.00 |
| 03/29/21 | Buy | 250 | | 9,372.601002 | $11.99 | ($2,997.50) | $0.00 |
| 03/29/21 | Buy | 250 | | 9,622.601002 | $11.98 | ($2,994.88) | $0.00 |
| 03/29/21 | Buy | 252 | | 9,874.601002 | $12.01 | ($3,027.60) | $0.00 |
| 03/29/21 | Buy | 300 | | 10,174.601002 | $11.96 | ($3,586.50) | $0.00 |
| 03/29/21 | Buy | 500 | | 10,674.601002 | $11.93 | ($5,965.00) | $0.00 |
| 03/29/21 | Buy | 500 | | 11,174.601002 | $11.89 | ($5,944.85) | $0.00 |
| 03/29/21 | Buy | 500 | | 11,674.601002 | $11.90 | ($5,950.00) | $0.00 |
| 03/29/21 | Buy | 500 | | 12,174.601002 | $11.91 | ($5,953.85) | $0.00 |
| 03/29/21 | Buy | 1,000 | | 13,174.601002 | $11.92 | ($11,920.00) | $0.00 |
| 03/29/21 | Buy | 4,137.72 | | 17,312.325558 | $11.68 | ($48,322.83) | $0.00 |
| 03/29/21 | Sale | | (0.7) | 17,311.625558 | $11.82 | $0.00 | $8.27 |
| 03/29/21 | Sale | | (1) | 17,310.625558 | $11.92 | $0.00 | $11.92 |
| 03/29/21 | Sale | | (1) | 17,309.625558 | $11.91 | $0.00 | $11.91 |
| 03/29/21 | Sale | | (1) | 17,308.625558 | $11.91 | $0.00 | $11.91 |
| 03/29/21 | Sale | | (1) | 17,307.625558 | $11.90 | $0.00 | $11.90 |
| 03/29/21 | Sale | | (1) | 17,306.625558 | $11.90 | $0.00 | $11.90 |
| 03/29/21 | Sale | | (1) | 17,305.625558 | $11.90 | $0.00 | $11.90 |
| 03/29/21 | Sale | | (1) | 17,304.625558 | $11.90 | $0.00 | $11.90 |
| 03/29/21 | Sale | | (1) | 17,303.625558 | $11.90 | $0.00 | $11.90 |
| 03/29/21 | Sale | | (1) | 17,302.625558 | $11.90 | $0.00 | $11.90 |
| 03/29/21 | Sale | | (1) | 17,301.625558 | $11.90 | $0.00 | $11.90 |
| 03/29/21 | Sale | | (1) | 17,300.625558 | $11.87 | $0.00 | $11.87 |
| 03/29/21 | Sale | | (1) | 17,299.625558 | $11.89 | $0.00 | $11.89 |
| 03/29/21 | Sale | | (1) | 17,298.625558 | $11.89 | $0.00 | $11.89 |
| 03/29/21 | Sale | | (1) | 17,297.625558 | $11.89 | $0.00 | $11.89 |
| 03/29/21 | Sale | | (1) | 17,296.625558 | $11.89 | $0.00 | $11.89 |
| 03/29/21 | Sale | | (1) | 17,295.625558 | $11.68 | $0.00 | $11.68 |
| 03/29/21 | Sale | | (2) | 17,293.625558 | $11.92 | $0.00 | $23.84 |
| 03/29/21 | Sale | | (2) | 17,291.625558 | $11.90 | $0.00 | $23.80 |
| 03/29/21 | Sale | | (3) | 17,288.625558 | $11.90 | $0.00 | $35.70 |
| 03/29/21 | Sale | | (3) | 17,285.625558 | $11.90 | $0.00 | $35.70 |
| 03/29/21 | Sale | | (5) | 17,280.625558 | $11.90 | $0.00 | $59.50 |
| 03/29/21 | Sale | | (5) | 17,275.625558 | $11.90 | $0.00 | $59.50 |
| 03/29/21 | Sale | | (5) | 17,270.625558 | $11.90 | $0.00 | $59.50 |
| 03/29/21 | Sale | | (5) | 17,265.625558 | $11.90 | $0.00 | $59.50 |
| 03/29/21 | Sale | | (5) | 17,260.625558 | $11.81 | $0.00 | $59.05 |
| 03/29/21 | Sale | | (5) | 17,255.625558 | $11.68 | $0.00 | $58.40 |
| 03/29/21 | Sale | | (7) | 17,248.625558 | $11.90 | $0.00 | $83.30 |
| 03/29/21 | Sale | | (8) | 17,240.625558 | $11.90 | $0.00 | $95.20 |

