Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
Wesley A. Wong (314652)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS <br><br> Defendants. | No. 2:21-cv-02873-FMO-JPR <br><br> **NOTICE OF MOTION OF JOSE SANTACRUZ FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> Date:      July 1, 2021 <br> Time:      10:00 a.m. <br> Courtroom:  6D, 6th Floor <br> Judge:     Hon. Fernando M. Olguin <br><br> <u>ORAL ARGUMENT REQUESTED</u> |

[Caption continued on the next page.]

011018-11/1557679 V1

| | |
|---|---|
| JUSTIN KOJAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE,<br><br>Defendants. | No. 2:21-cv-02879-DSF-PVC |
| JEFF TYLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | No. 2:21-cv-03080-FMO-JPR |

011018-11/1557679 V1

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

PLEASE TAKE NOTICE pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), Jose Santacruz ("Movant") will and hereby does move the Honorable Fernando M. Olguin, on or about July 1, 2021 at 10:00 a.m., at the United States District Court, Central District of California, located at Courtroom 6D, 6th Floor of the First Street Courthouse, 350 West 1st Street, Los Angeles, CA 90012, for an order (1) consolidating the above-captioned related actions; (2) appointing him as lead plaintiff in the above-referenced actions, (3) approving his selection of Hagens Berman Sobol Shapiro LLP as lead counsel; and (4) granting any such further relief as the Court may deem just and proper.

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Lucas E. Gilmore in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.[1]

---

[1] Movant's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that Movant cannot confer

Movant makes this motion on the belief that Movant is the most "adequate plaintiff" as defined in the PSLRA because:

1.      Movant has the largest known financial interest in the relief sought by the Class. Movant has incurred substantial losses as a result of his purchase and/or acquisition of shares of Canoo securities;

2.      Movant has timely filed this motion pursuant to the PSLRA; and

3.      Movant meets the requirements of the PSLRA and Federal Rule of Civil Procedure 23 in that his claims are typical of the claims of the class and he will fairly and adequately represent the interests of the class.

Accordingly, under the PSLRA, Movant is presumptively the most adequate plaintiff and should be appointed as lead plaintiff to pursue this class action against Defendants.

If Movant is appointed as lead plaintiff, pursuant to the PSLRA, he respectfully requests that the Court appoint his selection of lead counsel. Movant has selected lead counsel with extensive experience in securities fraud and other class action litigation.

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the related actions; (2) appoint Movant as the Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities

---

with unknown potential class member movants seeking appointment as lead plaintiff, 15 U.S.C. § 78u-4(a)(3)(B)(i).

NTC. OF MOT. TO CONSOL. REL. ACTIONS, APPOINT
LEAD PL. AND APPROVE THE SELECTION OF COUNSEL - 2
Case No.: 2:21-cv-02873-FMO-JPR
011018-11/1557679 V1

Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) approve Movant's selection of Hagens Berman Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED: June 1, 2021                     HAGENS BERMAN SOBOL SHAPIRO LLP

*s/ Lucas E. Gilmore*
LUCAS E. GILMORE

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
Wesley A. Wong (314652)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff
Jose Santacruz*

NTC. OF MOT. TO CONSOL. REL. ACTIONS, APPOINT
LEAD PL. AND APPROVE THE SELECTION OF COUNSEL - 3
Case No.: 2:21-cv-02873-FMO-JPR
011018-11/1557679 V1