POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant Vladi Shaulov*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>    Defendants.<br><br>[Caption Continued on Next Page] | Case No. 2:21-cv-02873-FMO-JPR<br><br>NOTICE OF MOTION OF VLADI SHAULOV FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL<br><br>DATE: July 1, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Fernando M. Olguin<br>CTRM: 6D, 6th Floor |

| | | |
|---|---|---|
| 1 | JUSTIN KOJAK, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:21-cv-02879-DSF-PVC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | | |
| 6 | CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE, | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Defendants. | |
| 13 | | |
| 14 | JEFF TYLER, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:21-cv-03080-FMO-JPR |
| 15 | | |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS, | |
| 19 | | |
| 20 | Defendants. | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Vladi Shaulov ("Shaulov"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Shaulov as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired Canoo Inc. securities between August 18, 2020 and March 29, 2021, inclusive (the "Class"); and (3) approving Lead Plaintiff's selection of Pomerantz LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the Class.

In support of this motion, Shaulov submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Shaulov is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is June 1, 2021, on which date any member of the putative class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i). Shaulov

will thus not know the identities of the other putative class members, if any, who intend to file competing Lead Plaintiff motions until June 2, 2021—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Shaulov's motion papers impracticable.  Under these circumstances, Shaulov respectfully requests that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated: June 1, 2021    POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

HOLZER & HOLZER, LLC
Corey D. Holzer
(*pro hac vice* application forthcoming)
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com

*Counsel for Movant Vladi Shaulov and Proposed Co-Lead Counsel for the Class*

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ Jennifer Pafiti*
                                            Jennifer Pafiti