# EXHIBIT A

**Canoo Inc. f/k/a Hennessy Capital Acquisition Corp. IV (GOEV)**
**Class Period: August 18, 2020 to March 29, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 60-Day* Mean Price $8.3644 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shaulov, Vladi | 1/12/2021 | 151,500 | $16.5000 | ($2,499,750) | 3/17/2021 | (366,309) | $15.0366 | $5,508,051 | | | | |
| Shaulov, Vladi | 1/14/2021 | 82,640 | $18.2438 | ($1,507,668) | 4/20/2021** | (72,100) | $8.9647 | $646,352 | | | | |
| Shaulov, Vladi | 2/1/2021 | 13,704 | $14.6300 | ($200,489) | 5/18/2021** | (489,500) | $8.4914 | $4,156,554 | | | | |
| Shaulov, Vladi | 2/2/2021 | 118,465 | $15.8723 | ($1,880,312) | | | | | | | | |
| Shaulov, Vladi | 3/17/2021 | 295,320 | $15.9651 | ($4,714,808) | | | | | | | | |
| Shaulov, Vladi | 3/17/2021 | 214,230 | $15.7790 | ($3,380,339) | | | | | | | | |
| Shaulov, Vladi | 3/22/2021 | 7,449 | $15.0000 | ($111,735) | | | | | | | | |
| Shaulov, Vladi | 3/23/2021 | 193,200 | $14.7793 | ($2,855,361) | | | | | | | | |
| **Shaulov, Vladi** | | **1,076,508** | | **($17,150,462)** | | **(927,909)** | | **$10,310,958** | **710,199** | **148,599** | **$1,242,944** | **($5,596,559)** |

*Average Closing Prices from March 30 to May 28
**Post-class period sales are valued at the average closing prices from March 30 to the date of sale