# Exhibit 1

**Canoo Inc. Loss Chart - Jose Santacruz**

Class Period:  August 18, 2020 and March 29, 2021

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 8.3644186 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jose Santacruz | 1/13/2021 | 13,500 | ($18.85) | ($254,475.00) | 11/23/2020 | 10,000 | $11.37 | $113,700.00 | | | | |
| | 1/8/2021 | 516 | ($15.17) | ($7,827.72) | 11/27/2020 | 20,000 | $12.56 | $251,200.00 | | | | |
| | 1/8/2021 | 500 | ($15.20) | ($7,600.00) | 11/27/2020 | 200 | $12.90 | $2,580.00 | | | | |
| | 1/8/2021 | 8,077 | ($15.23) | ($123,012.71) | 11/27/2020 | 3 | $12.90 | $38.70 | | | | |
| | 1/8/2021 | 107 | ($15.23) | ($1,629.61) | 11/27/2020 | 973 | $12.90 | $12,551.70 | | | | |
| | 12/10/2020 | 28,959 | ($21.67) | ($627,541.53) | 11/27/2020 | 90 | $12.90 | $1,161.00 | | | | |
| | 12/10/2020 | 1,041 | ($18.43) | ($19,185.63) | 11/27/2020 | 1,692 | $12.90 | $21,826.80 | | | | |
| | 11/30/2020 | 30,000 | ($13.83) | ($414,900.00) | 11/27/2020 | 1 | $12.90 | $12.90 | | | | |
| | 11/24/2020 | 10,785 | ($12.17) | ($131,253.45) | 11/27/2020 | 1,794 | $12.90 | $23,142.60 | | | | |
| | | | | | 11/27/2020 | 78 | $12.90 | $1,006.20 | | | | |
| | | | | | 11/27/2020 | 10 | $12.90 | $129.00 | | | | |
| | | | | | 11/27/2020 | 800 | $12.90 | $10,320.00 | | | | |
| | | | | | 11/27/2020 | 100 | $12.90 | $1,290.00 | | | | |
| | | | | | 11/27/2020 | 100 | $12.90 | $1,290.00 | | | | |
| | | | | | 11/27/2020 | 779 | $12.90 | $10,049.10 | | | | |
| | | | | | 11/27/2020 | 94 | $12.95 | $1,217.30 | | | | |
| | | | | | 11/27/2020 | 190 | $12.95 | $2,460.50 | | | | |
| | | | | | 11/27/2020 | 5 | $12.95 | $64.75 | | | | |
| | | | | | 11/27/2020 | 305 | $12.95 | $3,949.75 | | | | |
| | | | | | 11/27/2020 | 75 | $12.95 | $971.25 | | | | |
| | | | | | 11/27/2020 | 5 | $12.95 | $64.75 | | | | |
| | | | | | 11/27/2020 | 10 | $12.95 | $129.50 | | | | |
| | | | | | 11/27/2020 | 10 | $12.95 | $129.50 | | | | |
| | | | | | 11/27/2020 | 25 | $12.95 | $323.75 | | | | |
| | | | | | 11/27/2020 | 2 | $12.96 | $25.92 | | | | |
| | | | | | 11/27/2020 | 500 | $12.96 | $6,480.00 | | | | |
| | | | | | 11/27/2020 | 200 | $12.96 | $2,592.00 | | | | |
| | | | | | 11/27/2020 | 1,161 | $12.97 | $15,058.17 | | | | |
| | | | | | 11/27/2020 | 200 | $12.97 | $2,594.00 | | | | |
| | | | | | 11/27/2020 | 1 | $12.97 | $12.97 | | | | |
| | | | | | 11/27/2020 | 25 | $12.97 | $324.25 | | | | |
| | | | | | 11/27/2020 | 16 | $12.97 | $207.52 | | | | |
| | | | | | 11/27/2020 | 49 | $12.97 | $635.53 | | | | |
| | | | | | 11/27/2020 | 2 | $12.97 | $25.94 | | | | |
| | | | | | 11/27/2020 | 500 | $12.97 | $6,485.00 | | | | |
| | | | | | 11/27/2020 | 5 | $12.97 | $64.85 | | | | |
| | | | | | 12/4/2020 | 400 | $14.83 | $5,932.00 | | | | |
| | | | | | 12/4/2020 | 15 | $14.83 | $222.45 | | | | |
| | | | | | 12/4/2020 | 5,949 | $14.83 | $88,223.67 | | | | |
| | | | | | 12/4/2020 | 3,000 | $14.83 | $44,490.00 | | | | |
| | | | | | 12/4/2020 | 3,200 | $14.83 | $47,456.00 | | | | |
| | | | | | 12/4/2020 | 46 | $14.83 | $682.18 | | | | |
| | | | | | 12/4/2020 | 300 | $14.83 | $4,449.00 | | | | |
| | | | | | 12/4/2020 | 972 | $14.83 | $14,414.76 | | | | |
| | | | | | 12/4/2020 | 500 | $14.83 | $7,415.00 | | | | |
| | | | | | 12/4/2020 | 316 | $14.83 | $4,686.28 | | | | |
| | | | | | 12/4/2020 | 1,000 | $14.83 | $14,830.00 | | | | |
| | | | | | 12/4/2020 | 1,000 | $14.83 | $14,830.00 | | | | |
| | | | | | 12/4/2020 | 700 | $14.83 | $10,381.00 | | | | |
| | | | | | 12/4/2020 | 5,000 | $14.83 | $74,150.00 | | | | |
| | | | | | 12/4/2020 | 4,000 | $14.83 | $59,320.00 | | | | |
| | | | | | 12/4/2020 | 90 | $14.83 | $1,334.70 | | | | |
| | | | | | 12/4/2020 | 1,754 | $14.83 | $26,011.82 | | | | |
| | | | | | 12/4/2020 | 1,758 | $14.83 | $26,071.14 | | | | |
| | | | | | 12/22/2020 | 14,285 | $22.15 | $316,412.75 | | | | |
| | | | | | 1/15/2021 | 9,200 | $17.30 | $159,160.00 | | | | |
| Shares Sold Prior to Corrective Disclosure | | 93,485 | | ($1,587,425.65) | | 93,485 | | $1,414,587.95 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Recoverable Loss | 11/24/2020 | 19,215 | ($12.17) | ($233,846.55) | | | |
| | 11/20/2020 | 10,000 | ($10.90) | ($109,000.00) | | | |
| | | 29,215 | | ($342,846.55) | 29,215 | $244,366.49 | ($98,480.06) |