# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | Case No. 2:21-cv-02873-FMO-JPR |
| JUSTIN KOJAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE,<br><br>Defendants. | Case No. 2:21-cv-02879-DSF-PVC |

<table>
<tr><td>JEFF TYLER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>    Defendants.</td><td>Case No. 2:21-cv-03080-FMO-JPR</td></tr>
</table>

**DECLARATION OF MARSHALL P. DEES
IN SUPPORT OF MOTION OF VLADI SHAULOV FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF
COUNSEL**

I, Marshall P. Dees, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a Partner of Holzer & Holzer, LLC ("Holzer"). I respectfully submit this Declaration in support of the motion of Vladi Shaulov for consolidation of the instant class actions on behalf of investors in the securities of Canoo Inc. ("Canoo" and the "Related Actions"), appointment as Lead Plaintiff in the consolidated action, and approval of Shaulov's selection of Holzer and Pomerantz LLP ("Pomerantz") as Co-Lead Counsel (the "Lead Plaintiff Motion"). Specifically, I submit this Declaration to respond to certain speculative arguments made in opposition to Mr. Shaulov's Lead Plaintiff Motion regarding the timing and circumstances of Mr. Shaulov's execution of the Certification filed with his Lead Plaintiff Motion (Dkt. No. 50-3).

2.      I am aware that the first of the Related Actions to be filed on behalf of Canoo investors, *Blake v. Canoo Inc.*, 2:21-cv-02873 (C.D. Cal.) (the "*Blake* Action"), was filed on April 2, 2021. Prior to the filing of the *Blake* Action, the Holzer and Pomerantz firms were actively preparing to file a securities class action complaint on behalf of Canoo shareholders. On April 1, 2021, after Mr. Shaulov contacted the Holzer firm via email regarding our investigation of Canoo,

I sent Mr. Shaulov via email a draft complaint, which contained substantially similar allegations to the complaint that was shortly thereafter filed in the *Blake* Action. I then separately caused a Certification to be sent to Mr. Shaulov via email. Later on April 1, after both a complaint and a Certification had been sent to Mr. Shaulov, Mr. Shaulov returned an executed Certification attesting that he had "reviewed the initial complaint filed in this action"—*i.e.*, the complaint that Mr. Shaulov, Holzer, and Pomerantz anticipated would shortly be filed on Mr. Shaulov's behalf, which at that point in time was anticipated to be the first—that is, the "initial"—complaint filed on behalf of Canoo investors.

3.      After the filing of the *Blake* Action, which occurred before the complaint that Mr. Shaulov had authorized could be filed, it was apparent that Mr. Shaulov's losses were significantly larger than those of the plaintiff in the *Blake* Action. Accordingly, it appeared that Mr. Shaulov might be a competitive candidate for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, which instructs courts, *inter alia*, to appoint as Lead Plaintiff the putative class member with the "largest financial interest" in the relief sought by the Class. Thus, rather than filing a complaint against Canoo as originally intended, Mr. Shaulov opted instead to file a motion seeking appointment as Lead Plaintiff on the June 1, 2021 statutory deadline.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge.

Executed this 16 day of ___June___, 2021.

_____
(signature)

Marshall P. Dees