Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Jose Santacruz*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS<br><br>                    Defendants. | No. 2:21-cv-02873-FMO-JPR<br><br>CLASS ACTION<br><br>**DECLARATION OF REED R. KATHREIN IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF JOSE SANTACRUZ AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:      July 1, 2021<br>Time:      10:00 a.m.<br>Courtroom: 6D, 6th Floor<br>Judge:     Hon. Fernando M. Olguin<br><br>ORAL ARGUMENT REQUESTED |

[Caption continued on the next page.]

011018-11/1563530 V1

| | |
|---|---|
| JUSTIN KOJAK, Individually and On Behalf of All Others Similarly Situated, | No. 2:21-cv-02879-DSF-PVC |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE, | |
| Defendants. | |
| JEFF TYLER, Individually and on Behalf of All Others Similarly Situated, | No. 2:21-cv-03080-FMO-JPR |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS, | |
| Defendants. | |

011018-11/1563530 V1

I, Reed R. Kathrein, declare as follows:

1.     I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Jose Santacruz ("Movant"). I make this declaration in support of Movant's Reply Memorandum of Points and Authorities In Further Support of Motion: (1) consolidating the related actions; (2) appointing Movant as Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) approving Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (4) for any such other and further relief as the Court may deem just and proper.

2.     Attached hereto as Exhibit A is a true and correct copy of Catherine J. Galley et al., *Limiting Rule 10b-5 Damages Claims*, Cornerstone Research (2014), found at https://www.cornerstone.com/Publications/Reports/Limiting-Rule-10b-5-Damages-Claims;

3.     Attach hereto as Exhibit B is a true and correct copy of Movant's LIFO Loss Analysis, performed at my direction by a third-party financial consultant who had performed damage calculations in securities fraud class action for over twenty years. My direction to him was to perform a LIFO loss analysis, as used in securities fraud loss calculations, using the trade data submitted by Movant in his certification filed with this court. [ECF 46 at page 10]. I gave no further instructions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of June, 2021.

*/s/ Reed R. Kathrein*
REED R. KATHREIN