# Exhibit B

**Jose Santacruz**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**Canoo Inc. Common Stock**

| Class Period Begins: | 8/18/2020 |
| Class Period Ends: | 3/29/2021 |

| PSLRA Lookback Period Begins: | 3/30/2021 |
| PSLRA Lookback Period Ends: | 6/14/2021 |
| Holding Value: | $ 8.5440 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | (1) Total Proceeds | Shares Retained | Gain (Loss) | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings** | | | 0 | | | | | | | | | $ - |
| **Total Pre-Class Period Holdings** | | | 0 | | | | | 0 $ - | | 0 | | $ - |

**Class Period Purchases**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Gain (Loss) | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/20/2020 | $ 10.900 | 10,000 | $ 109,000.00 | Sale | 11/23/2020 | $ 11.370 | 10,000 | $ 113,700.00 | 0 | $ 4,700.00 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 2 | $ 24.34 | Sale | 11/27/2020 | $ 12.960 | 2 | $ 25.92 | 0 | $ 1.58 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 25 | $ 304.25 | Sale | 11/27/2020 | $ 12.950 | 25 | $ 323.75 | 0 | $ 19.50 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 200 | $ 2,434.00 | Sale | 11/27/2020 | $ 12.960 | 200 | $ 2,592.00 | 0 | $ 158.00 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 500 | $ 6,085.00 | Sale | 11/27/2020 | $ 12.960 | 500 | $ 6,480.00 | 0 | $ 395.00 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 5 | $ 60.85 | Sale | 11/27/2020 | $ 12.950 | 5 | $ 64.75 | 0 | $ 3.90 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 75 | $ 912.75 | Sale | 11/27/2020 | $ 12.950 | 75 | $ 971.25 | 0 | $ 58.50 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 10 | $ 121.70 | Sale | 11/27/2020 | $ 12.950 | 10 | $ 129.50 | 0 | $ 7.80 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 10 | $ 121.70 | Sale | 11/27/2020 | $ 12.950 | 10 | $ 129.50 | 0 | $ 7.80 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 1,161 | $ 14,129.37 | Sale | 11/27/2020 | $ 12.970 | 1,161 | $ 15,058.17 | 0 | $ 928.80 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 2 | $ 24.34 | Sale | 11/27/2020 | $ 12.970 | 2 | $ 25.94 | 0 | $ 1.60 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 49 | $ 596.33 | Sale | 11/27/2020 | $ 12.970 | 49 | $ 635.53 | 0 | $ 39.20 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 5 | $ 60.85 | Sale | 11/27/2020 | $ 12.970 | 5 | $ 64.85 | 0 | $ 4.00 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 500 | $ 6,085.00 | Sale | 11/27/2020 | $ 12.970 | 500 | $ 6,485.00 | 0 | $ 400.00 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 1 | $ 12.17 | Sale | 11/27/2020 | $ 12.970 | 1 | $ 12.97 | 0 | $ 0.80 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 200 | $ 2,434.00 | Sale | 11/27/2020 | $ 12.970 | 200 | $ 2,594.00 | 0 | $ 160.00 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 16 | $ 194.72 | Sale | 11/27/2020 | $ 12.970 | 16 | $ 207.52 | 0 | $ 12.80 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 25 | $ 304.25 | Sale | 11/27/2020 | $ 12.970 | 25 | $ 324.25 | 0 | $ 20.00 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 305 | $ 3,711.85 | Sale | 11/27/2020 | $ 12.950 | 305 | $ 3,949.75 | 0 | $ 237.90 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 1,692 | $ 20,591.64 | Sale | 11/27/2020 | $ 12.900 | 1,692 | $ 21,826.80 | 0 | $ 1,235.16 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 90 | $ 1,095.30 | Sale | 11/27/2020 | $ 12.900 | 90 | $ 1,161.00 | 0 | $ 65.70 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 1,794 | $ 21,832.98 | Sale | 11/27/2020 | $ 12.900 | 1,794 | $ 23,142.60 | 0 | $ 1,309.62 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 1 | $ 12.17 | Sale | 11/27/2020 | $ 12.900 | 1 | $ 12.90 | 0 | $ 0.73 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 200 | $ 2,434.00 | Sale | 11/27/2020 | $ 12.900 | 200 | $ 2,580.00 | 0 | $ 146.00 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 3,917 | $ 47,669.89 | Sale | 11/27/2020 | $ 12.560 | 3,917 | $ 49,197.52 | 0 | $ 1,527.63 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 16,083 | $ 195,730.11 | Sale | 11/27/2020 | $ 12.560 | 16,083 | $ 202,002.48 | 0 | $ 6,272.37 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 973 | $ 11,841.41 | Sale | 11/27/2020 | $ 12.900 | 973 | $ 12,551.70 | 0 | $ 710.29 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 3 | $ 36.51 | Sale | 11/27/2020 | $ 12.900 | 3 | $ 38.70 | 0 | $ 2.19 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 78 | $ 949.26 | Sale | 11/27/2020 | $ 12.900 | 78 | $ 1,006.20 | 0 | $ 56.94 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 94 | $ 1,143.98 | Sale | 11/27/2020 | $ 12.950 | 94 | $ 1,217.30 | 0 | $ 73.32 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 779 | $ 9,480.43 | Sale | 11/27/2020 | $ 12.900 | 779 | $ 10,049.10 | 0 | $ 568.67 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 5 | $ 60.85 | Sale | 11/27/2020 | $ 12.950 | 5 | $ 64.75 | 0 | $ 3.90 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 190 | $ 2,312.30 | Sale | 11/27/2020 | $ 12.950 | 190 | $ 2,460.50 | 0 | $ 148.20 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 800 | $ 9,736.00 | Sale | 11/27/2020 | $ 12.900 | 800 | $ 10,320.00 | 0 | $ 584.00 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 10 | $ 121.70 | Sale | 11/27/2020 | $ 12.900 | 10 | $ 129.00 | 0 | $ 7.30 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 100 | $ 1,217.00 | Sale | 11/27/2020 | $ 12.900 | 100 | $ 1,290.00 | 0 | $ 73.00 | $ - |
| Purchase | 11/24/2020 | $ 12.170 | 100 | $ 1,217.00 | Sale | 11/27/2020 | $ 12.900 | 100 | $ 1,290.00 | 0 | $ 73.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 1,000 | $ 13,830.00 | Sale | 12/04/2020 | $ 14.830 | 1,000 | $ 14,830.00 | 0 | $ 1,000.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 700 | $ 9,681.00 | Sale | 12/04/2020 | $ 14.830 | 700 | $ 10,381.00 | 0 | $ 700.00 | $ - |

