Mark C. Holscher (SBN 139582)
mark.holscher@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500

David A. Klein (SBN 273925)
david.klein@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA  90067
Telephone:  (310) 552-4200
Facsimile:  (310) 552-5900

*Attorneys for Defendants Canoo Inc.,*
*Tony Aquila, Ulrich Kranz, and*
*Paul Balciunas*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>  v.<br><br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>    Defendants. | CASE No. 2:21-CV-02873-FMO-JPR<br><br>**(Consolidated)**<br><br>Case No. 2:21-CV-02879-FMO-JPR<br><br>Case No. 2:21-CV-03080-FMO-JPR<br><br>**DECLARATION OF DAVID A. KLEIN IN SUPPORT OF DEFENDANTS CANOO INC., TONY AQUILA, ULRICH KRANZ, AND PAUL BALCIUNAS' MOTION TO DISMISS LEAD PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Hearing Date: July 28, 2022 (Pursuant to Briefing Schedule, *see* Dkt. 73)<br>Time: 10:00 a.m.<br>Judge: Hon. Fernando M. Olguin<br>Courtroom.: 6D |

## **DECLARATION OF DAVID A. KLEIN**

I, David A. Klein, declare as follows:

1.  I am a partner at Kirkland & Ellis LLP and am one of the attorneys representing Defendants Canoo Inc., Tony Aquila, Ulrich Kranz, and Paul Balciunas ("Defendants") in the above-captioned matter.  I make this declaration in support of Defendants' Motion to Dismiss Lead Plaintiff's Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, filed concurrently herewith. Unless otherwise stated, the facts stated in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.  Attached as **Exhibit 1** is a true and correct copy of a chart setting forth the alleged misleading statements identified in Lead Plaintiff's Consolidated Amended Complaint ("AC"), with citations to the AC, and the reasons they are not actionable as explained in Defendants' concurrently filed Memorandum of Points and Authorities.

3.  Attached as **Exhibit 2** is a true and correct highlighted copy of excerpts from Canoo's Form S-1 Registration Statement filed with the SEC on January 13, 2021.

4.  Attached as **Exhibit 3** is a true and correct highlighted copy of the transcript of Canoo's FQ4 2020 Earnings Call on March 29, 2021.

5.  Attached as **Exhibit 4** is a true and correct copy of a press release titled "Pomerantz Law Firm Announces the Filing of a Class Action against Canoo Inc., and Certain Officers - GOEV; GOEVW; HCAC; HCACW" available at https://www.prnewswire.com/news-releases/pomerantz-law-firm-announces-the-filing-of-a-class-action-against-canoo-inc-and-certain-officers--goev-goevw-hcac-hcacw-301266150.html.

6.  Attached as **Exhibit 5** is a true and correct copy of a press release titled "SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Canoo Inc., of Class Action Lawsuit and Upcoming Deadline – GOEV; GOEVW; HCAC; HCACW" available at

https://www.globenewswire.com/news-release/2021/05/01/2220974/1087/en/SHAREHOLDER-ALERT-Pomerantz-Law-Firm-Reminds-Shareholders-with-Losses-on-their-Investment-in-Canoo-Inc-of-Class-Action-Lawsuit-and-Upcoming-Deadline-GOEV-GOEVW-HCAC-HCACW.html.

7.  Attached as **Exhibit 6** is a true and correct copy of a press release titled "Berman Tabacco Files Securities Class Action Lawsuit Against Canoo Inc. (GOEV)" available at https://www.newsfilecorp.com/release/79350.

8.  Attached as **Exhibit 7** is a true and correct copy of a press release titled "GOEV CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Canoo Inc." available at https://www.businesswire.com/news/home/20210402005270/en/GOEV-CLASS-ACTION-NOTICE-Glancy-Prongay-Murray-LLP-Files-Securities-Fraud-Lawsuit-Against-Canoo-Inc.

9.  Attached as **Exhibit 8** is a true and correct highlighted copy of excerpts from Canoo's Form 10-Q filed with the SEC on May 17, 2021.

10.    Attached as **Exhibit 9** is a true and correct highlighted copy of excerpts from Hennessy Capital Acquisition Corp.  IV's ("HCAC IV") Amendment No. 2 to Form S-4 Registration Statement dated November 25, 2020 and filed with the SEC.

11.    Attached as **Exhibit 10** is a true and correct highlighted copy of excerpts from HCAC IV's Prospectus pursuant to Rule 424(b)(3) filed with the SEC on December 4, 2020.

12.    Attached as **Exhibit 11** is a true and correct highlighted copy of excerpts from Canoo's Prospectus pursuant to Rule 424(b)(3) filed with the SEC on January 25, 2021.

13.    Attached as **Exhibit 12** is a true and correct highlighted copy of a transcript titled "Canoo Merger with [HCAC IV] Investor Conference Call Transcript August 18, 2020" filed with the SEC under Rule 425 on August 18, 2020.

14.     Attached as **Exhibit 13** is a true and correct highlighted copy of excerpts from HCAC IV's Form 8-K, attaching Exhibit 99.2, an August 2020 Investor Presentation filed with the SEC on August 18, 2020.

15.     Attached as **Exhibit 14** is a true and correct copy of a transcript from a question and answer section with Canoo employees, Paul Balciunas and Alex Marcinkowski, and Credit Suisse analyst, Dan Levy, at the Credit Suisse Industrials Conference on December 2, 2020 available through FactSet CallStreet.

16.     Attached as **Exhibit 15** is a true and correct highlighted copy of excerpts from HCAC IV's Amendment No. 1 to Form S-4 Registration Statement filed with the SEC on October 23, 2020.

17.     Attached as **Exhibit 16** is a true and correct highlighted copy of excerpts from HCAC IV's Form S-4 Registration Statement filed with the SEC on September 18, 2020.

18.     Attached as **Exhibit 17** is a true and correct highlighted copy of Canoo's press release titled "Electric Vehicle Company Canoo Announces Board Members" filed with the SEC under Rule 425 by HCAC IV on August 25, 2020.

19.     Attached as **Exhibit 18** is a true and correct highlighted copy of Canoo's Form 8-K, including Canoo and HCAC IV's press release titled "Electric Vehicle Company Canoo and Hennessy Capital Acquisition Corp. IV Announce Closing of Business Combination" filed with the SEC on December 21, 2020.

20.     Attached as **Exhibit 19** is a true and correct copy of a graph showing the fluctuations in the HCAC IV and Canoo stock price between August 18, 2020 and March 29, 2021, based on stock quotes obtained from Bloomberg Finance L.P. Appended to Exhibit 19 is a tabulation of the stock quotes obtained from Bloomberg Finance L.P.

21.     Attached as **Exhibit 20** is a true and correct highlighted copy of excerpts from HCAC IV's Form 8-K, attaching Exhibit 99.1, a Joint Press Release by HCAC IV and Canoo issued August 18, 2020 and filed with the SEC on August 18, 2020.

3

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of May 2022, in Los Angeles, California.

/s/ David A. Klein
David A. Klein