# Exhibit 1

**Exhibit 1: Bases for Dismissal with Respect to Each Allegedly False or Misleading Statement**

| No. | Source | Alleged Attribution | Statement | AC ¶¶ | Not False/ Misleading | Non-Actionable Opinion/Puffery | Forward-Looking |
|---|---|---|---|---|---|---|---|
| 1 | August 18, 2020 Press Release (Ex. 20 at 2).[1] | Daniel Hennessy | "Daniel Hennessy, Chairman & Chief Executive Officer of HCAC said, . . . Unlike any other EV company, Canoo has created a go-to-market strategy that captures both B2C and B2B demand with the same skateboard architecture and technology that has already been validated by key partnerships such as with Hyundai. HCAC has an abiding commitment to sustainable technologies and infrastructure, and we are excited to serve as a catalyst to advance the launch of the Canoo vehicle offerings." | 74 | X | | |
| 2 | August 18, 2020 Conference Call (Ex. 12 at 4). | Ulrich Kranz | "We have three phases of revenue streams. In the first phase, we call it Engineering Services. This is a phase that already exists today. So, we are working for companies and we are already making money with the first revenue stream. The second revenue stream is B2C. This is a stream that we will have available when we launch our first vehicle, our lifestyle vehicle, by 2022. This is a consumer vehicle and it will be on subscription. The B2B services, that you see on the right side, is our third revenue stream. This will be a vehicle introduced in 2023, what we call a last-mile delivery vehicle, and this will be for sales. Three different revenue streams give us very good flexibility, and it makes also sure that we can really tap into different areas to be profitable." | 76 | X | | |

---

[1]    "Ex." refers to Exhibits to the concurrently filed Declaration of David A. Klein.

| No. | Source | Alleged Attribution | Statement | AC ¶¶ | Not False/ Misleading | Non-Actionable Opinion/Puffery | Forward-Looking |
|---|---|---|---|---|---|---|---|
| 3 | August 18, 2020 Conference Call PowerPoint Presentation (Ex. 13 at 37). | Canoo Inc. | Slide titled, "CONTRACT ENGINEERING & LICENSING OPPORTUNITIES."  The slide stated: "Contract engineering partnerships validate Canoo's technology and generate revenue that reduces the Company's overall execution risk[.]"  The slide also provided an "overview" of "[p]otential projects" and noted "$120 million of projected revenue in 2021E." | 77 | X | | X |
| 4 | August 18, 2020 Conference Call (Ex. 12 at 15). | Paul Balciunas | "Looking at our margin, our target rate is approximately 40% for the subscription business. As we look at other competitors that offer subscription products in the technology sector, we see that this margin is very similar and there's a lot of similarities between our model and their model, even though at initial glance it may appear to be very different. . . . Because depreciation is such a fundamental part of our business, think about it like a rental car business, for us to be able to achieve a 20% operating profit is far greater than what you see in the traditional automotive OEM business model where that margin is closer to 5% to 10%. So, it really does highlight the power of a subscription business model with this figure being a fully-burdened margin." | 80 | X | | X |
| 5 | August 18, 2020 Conference Call PowerPoint Presentation (Ex. 13 at 41). | Canoo Inc. | Slide titled, "SUBSCRIPTION MODEL."  The slide stated: "We believe subscription-based models are essential for success today and into the future[.]"  The slide also included a comparison of "subscription vs. leasing." | 81 | X | X | X |

2

| No. | Source | Alleged Attribution | Statement | AC ¶¶ | Not False/ Misleading | Non-Actionable Opinion/Puffery | Forward-Looking |
|---|---|---|---|---|---|---|---|
| 6 | August 18, 2020 Conference Call PowerPoint Presentation (Ex. 13 at 46). | Canoo Inc. | Slide titled, "ILLUSTRATIVE SUBSCRIPTION UNIT ECONOMICS." The slide stated: "Subscription generates consistent cash flow and strong ROE over vehicle life – model is less dependent on new vehicle sales, creating a considerably more profitable & resilient model when compared with other OEMs[.]" The slide also included a "12-year continuous customer cash flow" forecast with a footnote stating: "Analysis is representative and does not necessarily reflect Canoo's specific subscription economics." | 82 | X | X | X |
| 7 | August 25, 2020 Press Release/Article, "Electric Vehicle Company Canoo Announces Board Members" (Ex. 17 at 3). | Tony Aquila | "We have looked at many of the EV opportunities in the market and have decided to put our support and industry track record behind [Defendant Kranz] and the Canoo team. We believe that this platform is uniquely positioned to meet the rapidly growing needs of the entire EV mobility and logistics ecosystem with a multigenerational platform approach." | 84 | X | X | X |
| 8 | September 18, 2020 Form S-4 Registration Statement (Ex. 16 at 170). | Canoo Inc. | "ENGINEERING AND TECHNOLOGY SERVICES<br><br>Canoo's engineering and technology services business covers all the material consulting and contract engineering work that is in high demand due to our team's specialized experience and technical capabilities in EV development. This business offers a unique opportunity to generate immediate revenues in advance of the offering of our first vehicles and our current pipeline in | 85, 87 | X | | X |

