# Exhibit 5

*Source:* *Pomerantz LLP*

*April 30, 2021 21:51 ET*

# SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Canoo Inc., of Class Action Lawsuit and Upcoming Deadline – GOEV; GOEVW; HCAC; HCACW

NEW YORK, April 30, 2021 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Canoo, Inc. (formerly known as Hennessy Capital Acquisition Corp. IV) ("Canoo" or the "Company") (NASDAQ: GOEV; GOEVW; HCAC; HCACW) and certain of its officers. The class action, filed in the United States District Court for the Central District of California, and docketed under 21-cv-03080, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired publicly-traded Canoo common stock and/or warrants from August 18, 2020, through and including March 29, 2021, (the "Class Period"), seeking to recover damages pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder (the "Class").

If you are a shareholder who purchased Canoo common stock and/or warrants during the Class Period, you have until June 1, 2021 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.  To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action]

Canoo is a Delaware corporation and maintains its principal executive offices in 19951 Mariner Avenue, Torrance, California.  The Company was incorporated in Delaware on August 6, 2018 and conducted its initial public offering in March 2019. The Company was formed for the purpose of effecting a business combination with specific focus on businesses in the industrial, technology and infrastructure sectors. Such companies are referred to as "blank check" companies or special purpose acquisition companies ("SPACs").  In December 2020, the Company entered into a business combination with Canoo Holdings Limited (the "Business Combination").

The combined company purports to be a mobility technology company that develops electric vehicles ("EV"). The Company's common stock and warrants are listed on the NASDAQ under the ticker symbol "GOEV" and "GOEVW," respectively.  Prior to December 22, 2020, the Company's common stock and warrants traded under the symbols "HCAC" and "HCACW," respectively.

The complaint alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, Defendants failed to disclose to investors: (i) the Company's engineering services was not a viable business, would not provide meaningful revenue in 2021, and would not reduce operational risk; (ii) that the Company would no longer be focused on its subscription-based business model; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On March 29, 2021, after the market closed, Canoo issued a press release ("Q4 Release") reporting its fourth quarter and full year 2020 results.  The Q4 Release removed the language touting its "unique business model" simply stating: "Canoo has developed breakthrough electric vehicles that are reinventing the automotive landscape with bold innovations in design and pioneering technologies."  That same day, on an earnings call to discuss the Company's fourth quarter and full year 2020 results, Canoo executives confirmed that the Company was radically changing its business model, and it was revealed that the Canoo's CFO was being replaced.

In response to this news, shares of Canoo fell $2.50 (or $21.2%) from a March 29, 2021 close of $11.80 per share to close at $9.30 per share on March 30, 2021, on heavy volume.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has

recovered numerous multimillion-dollar damages awards on behalf of class members. See

www.pomlaw.com.

**CONTACT:**
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
888-476-6529 ext. 7980