5

Exhibit C
Page 16

**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**FIFO/LIFO Losses**

**Class Period: 08/19/20 - 03/29/21**
**Shareholder: Samuel Blake**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) | Proceeds |
|---|---|---|---|---|---|---|---|
| 03/29/21 | Sale | | (9) | 17,231.625558 | $11.90 | $0.00 | $107.10 |
| 03/29/21 | Sale | | (9) | 17,222.625558 | $11.90 | $0.00 | $107.10 |
| 03/29/21 | Sale | | (10) | 17,212.625558 | $11.93 | $0.00 | $119.30 |
| 03/29/21 | Sale | | (10) | 17,202.625558 | $11.92 | $0.00 | $119.20 |
| 03/29/21 | Sale | | (10) | 17,192.625558 | $11.92 | $0.00 | $119.20 |
| 03/29/21 | Sale | | (10) | 17,182.625558 | $11.90 | $0.00 | $119.00 |
| 03/29/21 | Sale | | (10) | 17,172.625558 | $11.90 | $0.00 | $119.00 |
| 03/29/21 | Sale | | (10) | 17,162.625558 | $11.90 | $0.00 | $119.00 |
| 03/29/21 | Sale | | (10) | 17,152.625558 | $11.69 | $0.00 | $116.90 |
| 03/29/21 | Sale | | (11) | 17,141.625558 | $11.68 | $0.00 | $128.48 |
| 03/29/21 | Sale | | (15) | 17,126.625558 | $11.91 | $0.00 | $178.65 |
| 03/29/21 | Sale | | (15) | 17,111.625558 | $11.90 | $0.00 | $178.50 |
| 03/29/21 | Sale | | (16) | 17,095.625558 | $11.81 | $0.00 | $188.96 |
| 03/29/21 | Sale | | (17) | 17,078.625558 | $11.90 | $0.00 | $202.30 |
| 03/29/21 | Sale | | (17) | 17,061.625558 | $11.81 | $0.00 | $200.77 |
| 03/29/21 | Sale | | (20) | 17,041.625558 | $11.90 | $0.00 | $238.00 |
| 03/29/21 | Sale | | (20) | 17,021.625558 | $11.90 | $0.00 | $238.00 |
| 03/29/21 | Sale | | (24) | 16,997.625558 | $11.93 | $0.00 | $286.32 |
| 03/29/21 | Sale | | (27) | 16,970.625558 | $11.82 | $0.00 | $319.14 |
| 03/29/21 | Sale | | (30) | 16,940.625558 | $11.90 | $0.00 | $357.00 |
| 03/29/21 | Sale | | (30) | 16,910.625558 | $11.69 | $0.00 | $350.70 |
| 03/29/21 | Sale | | (32) | 16,878.625558 | $11.90 | $0.00 | $380.80 |
| 03/29/21 | Sale | | (33) | 16,845.625558 | $11.90 | $0.00 | $392.70 |
| 03/29/21 | Sale | | (34) | 16,811.625558 | $11.93 | $0.00 | $405.62 |
| 03/29/21 | Sale | | (38) | 16,773.625558 | $11.92 | $0.00 | $452.96 |
| 03/29/21 | Sale | | (42) | 16,731.625558 | $11.90 | $0.00 | $499.80 |
| 03/29/21 | Sale | | (50) | 16,681.625558 | $11.93 | $0.00 | $596.50 |
| 03/29/21 | Sale | | (50) | 16,631.625558 | $11.93 | $0.00 | $596.50 |
| 03/29/21 | Sale | | (50) | 16,581.625558 | $11.90 | $0.00 | $595.00 |
| 03/29/21 | Sale | | (50) | 16,531.625558 | $11.90 | $0.00 | $595.00 |
| 03/29/21 | Sale | | (50) | 16,481.625558 | $11.90 | $0.00 | $595.00 |
| 03/29/21 | Sale | | (50) | 16,431.625558 | $11.90 | $0.00 | $595.00 |
| 03/29/21 | Sale | | (50) | 16,381.625558 | $11.90 | $0.00 | $595.00 |
| 03/29/21 | Sale | | (58) | 16,323.625558 | $11.93 | $0.00 | $691.94 |
| 03/29/21 | Sale | | (67) | 16,256.625558 | $11.81 | $0.00 | $791.27 |
| 03/29/21 | Sale | | (70) | 16,186.625558 | $11.69 | $0.00 | $818.30 |
| 03/29/21 | Sale | | (73) | 16,113.625558 | $11.82 | $0.00 | $862.86 |
| 03/29/21 | Sale | | (80) | 16,033.625558 | $11.90 | $0.00 | $952.00 |
| 03/29/21 | Sale | | (95) | 15,938.625558 | $11.81 | $0.00 | $1,121.95 |
| 03/29/21 | Sale | | (100) | 15,838.625558 | $11.93 | $0.00 | $1,193.00 |
| 03/29/21 | Sale | | (100) | 15,738.625558 | $11.92 | $0.00 | $1,192.00 |
| 03/29/21 | Sale | | (100) | 15,638.625558 | $11.91 | $0.00 | $1,191.00 |
| 03/29/21 | Sale | | (100) | 15,538.625558 | $11.91 | $0.00 | $1,191.00 |
| 03/29/21 | Sale | | (100) | 15,438.625558 | $11.91 | $0.00 | $1,191.00 |