**Jose Santacruz**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**Canoo Inc. Common Stock**

| | |
|---|---|
| Class Period Begins: | 8/18/2020 |
| Class Period Ends: | 3/29/2021 |

| | |
|---|---|
| PSLRA Lookback Period Begins: | 3/30/2021 |
| PSLRA Lookback Period Ends: | 6/14/2021 |
| Holding Value: | $ 8.5440 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | (1) Total Proceeds | Shares Retained | Gain (Loss) | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/30/2020 | $ 13.830 | 316 | $ 4,370.28 | Sale | 12/04/2020 | $ 14.830 | 316 | $ 4,686.28 | 0 | $ 316.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 1,000 | $ 13,830.00 | Sale | 12/04/2020 | $ 14.830 | 1,000 | $ 14,830.00 | 0 | $ 1,000.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 5,000 | $ 69,150.00 | Sale | 12/04/2020 | $ 14.830 | 5,000 | $ 74,150.00 | 0 | $ 5,000.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 1,754 | $ 24,257.82 | Sale | 12/04/2020 | $ 14.830 | 1,754 | $ 26,011.82 | 0 | $ 1,754.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 1,758 | $ 24,313.14 | Sale | 12/04/2020 | $ 14.830 | 1,758 | $ 26,071.14 | 0 | $ 1,758.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 4,000 | $ 55,320.00 | Sale | 12/04/2020 | $ 14.830 | 4,000 | $ 59,320.00 | 0 | $ 4,000.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 90 | $ 1,244.70 | Sale | 12/04/2020 | $ 14.830 | 90 | $ 1,334.70 | 0 | $ 90.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 5,949 | $ 82,274.67 | Sale | 12/04/2020 | $ 14.830 | 5,949 | $ 88,223.67 | 0 | $ 5,949.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 3,000 | $ 41,490.00 | Sale | 12/04/2020 | $ 14.830 | 3,000 | $ 44,490.00 | 0 | $ 3,000.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 400 | $ 5,532.00 | Sale | 12/04/2020 | $ 14.830 | 400 | $ 5,932.00 | 0 | $ 400.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 15 | $ 207.45 | Sale | 12/04/2020 | $ 14.830 | 15 | $ 222.45 | 0 | $ 15.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 3,200 | $ 44,256.00 | Sale | 12/04/2020 | $ 14.830 | 3,200 | $ 47,456.00 | 0 | $ 3,200.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 972 | $ 13,442.76 | Sale | 12/04/2020 | $ 14.830 | 972 | $ 14,414.76 | 0 | $ 972.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 500 | $ 6,915.00 | Sale | 12/04/2020 | $ 14.830 | 500 | $ 7,415.00 | 0 | $ 500.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 46 | $ 636.18 | Sale | 12/04/2020 | $ 14.830 | 46 | $ 682.18 | 0 | $ 46.00 | $ - |
| Purchase | 11/30/2020 | $ 13.830 | 300 | $ 4,149.00 | Sale | 12/04/2020 | $ 14.830 | 300 | $ 4,449.00 | 0 | $ 300.00 | $ - |
| Purchase | 12/10/2020 | $ 21.670 | 14,285 | $ 309,555.95 | Sale | 12/22/2020 | $ 22.150 | 14,285 | $ 316,412.75 | 0 | $ 6,856.80 | $ - |
| Purchase | 12/10/2020 | $ 21.670 | 14,674 | $ 317,985.58 | | | | | | 14,674 | $ (192,611.48) | $ - |
| Purchase | 12/10/2020 | $ 18.430 | 1,041 | $ 19,185.63 | | | | | | 1,041 | $ (10,291.37) | $ - |
| Purchase | 01/08/2021 | $ 15.170 | 516 | $ 7,827.72 | | | | | | 516 | $ (3,419.04) | $ - |
| Purchase | 01/08/2021 | $ 15.200 | 500 | $ 7,600.00 | | | | | | 500 | $ (3,328.02) | $ - |
| Purchase | 01/08/2021 | $ 15.230 | 8,077 | $ 123,012.71 | | | | | | 8,077 | $ (54,003.13) | $ - |
| Purchase | 01/08/2021 | $ 15.230 | 107 | $ 1,629.61 | | | | | | 107 | $ (715.41) | $ - |
| Purchase | 01/13/2021 | $ 18.850 | 9,200 | $ 173,420.00 | Sale | 01/15/2021 | $ 17.300 | 9,200 | $ 159,160.00 | 0 | $ (14,260.00) | $ - |
| Purchase | 01/13/2021 | $ 18.850 | 4,300 | $ 81,055.00 | | | | | | 4,300 | $ (44,315.96) | $ - |
| **Total Class Period Purchases** | | | **122,700** | $ **1,930,272.20** | | | | **93,485** | $ **1,414,587.95** | **29,215** | | $ **(266,072.39)** |