| No. | Source | Alleged Attribution | Statement | AC ¶¶ | Not False/ Misleading | Non-Actionable Opinion/Puffery | Forward-Looking |
|---|---|---|---|---|---|---|---|
| | October 23, 2020 Amendment No. 1 to Form S-4 (Ex. 15 at 172). November 27, 2020 Amendment No. 2 to Form S-4 (Ex. 9 at 174). December 4, 2020 Form 424b3 Prospectus (Ex. 10 at 174). | | this area is supportive of a projected $120 million of revenue in 2021. We expect our engineering and technology services business to offer significant growth potential in the future as projected demand grows for EVs and their related technologies, namely in platform/skateboard development, powertrain, battery technologies and power electronics, among other areas, in which we have substantial expertise. In addition to providing external commercial validation of Canoo's technical capabilities, these contract engagements establish an attractive strategic pipeline for future business opportunities and de-risk our overall business model.<br><br>Canoo's pipeline for engineering services includes EV concept design and engineering services for other OEMs, autonomous driving strategics and high growth technology companies. There is a significant market for contract engineering services among legacy OEMs who lack the expertise to develop an electric powertrain at the pace needed to capitalize on the rising regulatory requirements and global demand for EVs. Canoo is at a distinct competitive advantage to capitalize on this growing demand. In fact, whereas other new EV entrants are forced to license key technologies and/or outsource primary engineering development to larger OEMs, Canoo has already received significant OEM interest in our skateboard technology and our team's expertise in platform engineering, powertrains and vehicle design, as is exemplified by the announcement of an agreement between Hyundai Motor Group and Canoo for the co-development of a future EV platform based on Canoo's modular technology. | | | | |

| No. | Source | Alleged Attribution | Statement | AC ¶¶ | Not False/ Misleading | Non-Actionable Opinion/Puffery | Forward-Looking |
|---|---|---|---|---|---|---|---|
| | | | Contract engineering opportunities serve as concrete points of external validation for our technology and the talent of our team, as well as provide additional sources of revenue and long-term commercial opportunities (such as skateboard and technology licensing) as the relationship matures. Canoo is also in discussions with a number of other partners and expects to be in a position to announce many more partnerships in due course." | | | | |
| 9 | September 18, 2020 Form S-4 Registration Statement (Ex. 16 at 104). October 23, 2020 Amendment No. 1 to Form S-4 (Ex. 15 at 105). November 27, 2020 Amendment No. 2 to Form S-4 (Ex. 9 at 107). December 4, 2020 Form | Hennessy Capital Acquisition Corp. IV. ("HCAC IV") Board Members | HCAC IV's Board considered Canoo's engineering services and subscription model to be "positive factors" supporting the Merger. | 86, 87 | X | X | |

| No. | Source | Alleged Attribution | Statement | AC ¶¶ | Not False/ Misleading | Non-Actionable Opinion/Puffery | Forward-Looking |
|---|---|---|---|---|---|---|---|
| | 424b3 Prospectus (Ex. 10 at 107). | | | | | | |
| 10 | December 21, 2020 Press Release Announcing Canoo Merger (Ex. 18 at Ex. 99.1, p. 1). | Tony Aquila | "This next chapter is a very important one for Canoo as we prepare to complete advanced testing of our innovative electric mobility platform and to bring our recently unveiled multi-purpose delivery vehicle to limited production in 2022, and to commercial production and rollout in 2023. On behalf of all of us at Canoo, we are committed and excited about our go-to-market opportunities and to bring both consumers and businesses the benefits of our platform. We are extremely passionate about fulfilling our mission to bring EVs to everyone." | 90 | X | X | X |
| 11 | January 13, 2021 Form S-1 (Ex. 2 at 72). January 25, 2021 Form 424b3 Prospectus (Ex. 11 at 72). | Canoo Inc. | "This experience and advanced progress have garnered the attention of prospective collaboration partners, including leading global automotive OEMs. In February 2020, we entered into an agreement with Hyundai Motor Group to co-develop a future EV platform based on our modular and scalable skateboard technology, providing further validation of our technical leadership. The agreement provides for the co-development of a platform for a small segment electric vehicle for which the intellectual property developed will be jointly owned by us and Hyundai Motor Group. The agreement provides that it may be terminated for convenience by either party; however, certain provisions, including with respect to the joint-ownership of intellectual property, survive any such termination. We are also currently in discussions with multiple | 93, 100 | X | | |