Exhibit C
Page 17

**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**FIFO/LIFO Losses**

**Class Period: 08/19/20 - 03/29/21**
**Shareholder: Samuel Blake**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) | Proceeds |
|---|---|---|---|---|---|---|---|
| 03/29/21 | Sale | | (100) | 15,338.625558 | $11.90 | $0.00 | $1,190.00 |
| 03/29/21 | Sale | | (100) | 15,238.625558 | $11.89 | $0.00 | $1,189.00 |
| 03/29/21 | Sale | | (100) | 15,138.625558 | $11.90 | $0.00 | $1,190.00 |
| 03/29/21 | Sale | | (100) | 15,038.625558 | $11.90 | $0.00 | $1,190.00 |
| 03/29/21 | Sale | | (100) | 14,938.625558 | $11.89 | $0.00 | $1,189.00 |
| 03/29/21 | Sale | | (100) | 14,838.625558 | $11.89 | $0.00 | $1,189.00 |
| 03/29/21 | Sale | | (100) | 14,738.625558 | $11.81 | $0.00 | $1,181.00 |
| 03/29/21 | Sale | | (100) | 14,638.625558 | $11.81 | $0.00 | $1,181.00 |
| 03/29/21 | Sale | | (100) | 14,538.625558 | $11.81 | $0.00 | $1,181.00 |
| 03/29/21 | Sale | | (100) | 14,438.625558 | $11.81 | $0.00 | $1,181.00 |
| 03/29/21 | Sale | | (100) | 14,338.625558 | $11.82 | $0.00 | $1,182.00 |
| 03/29/21 | Sale | | (100) | 14,238.625558 | $11.82 | $0.00 | $1,182.00 |
| 03/29/21 | Sale | | (100) | 14,138.625558 | $11.82 | $0.00 | $1,182.00 |
| 03/29/21 | Sale | | (100) | 14,038.625558 | $11.82 | $0.00 | $1,182.00 |
| 03/29/21 | Sale | | (100) | 13,938.625558 | $11.81 | $0.00 | $1,181.00 |
| 03/29/21 | Sale | | (100) | 13,838.625558 | $11.81 | $0.00 | $1,181.00 |
| 03/29/21 | Sale | | (100) | 13,738.625558 | $11.81 | $0.00 | $1,181.00 |
| 03/29/21 | Sale | | (100) | 13,638.625558 | $11.69 | $0.00 | $1,169.00 |
| 03/29/21 | Sale | | (100) | 13,538.625558 | $11.69 | $0.00 | $1,169.00 |
| 03/29/21 | Sale | | (100) | 13,438.625558 | $11.69 | $0.00 | $1,169.00 |
| 03/29/21 | Sale | | (100) | 13,338.625558 | $11.69 | $0.00 | $1,169.00 |
| 03/29/21 | Sale | | (100) | 13,238.625558 | $11.69 | $0.00 | $1,169.00 |
| 03/29/21 | Sale | | (100) | 13,138.625558 | $11.69 | $0.00 | $1,169.00 |
| 03/29/21 | Sale | | (100) | 13,038.625558 | $11.69 | $0.00 | $1,169.00 |
| 03/29/21 | Sale | | (100) | 12,938.625558 | $11.69 | $0.00 | $1,169.00 |
| 03/29/21 | Sale | | (100) | 12,838.625558 | $11.69 | $0.00 | $1,169.00 |
| 03/29/21 | Sale | | (100) | 12,738.625558 | $11.69 | $0.00 | $1,169.00 |
| 03/29/21 | Sale | | (100) | 12,638.625558 | $11.69 | $0.00 | $1,169.00 |
| 03/29/21 | Sale | | (100) | 12,538.625558 | $11.68 | $0.00 | $1,168.00 |
| 03/29/21 | Sale | | (100) | 12,438.625558 | $11.68 | $0.00 | $1,168.00 |
| 03/29/21 | Sale | | (127) | 12,311.625558 | $11.81 | $0.00 | $1,499.87 |
| 03/29/21 | Sale | | (150) | 12,161.625558 | $11.90 | $0.00 | $1,785.00 |
| 03/29/21 | Sale | | (170) | 11,991.625558 | $11.91 | $0.00 | $2,024.70 |
| 03/29/21 | Sale | | (173) | 11,818.625558 | $11.82 | $0.00 | $2,044.86 |
| 03/29/21 | Sale | | (173) | 11,645.625558 | $11.69 | $0.00 | $2,022.37 |
| 03/29/21 | Sale | | (175) | 11,470.625558 | $11.90 | $0.00 | $2,082.50 |
| 03/29/21 | Sale | | (200) | 11,270.625558 | $11.93 | $0.00 | $2,386.00 |
| 03/29/21 | Sale | | (200) | 11,070.625558 | $11.90 | $0.00 | $2,380.00 |
| 03/29/21 | Sale | | (200) | 10,870.625558 | $11.81 | $0.00 | $2,362.00 |
| 03/29/21 | Sale | | (200) | 10,670.625558 | $11.82 | $0.00 | $2,364.00 |
| 03/29/21 | Sale | | (200) | 10,470.625558 | $11.69 | $0.00 | $2,338.00 |
| 03/29/21 | Sale | | (300) | 10,170.625558 | $11.92 | $0.00 | $3,576.00 |
| 03/29/21 | Sale | | (300) | 9,870.625558 | $11.81 | $0.00 | $3,543.00 |
| 03/29/21 | Sale | | (300) | 9,570.625558 | $11.69 | $0.00 | $3,507.00 |