**Jose Santacruz**
**Estimated Losses and Damages**
**Canoo, Inc. Common Stock**

-----------------------------------------------------------*Lax* Factors ------------------------------------------------------------

| Account | Shares Purchased During CP | Net Shares Purchased During CP | Funds Expended During CP | Net Funds Expended During CP | ------ FIFO ------ | | ------ LIFO ------ | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Actual Losses (1) | Dura Losses (2) | Actual Losses (1) | Dura Losses (2) |
| **Jose Santacruz** | 122,700 | 29,215 | $ 1,930,272.20 | $ 515,684.25 | $ (266,072.39) | | $ (266,072.39) | |

| | | |
|---|---|---|
| Lookback Period Beginning | | 3/30/2021 |
| Lookback Period Ending | | 6/14/2021 |
| Days in Lookback Period | | 77 |
| Lookback Period Average Closing Price | $ | 8.5440 |

(1)  For shares sold during "Lookback Period", sale price is set to greater of actual sale price or average closing price from beginning of "Lookback Period" through date of sale.

(2)  On each FIFO or LIFO matched transaction, calculated as minimum of (a) actual loss as calculated in Note (1) or (b) difference in purchase vs sale estimated price inflation. Total Dura Losses may be greater than Total Actual Losses because actual gain, if any, on FIFO or LIFO matched transaction, is set to zero for that matched transaction. Post-Class Period purchases and sales through the end of the "Lookback Period", if any, are included for FIFO and LIFO matching purposes.

**Dura Losses: Alleged Disclosure Dates**

| Effective Date | Closing Price | Price Decline | Cumulative Price Decline |
|---|---|---|---|

**Jose Santacruz**
**Estimated Losses and Damages**
**Canoo, Inc. Common Stock**

| Movant | Shares Held @ Beginning of Class Period | Class Period Purchases Shares | Class Period Purchases $ | Class Period Sales Shares | Class Period Sales $ | Shares Held @ End of Class Period | Net Purchases or (Net Sales) Class Period | Lookback Period Sales Shares | Lookback Period Sales $ | Shares Held @ End of Lookback Period |
|---|---|---|---|---|---|---|---|---|---|---|
| Jose Santacruz | - | 122,700 | $ 1,930,272.20 | 93,485 | $ 1,414,587.95 | 29,215 | 29,215 | - | $ - | 29,215 |

| | |
|---|---|
| Lookback Period Beginning | 3/30/2021 |
| Lookback Period Ending | 6/14/2021 |
| Days in Lookback Period | 77 |
| Lookback Period Average Closing Price | $ 8.5440 |