| No. | Source | Alleged Attribution | Statement | AC ¶¶ | Not False/ Misleading | Non-Actionable Opinion/Puffery | Forward-Looking |
|---|---|---|---|---|---|---|---|
| | | | other blue-chip industry participants interested in leveraging our technologies and engineering expertise for their own commercial products." | | | | |
| 12 | January 13, 2021 Form S-1 (Ex. 2 at 79). January 25, 2021 Form 424b3 Prospectus (Ex. 11 at 79). | Canoo Inc. | "ENGINEERING AND TECHNOLOGY SERVICES<br><br>Our engineering and technology services business covers all the material consulting and contract engineering work that is in high demand due to our team's specialized experience and technical capabilities in EV development. This business offers a unique opportunity to generate immediate revenues in advance of the offering of our first vehicles and our current pipeline in this area is supportive of a projected $120 million of revenue in 2021. We expect our engineering and technology services business to offer significant growth potential in the future as projected demand grows for EVs and their related technologies, namely in platform/skateboard development, powertrain, battery technologies and power electronics, among other areas, in which we have substantial expertise. In addition to providing external commercial validation of our technical capabilities, these contract engagements establish an attractive strategic pipeline for future business opportunities and de-risk our overall business model.<br><br>Our pipeline for engineering services includes EV concept design and engineering services for other OEMs, autonomous driving strategics and high growth technology companies. There is a significant market for contract engineering services among legacy OEMs who lack the expertise to develop an electric powertrain at the pace needed to capitalize on the rising | 95, 100 | X | | X |

7

| No. | Source | Alleged Attribution | Statement | AC ¶¶ | Not False/ Misleading | Non-Actionable Opinion/Puffery | Forward-Looking |
|---|---|---|---|---|---|---|---|
| | | | regulatory requirements and global demand for EVs. We are at a distinct competitive advantage to capitalize on this growing demand. In fact, whereas other new EV entrants are forced to license key technologies and/or outsource primary engineering development to larger OEMs, we have already received significant OEM interest in our skateboard technology and our team's expertise in platform engineering, powertrains and vehicle design, as is exemplified by the announcement of an agreement between us and Hyundai Motor Group for the co-development of a future EV platform based on our modular skateboard technology.<br><br>Contract engineering opportunities serve as concrete points of external validation for our technology and the talent of our team, as well as provide additional sources of revenue and long-term commercial opportunities (such as skateboard and technology licensing) as the relationship matures. We are also in discussions with a number of other partners and expect to be in a position to announce many more partnerships in due course." | | | | |
| 13 | January 13, 2021 Form S-1 (Ex. 2 at 57). January 25, 2021 Form 424b3 Prospectus | Canoo Inc. | "Both our Lifestyle Vehicle and our Sport Vehicle are initially intended to be made available to consumers via an innovative subscription business model. With a single monthly payment, customers will enjoy the benefits of an all-inclusive experience that, in addition to their own vehicle, also includes standard maintenance, warranty, registration and access to both insurance and vehicle charging. We plan to utilize an asset-light, flexible manufacturing strategy by outsourcing our direct | 97, 100 | X | | X |

| No. | Source | Alleged Attribution | Statement | AC ¶¶ | Not False/ Misleading | Non-Actionable Opinion/Puffery | Forward- Looking |
|---|---|---|---|---|---|---|---|
| | (Ex. 11 at 57). | | vehicle production operations to a world-class vehicle contract manufacturing partner for our initial vehicle programs. In doing so, we will significantly reduce our up-front capital investment and eliminate the recurring fixed costs and overhead that would be required for us to own and operate our own assembly facility." | | | | |
| 14 | January 13, 2021 Form S-1 (Ex. 2 at 60, 84). January 25, 2021 Form 424b3 Prospectus (Ex. 11 at 60, 84). | Canoo Inc. | "Subscription Offerings Both our lifestyle Vehicle and our Sport Vehicle are initially intended to be made available to consumers via an innovative subscription business model. Research from Volvo and the Harris Poll shows that 74% of drivers believe EVs are the future of driving, but many are concerned about trying a new technology. 40% of non-EV drivers responded that a 30 day 'try before you buy' period would increase the likelihood of them purchasing an EV. In other words, consumers are increasingly interested in EV technology, but long-term commitments (or other hurdles like sizable down payments) remain a significant barrier to entry.  By reducing the commitment required for a typical car purchase or lease, we believe the subscription model will help reduce the barriers to entry for consumers looking to drive an EV, while also providing us with a distinct opportunity for recurring revenue and a unique profit margin profile. We believe this model is supported by a number of key trends in consumer preferences and strong underlying financial metrics as compared to a traditional one-time sale model. * * * | 98, 100 | X | X | X |

| No. | Source | Alleged Attribution | Statement | AC ¶¶ | Not False/ Misleading | Non-Actionable Opinion/Puffery | Forward-Looking |
|-----|--------|---------------------|-----------|-------|-----------------------|--------------------------------|-----------------|
| | | | During 2020, our revenue has been derived from the provision of engineering, development and design consulting services on a project basis. Once we reach commercialization and commence production of our EVs, we expect that the significant majority of our revenue will be derived from our consumer subscription program for our Lifestyle Vehicle and Sport Vehicle, as well as sales of our Multi-Purpose Delivery Vehicle." | | | | |