Exhibit C
Page 18

**Canoo, Inc.**
**Common Stock (CUSIP 13803R102)**
**FIFO/LIFO Losses**

Class Period: 08/19/20 - 03/29/21
Shareholder: Samuel Blake

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) | Proceeds |
|---|---|---|---|---|---|---|---|
| 03/29/21 | Sale | | (300) | 9,270.625558 | $11.68 | $0.00 | $3,504.00 |
| 03/29/21 | Sale | | (932.78644) | 8,337.839117 | $11.89 | $0.00 | $11,090.83 |
| 03/29/21 | Sale | | (943) | 7,394.839117 | $11.81 | $0.00 | $11,136.92 |
| 03/29/21 | Sale | | (1,000) | 6,394.839117 | $11.81 | $0.00 | $11,810.00 |
| 03/29/21 | Sale | | (1,854.5) | 4,540.339117 | $11.68 | $0.00 | $21,660.56 |
| 03/30/21 | Sale[1] | | (0.339117) | 4,540.000000 | $9.57 | $0.00 | $3.24 |
| 03/30/21 | Sale[1] | | (15) | 4,525.000000 | $9.58 | $0.00 | $143.70 |
| 03/30/21 | Sale[1] | | (15) | 4,510.000000 | $9.60 | $0.00 | $144.00 |
| 03/30/21 | Sale[1] | | (21) | 4,489.000000 | $9.58 | $0.00 | $201.18 |
| 03/30/21 | Sale[1] | | (32) | 4,457.000000 | $9.58 | $0.00 | $306.56 |
| 03/30/21 | Sale[1] | | (84) | 4,373.000000 | $9.40 | $0.00 | $789.60 |
| 03/30/21 | Sale[1] | | (88) | 4,285.000000 | $9.58 | $0.00 | $843.04 |
| 03/30/21 | Sale[1] | | (100) | 4,185.000000 | $9.58 | $0.00 | $958.00 |
| 03/30/21 | Sale[1] | | (344) | 3,841.000000 | $9.58 | $0.00 | $3,295.52 |
| 03/30/21 | Sale[1] | | (400) | 3,441.000000 | $9.58 | $0.00 | $3,832.00 |
| 03/30/21 | Sale[1] | | (416) | 3,025.000000 | $9.60 | $0.00 | $3,993.60 |
| 03/30/21 | Sale[1] | | (569) | 2,456.000000 | $9.60 | $0.00 | $5,462.40 |
| 03/30/21 | Sale[1] | | (1,000) | 1,456.000000 | $9.36 | $0.00 | $9,360.10 |
| 03/30/21 | Sale[1] | | (1,456) | (0.000000) | $9.40 | $0.00 | $13,686.40 |
| | | | | | | | |
| Totals: | | 29,377 | (29,377) | | | ($354,620.14) | $338,658.26 |
| Shares Held: | | | 0 | | | | |
| Total (Losses) / Profit: | | | ($15,962) | | | | |

[1] Post class period sale. The higher of the actual sale price and the average price of the stock from the day after the class period to the date of the sale was used in the calculations.

8

Exhibit C
Page 19