# Exhibit 14



02-Dec-2020

# Hennessy Capital Acquisition Corp. IV

(HCAC)

**Credit Suisse Industrials Conference**



1-877-FACTSET    www.callstreet.com

Total Pages: 14

Copyright © 2001-2020 FactSet CallStreet, LLC

# Hennessy Capital Acquisition Corp. IV (HCAC)
Credit Suisse Industrials Conference

**Corrected Transcript**
02-Dec-2020

# CORPORATE PARTICIPANTS

**Paul Balciunas**
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

**Alex Marcinkowski**
*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

......................................................................................................................................................................................................................................

# OTHER PARTICIPANTS

**Dan Levy**
*Analyst, Credit Suisse Securities (USA) LLC*

......................................................................................................................................................................................................................................

# MANAGEMENT DISCUSSION SECTION

**Dan Levy**
*Analyst, Credit Suisse Securities (USA) LLC*

Great. And I think we are live here. Glad to continue our Global Industrials Conference in the autos track. Dan Levy, I lead US autos coverage at Credit Suisse and very pleased to have Canoo. I think we've seen a number of startups coming to market. So, I think very exciting to hear about some of the efforts on the EV front. And Canoo, just to give you a sense, is an EV-focused startup. They have a skateboard, which is highly modular and I think this allows them to provide multiple vehicle options, really pushing modularity on both the commercial and consumer market.

So, we have with us Paul Balciunas, who is the CFO; Alex Marcinkowski, who is the Head of Corporate Strategy. They're going to run through some slides and then we'll go through some questions. To the extent that you have any questions you'd like addressed, please email me at dan.levy@credit-suisse.com. And I will address them. But otherwise, Paul and Alex, thank you so much for joining. We're very pleased and glad to have you.

......................................................................................................................................................................................................................................

**Paul Balciunas**
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

Thank you, Dan. Really appreciate it. And thank you for the invitation to participate today. And thank you to Credit Suisse for hosting us. So, really appreciate it. And your summary was great in terms of what we're doing. This image that you see on screen right now is our skateboard. And it's really at the heart of the company and the technology that we're building today. We're really proud of what it's capable of doing and this is a skateboard that can drive independently of having any kind of top hat attached to it. And we've also done a lot of extensive crash testing on it. So, we're very far along in our program, but we'll talk a little bit more about how we're using the skateboard throughout our product lineup.

So, Canoo is a technology company that is transforming the way that EVs are designed, engineered and manufactured. We wanted to look at the entire automotive value chain from the first step of picking up a blank sheet of paper and designing a vehicle to getting that vehicle to the customer and see how we could save capital

# Hennessy Capital Acquisition Corp. IV (HCAC)
Credit Suisse Industrials Conference

**Corrected Transcript**
02-Dec-2020

and bring products to market faster. And by leveraging this one single skateboard, we can facilitate rapid development and bring multiple vehicles to market in a cost-efficient manner.

On this slide, what you see are a couple potential versions of vehicles that we could build. All of these are examples of vehicles that would be underpinned by our skateboard. For our next three offerings, our next three vehicle product offerings, we'd be able to save over $1.5 billion in program development cost simply by using that one same skateboard across multiple top hats. This allows us to develop new products, but to go after the largest target addressable markets, whether it's here in the United States or abroad, and also allows us to think about many different types of use cases. And what we're capable of doing is taking these top hats and developing them within a few months in terms of doing small micro production lines or small batches and testing those vehicles with consumers and different markets for those particular use cases. So, it allows us to be very flexible and nimble in terms of where we play in the EV space.

What we have here is an image of our beta vehicles and this is something that we're really proud of. We have 13 driving prototypes today. These were vehicles that were on the road testing, the various components that we have designed and engineered in-house. Most importantly, we have completed over 50 crash tests, and the results have been very successful in terms of the outcome, and we only took 19 months to reach beta. And this is something that we're super proud of because typically you can take anywhere of three years to five years to get to this point of the program. So, we were able to leverage the team and move very fast in terms of developing these prototypes.

Over the last two years, rapid progress with market validation in terms of what we're doing here from an engineering and design perspective. So, high return on invested capital. We've put in approximately $300 million to complete our beta program. This is about 66% lower than typical market standards. Typically this can cost over $1 billion easily. We have proprietary technology. We own the IP. We wanted to make sure that we develop in-house all of the major components and systems so that we don't have to be dependent on external licensing with suppliers.

We've recently completed our beta program. A beta prototype is a vehicle that's about 85% ready for full scale production. We completed this in about a third of the time that it would take in a traditional automotive OEM process and now we're getting ready to launch into next phase of our program, the gamma program. And then we also had market validation. Working with Hyundai, we had an announcement that they're going to be one of our partners this past February. And then also we're working with a world-class contract manufacturer that's been with us since day one, making sure that everything that we are designing and engineer can be produced at high volume once we get to production.

---

## Alex Marcinkowski
*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

And here we look at kind of our go-to-market strategy and vehicle launch timeline. This is really what we call our beta all strategy, as Paul alluded to earlier, and it's really centered around that skateboard platform, right. It enables us to launch these three variants and more with less capital and with greater time efficiency than our competitors.

Well, what we can see here is this is a skateboard and kind of the leftmost column is it's a business line in and of itself. And really what this consist of are the opportunistic strategic partnerships that we can develop our tech or our partners' technology and co-develop new components or new innovations in the space, like we're doing with Hyundai today.

---

# Hennessy Capital Acquisition Corp. IV *(HCAC)*

Credit Suisse Industrials Conference

**Corrected Transcript**

02-Dec-2020

In the middle bucket, I think this is probably one of the most exciting products we're introducing. And this is our Class 1, Class 2 delivery vehicle, our commercial vehicle. And really what this delivers because it's the ground-up build on our scalable platform is the best range, size, durability and cost efficiency. And then what that delivers to the end user is the best return on their capital investment. So, we're super excited about this and we actually are revealing our functional prototype later this month in December. So, very exciting news there.

And then finally on the consumer program, this is being led by the lifestyle pod in 2022 and then followed by the sport in 2025. I think there's two things to quickly highlight on this. And that's, again, our functional prototype of the B2B commercial vehicles coming out this month and we'll be doing a full review of that with specs and pricing. And then finally, on the B2C side, I think post the SPAC investment and the interest we received, we now see a bigger opportunity in kind of expanding the B2B around the shuttles, airports, ride-hailing use cases for that vehicle and also some of the B2C use cases outside the core subscription model. So, kind of two large updates on both the B2B and B2C side for our business.

## Paul Balciunas

*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

And then a few keys developments since we announced our transaction with Hennessy Capital. Tony Aquila was named Executive Chairman. We're super excited to have him on board just given his public market experience and also taking companies from being a private company to a public company, which is importantly his background in technology will be critical for us as we think about positioning Canoo for the future and developing these new products.

We've also recently named three new board members: Thomas Dattilo, former Chairman and CEO of Cooper Tire; Josette Sheeran, Former Under Secretary for the Bush Administration and Former Vice Chairwoman of the World Economic Forum; and then Rainer Schmueckle, Chairman of STIGA and also former COO of Mercedes-Benz Cars. So, world-class team that's joining our board that's going to be able to help us with this transition from a private company to a public company.

And then with new products, as you heard Alex mention, we have a new commercial vehicle prototype that we'll be reviewing later this month. So, keep an eye out for some announcements over the next couple of days. And then, our waitlist. Since we've announced, we've had 5,000 additional reservations for our consumer product. So that's bringing the total to just under 15,000 reservations today. So, we're very happy about that, especially considering that we have not put a lot towards marketing to-date, but that's something that we're really going to be leaning into, into the new year. And then as mentioned earlier, beta completion. We completed our beta program on time with successful results. And now we're transitioning into the gamma phase of our program, which is producing vehicles that will be about 98% ready for full serial production.

So, with that, thank you. That's a quick overview of our company. So, I'll turn it back over to you, Dan.

Copyright © 2001-2020 FactSet CallStreet, LLC

**Hennessy Capital Acquisition Corp. IV** *(HCAC)*
Credit Suisse Industrials Conference

 Corrected Transcript
02-Dec-2020

# QUESTION AND ANSWER SECTION

**Dan Levy**
*Analyst, Credit Suisse Securities (USA) LLC*

Q

Great. Thank you. That's a helpful overview. So, why don't we start and maybe you could just talk about the skateboard offering because we've seen others talk about skateboards? This is a common approach used by others in EV. So, maybe you can help us understand what differentiates your skateboard versus others? Is it the modularity that it enables? Just help us understand what's unique on the skateboard and then what's the secret sauce to your approach on modularity?

**Paul Balciunas**
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

Yeah. So, there's a few points there. When we founded Canoo back in 2017, we looked at the marketplace to see what was out there from a technology perspective and skateboard perspective. And what was interesting is all of these new EV players and even the large OEMs were producing a skateboard, which is not a new concept, but they were all designed to underpin a vehicle architecture that looked like a combustion engine vehicle, which we never understood. So, they were not taking full advantage of what you could do with an EV platform. And this is why you have basically a trunk space in the front of your car. We thought that was a dead space in the current architecture, but it's the space that we could take advantage of. So, we wanted to make a skateboard that was incredibly flat. And by making it very flat, we have greater flexibility for design of different top hats.

So, for example, since we're using a steer-by-wire system, there's no mechanical connection. We can put a passenger anywhere in the vehicle with the steering wheel. So, theoretically, they could sit in the back seat with the steering wheel if they wanted. So, it allows us to move passengers into different areas. And one of the greatest examples is our first product, the lifestyle vehicle. It's the same size as the Prius from a bumper to bumper perspective, but you're actually able to fit seven adults in there. There's no other skateboard out there in the marketplace today that is capable of achieving that, based on our understanding. And this is all done because of the functional integration that we have done from an engineering perspective into that one skateboard, which allows it to be highly modular and has a lot of flexibility for various designs and top hats.

**Dan Levy**
*Analyst, Credit Suisse Securities (USA) LLC*

Q

So, that's helpful. And just to be clear, the difference between your skateboard and others as far as modularity because we've heard of others talk about modularity and GM, for instance, talked significantly about modularity on their BEV3 platform. Your approach on modularity is that it's just less underpinnings of an ICE platform. That's the core to the modularity aspect.

**Paul Balciunas**
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

That's one component of it. And I'll give you an example. A lot of the skateboards that you see out there today have large suspension systems and the big strut towers. And if you have a combustion engine vehicle, that's fine, because those strut towers actually go into the engine compartment. But in our vehicle, our front passengers are actually sitting in what would be the engine compartment. So, you're not able to have that strut coming in there. And we use a flat leaf spring suspension to make it very flat. So, when you look at some of the other players that are out there, we don't believe that they have the same flexibility that we do by leveraging this one single platform.

5

Copyright © 2001-2020 FactSet CallStreet, LLC

# Hennessy Capital Acquisition Corp. IV *(HCAC)*
Credit Suisse Industrials Conference

**C** Corrected Transcript
02-Dec-2020

### Dan Levy
*Analyst, Credit Suisse Securities (USA) LLC*

**Q**

Great. Let's talk about two of the key tech elements. And I think you you've mentioned both in the steer-by-wire and the leaf spring. Let's just start with steer-by-wire because I think that's a key aspect. There's no mechanical connection between the steering wheel and the wheels. So, maybe you can help us provide an overview for all of us the benefits of steer-by-wire, how difficult is this to execute, why haven't others gone down this route for steer-by-wire?

### Paul Balciunas
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

**A**

So, steer-by-wire, it's a common system in aviation. So, it's a technology that's been around. We have seen it come out in a couple of vehicles previously, but they always used the mechanical system as a redundant system for you. Our system does have a redundant system, but it's not a mechanical one. So, we'd like to consider ourselves the only true steer-by-wire player that's out there today. And the reason that we needed to do steer-by-wire was we eliminated that front engine compartment and then we took the passengers and pushed them as far forward in our vehicles that we possibly could so that we could still get a five-star crash rating, but also make sure that we create a lot of space inside the vehicle. And the only way to get those passengers in that seating position was to use this steer-by-wire system because with the mechanical connection we would not be able to make that bend to be able to get to the steering system into the tires. So, just by the position of our passengers, we needed it by necessity.

We are working with a global Tier 1 supplier on developing this technology. It is a new technology and I think we are the perfect test partner for this technology just because, one, we're young and nimble as a company, but it also allows us to work with them closely to develop this new technology and to test it and validate it using our prototype vehicles. So, we'll be ready for it by the time or this technology is ready by the time we get to full serial production.

### Dan Levy
*Analyst, Credit Suisse Securities (USA) LLC*

**Q**

And so just to be clear, this steer-by-wire technology that you're using, this is something that you're co-developing with a Tier 1 supplier or it's theirs and you're adopting, is there exclusivity on this?

### Paul Balciunas
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

**A**

So, it is their technology and we are co-developing it in terms of sharing some of the testing results, performance results of our vehicles today. So, it is their technology, but we are a big partner in terms of developing that technology for them.

### Dan Levy
*Analyst, Credit Suisse Securities (USA) LLC*

**Q**

Great. And then as far as the leaf spring suspension, what does this enables, is it just more interior space? And someone e-mailing me here telling me – reminding me that we've had leaf spring suspension around for a while. I guess, what's unique about leaf spring suspension now that maybe it makes a more differentiated offering today?

### Paul Balciunas
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

**A**

Copyright © 2001-2020 FactSet CallStreet, LLC

# Hennessy Capital Acquisition Corp. IV *(HCAC)*
Credit Suisse Industrials Conference

**Corrected Transcript**
02-Dec-2020

Yeah. So, we do see leaf spring suspension in some vehicles today. It is a technology that has been around for a while. We're not talking about the leaf springs that you're thinking on the back of a pickup truck. This is a single composite leaf spring, so it's one leaf spring. It sits in the vehicle transversal, so it goes across the vehicle. And by doing this, you're absolutely right, Dan, it creates all of that interior space, as I mentioned, because now we get to eliminate the strut towers.

So, it's a technology that is readily available today. We're just taking advantage of it in an EV platform. But what's interesting is when we think about our skateboard, one of the most important components is the functional integration. And that means that many of the components have to serve more than one purpose. So, using the leaf spring as an example, not only is it our suspension system, but it also acts as a stabilizing BOM as well. So, by using this approach of functional integration and components serving more than one purpose, we're able to eliminate parts, which saves overall cost, weight and then also improves range efficiency.

---

**Dan Levy**
*Analyst, Credit Suisse Securities (USA) LLC*

Q

Great. Let's talk about the top hats or at least let's start with the product offerings themselves. You have a few different offerings. You have the support consumer, the lifestyle consumer offering and then the delivery vehicles. So, tell me about the commonalities between each of those offerings. How much can you leverage across efforts what's different?

---

**Paul Balciunas**
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

So, between on all of those products, we are leveraging exactly the same skateboard. We may have different configurations. So, for example, with the delivery vehicle, you may not need a large rear motor, like we have currently today for our consumer product, so maybe just a smaller front version motor for that product. But most of the technology, I would say about 70% of it is integrated into that skateboard, and that's critical because then we can take that one skateboard and leverage it over multiple platforms, but it makes designing the top hats much easier.

As an example, the HVAC system is integrated into our skateboard. Typically that would be sitting above your legs in a traditional vehicle. By us putting it down into actual skateboard platform ourselves, you don't have to redesign an HVAC system every single time that you're bringing in new top hat to market so we can just continuously leverage it. So, that's why we wanted to put all of the technology, including the powertrain, the batteries, the motors, the autonomous driving systems, all into the skateboard so that we can easily apply it to different top hats. And of note, with the skateboard knowing what their test performance is in terms of crash, we're going to know what the outcomes are for future products during crash programs just because so much of the crash elements are already integrated into that skateboard and we know that those outcomes are today.

---

**Alex Marcinkowski**
*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

The only thing I would add is that from a BOM cost perspective, they're additive because, again, you're leveraging the skateboard now over two to three times the volume of a typical single vehicle program. As you get a lot of the volume picked up from your Tier-1 suppliers there, which is also important from a business model standpoint.

---

**Paul Balciunas**
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

---

Copyright © 2001-2020 FactSet CallStreet, LLC

# Hennessy Capital Acquisition Corp. IV *(HCAC)*
Credit Suisse Industrials Conference

Corrected Transcript
02-Dec-2020

Yeah. That's a great point. And that's how we saved the $1.5 billion approximately over three new product lines just by leveraging this one single skateboard and not having to redesign or engineer it.

**Dan Levy**  Q
*Analyst, Credit Suisse Securities (USA) LLC*

Great. Help us understand, the question that we frequently get, what's unique to Canoo, what are you relying on others, what's in-house, what are you using the supply base for? You mentioned steer-by-wire that's coming from a Tier-1 supplier, but you're co-developing it with them; in manufacturing, you have a partner. So help us understand what's done in-house? What are you relying on the supply base for?

**Paul Balciunas**  A
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

So from a technology perspective, it's really two primary components that we're outsourcing. As you mentioned, the first is steer-by-wire and then the second is the lithium-ion cells. Besides those two items, we are designing and engineering in-house the powertrain systems, the electric motors, the battery modules, the [ph] board net (00:20:10) architecture, basically, all of the key critical components. We wanted to make sure that we own that IP, because it's a very important part of our strategy going forward, especially as you think about the change in autonomous driving.

A good example is our skateboard and our technology is the perfect open source platform for autonomous driving players. They could easily integrate their hardware stacks into our vehicles. And since we control the backend of the software, it makes that integration process much easier. So, this is kind of the rationale why we wanted to design many of the components and the critical components in-house. So, it's basically steer-by-wire system and the lithium-ion cells what we're outsourcing today.

**Dan Levy**  Q
*Analyst, Credit Suisse Securities (USA) LLC*

Great. How are you approaching powertrain? And I think you just answered this. The cells are all external, but the battery management system, the drive unit, the modules themselves, that's all fully internally developed.

**Paul Balciunas**  A
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

Yeah. That's right. And our strategy here was really to focus on efficiency. We were not trying to get fast zero-to-60 times. You can do that with an electric motor, but we wanted it to perform within a sweet spot so that we could squeeze out every eighth of the mile out of that powertrain system. I'll give you an example of our motors. Most of the electric motors have an oil pump on it. Instead of using that oil pump 100% of the time to move around the oil with the actual motor, we use centrifugal force and turn off that motor. And that saves a little bit of energy and that's how we're squeezing out every single mile that we possibly can so that we can get the longest range on the smallest battery possible to reduce costs to the consumer.

**Dan Levy**  Q
*Analyst, Credit Suisse Securities (USA) LLC*

Great. Let me just ask one more on the battery – on the skateboard before we pivot to the client side or the client base. Tesla had pointed out at its Battery Day that ultimately it wants to make battery structurally woven into vehicles and that the skateboard design is something that they'll retire over time. Is this unique to Tesla or do you see others adopting structural – the structural pack approach? How do you – what's your view on that?



## Hennessy Capital Acquisition Corp. IV *(HCAC)*
Credit Suisse Industrials Conference

**Corrected Transcript**
02-Dec-2020

### Paul Balciunas
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

No. I do think it's here to stay. I think it is the right direction. And this is what we're doing today with our powertrain system as well. If you look at our battery packs, we basically decided to eliminate this box in a box in a box idea where typically a cell goes into a module, a module then goes into the pack, and then the pack goes into the chassis. We decided to eliminate all those boxes to reduce cost and wait. But then what we did going back to my point earlier about functional integration, the steel cold plates that cool the batteries also act as a crash element in our vehicle. So, we're doing this already today and I'm very much a strong believer that you're going to see a lot more of this in the future, as we become more efficient in terms of reducing the number of parts and components that it takes to actually build an electric vehicle.

### Dan Levy
*Analyst, Credit Suisse Securities (USA) LLC*

Q

Great. Let's pivot to the market. And just help us understand, you're looking at two different verticals of B2B and B2C. Help us understand the size of the opportunities and how easily – the ease of opportunity for each of you? And you've given us timelines, but what's going to be the core focus for you to make this venture work, B2B or B2C?

### Alex Marcinkowski
*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

Yeah. I think first and foremost is they're both absolutely massive opportunities. I don't think that needs any clarification. Both in and of themselves are enough to independently run a business. But I don't think that they need to be mutually exclusive to your point. As we sit today, what makes, I think, the B2B the most exciting in the near term is just the regulatory tailwinds, the ESG tailwinds that are really driving the demand side of that market and really forcing the change and forcing the hands a lot of these customers to adopt full EV fleets. So I think from a customer acquisition and timing standpoint, we're looking at a really near-term B2B opportunity.

That being said, B2C, specifically, in a lot of the big coastal areas that we're targeting where EVs are currently sold today with our first product is an equally exciting opportunity. So I think as we sit today, they roughly comprise 50% of our business. That means that going forward part of the skateboard strategy is to proactively evaluate where opportunities are in the marketplace, just like we did with the delivery vehicle.

### Dan Levy
*Analyst, Credit Suisse Securities (USA) LLC*

Q

And do you have a regional preference in terms of North America versus Europe and is China at all in the picture for you?

### Alex Marcinkowski
*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

Yeah. So on the B2B side, I think it's really critical for us to have a global focus and maybe taking a step back is our Class I, Class II vehicle is really, really well suited for a lot of the APAC region and a lot of the Europe region that utilizes smaller vehicles to go and Milan, Shanghai where larger UPS vans aren't able to go. And what's critical there is, we don't see lot of competition in that segment, because the Class I, Class II requires crash testing that the big UPS box vans don't.

So for us, because we have a carryover commercial platform that's already gone through crash, we leverage that and know it's safe for Class I, Class II platform where we see a ton of growth on the parcel delivery side and not a



# Hennessy Capital Acquisition Corp. IV *(HCAC)*

Credit Suisse Industrials Conference

**Corrected Transcript**

02-Dec-2020

lot of the new EV startups competing, simply because it's a more expensive program, if you don't have a skateboard platform that's already been developed.

And then on the OEM side, what we're seeing is, there is competition coming into play, but it's mainly retrofitted ICE platforms like the Sprinter and the Transit, these are not ground-up EV builds. And frankly, the result of that is [ph] ours is (00:26:19) just superior from a TCO perspective and from a return on capital for our customers.

---

### Dan Levy

*Analyst, Credit Suisse Securities (USA) LLC*

**Q**

So I think you just answered one of my questions on the B2B side, which is we just saw Ford announce a Transit van – an EV Transit van, but that's on an ICE platform. So, we know Ford is a leader in commercial solutions. So the reason why a smaller customer would take you over an established player like someone like Ford is just because of a superior TCO?

---

### Alex Marcinkowski

*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

**A**

Yeah. It's really going to come down to the product there. Ford is Ford. We definitely respect them. Especially, on the commercial side, they have a huge customer base and a huge service network that's already ginned up. But if you look on a product-or-product basis, and I'm talking all the way from cost to durability to range efficiency, we stack up far superior to not only the Transit, but also some of the new EV players that you see like the Arrivals and the Rivians coming to market.

So, again, the skateboard platform what that enables is a small footprint, a ton of cargo space on that footprint so you're able to get more packages in, have more deliveries a day, and then the range efficiency that makes sure [ph] you don't want (00:27:27) to go back to the depot and charge. So, again, I think there are a lot of players in the market, but on that Class I, Class II size and from a ground-up build, I just think we have a superior product, believe, just from almost every aspect.

---

### Dan Levy

*Analyst, Credit Suisse Securities (USA) LLC*

**Q**

Great. And then help us understand the subscription model. To what extent is financing or balance sheet crucial? And a question from someone here. Is there a cost for, on the consumer side, a reservation? Help us understand some context around that reservation figure you provided?

---

### Alex Marcinkowski

*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

**A**

Yeah. So, on the subscription model, specifically, and it's important to understand that this is, from a financing aspect, structure much more similar to what we would call it a flexible lease program. So, we aren't adopting a Zipcar model here or a rental model. We have folks coming out in week or two week terms. This is an offering where we're targeting average customer tenor of 1 to 1.5 years. So, on the financing side, again, we've had a lot of discussions with these banks. It gives the lenders a lot of comfort knowing that there's a cash flow tied to that.

And to your first question, there will be options to structure the offering. So, terms for three months, six months, options for down payments, we just want to give customers really the flexibility to say, hey, if I want a minimum month-to-month program, that's a great option, but you're going to be charged a premium for that, right. That just doesn't exist today. And there is a lot of consumers that are willing to pay that premium. But on our end, we also

---



**FACTSET: call**street

1-877-FACTSET    www.callstreet.com

10

Copyright © 2001-2020 FactSet CallStreet, LLC

# Hennessy Capital Acquisition Corp. IV *(HCAC)*
## Credit Suisse Industrials Conference

**Corrected Transcript**
**02-Dec-2020**

want to give customers, hey, if you're willing to get locked up for a year, then the cost is much lower, because we have the cash flow [ph] strategy (00:29:10) on those – on their side.

So it's really just operating up and down that subscription to full lease spectrum, that gives us some play on the financing of the balance sheet side and making sure that we have the cash flows that we can finance against. And right now in our model, we do have fairly conservative loan-to-book assumptions. And I think we feel fairly comfortable about financing that first batch of fleet. And then in the outer years, once we have proof of concept, the model becomes self-financing once we're able to securitize the fleet.

---

**Paul Balciunas** 
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

**A**

And from a financing perspective, we're not doing – reinventing the wheel either. Essentially, we're using traditional automotive financing where we differ slightly. We'll just be on both loan-to-book value in that first year or so, and then how quickly can we ramp up to something that's a little bit more traditional. But nothing unique there from a financing perspective [ph] on our end (00:29:59).

---

**Dan Levy** 
*Analyst, Credit Suisse Securities (USA) LLC*

**Q**

Great. And we're at time, but are we okay to go over, because there are – I've gotten a number of questions from people. So, are we good for a few more minutes?

---

**Paul Balciunas** 
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

**A**

Absolutely. Yeah. Yeah. We're fine.

---

**Dan Levy** 
*Analyst, Credit Suisse Securities (USA) LLC*

**Q**

Okay. Okay. Great. Great. Let's continue. And then just to clarify, is there a reservation fee?

---

**Alex Marcinkowski** 
*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

**A**

Not as of now. We will be launching kind of a more fulsome reservations both for our B2C and our B2B in early 2021.

---

**Dan Levy** 
*Analyst, Credit Suisse Securities (USA) LLC*

**Q**

Okay. As far as the sort of subscription model goes – this is a question from someone here and this, I think fits into it. Is – will B2B at all be a subscription model incorporating sort of an all-in cost, or is B2B just purely on the vehicle sale itself?

---

**Alex Marcinkowski** 
*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

**A**

Right now, our strategy is just the vehicle sales. We did do some early work, exploring subscription. Reality is a lot of the fleet providers, they prefer to purchase and own their vehicles today and it's a model that they're most familiar with. Subscription gets a little bit tricky in a B2B setting, simply because you have much, much higher

## Hennessy Capital Acquisition Corp. IV *(HCAC)*
Credit Suisse Industrials Conference

**Corrected Transcript**
02-Dec-2020

vehicle utilization and much higher vehicle wear and also on the servicing aspect, it creates additional complexity. So for us, on the B2B side, we are sticking with the traditional sales model or sales/lease model today.

**Dan Levy**
*Analyst, Credit Suisse Securities (USA) LLC*

Q

Great. Maybe you can talk about your partnership with Hyundai. Just give us a sense what it entails, what's the scope? Why did Hyundai come to you? And just is engineering solutions is simply an interim solution for you or is this something that you can develop to be more meaningful?

**Paul Balciunas**
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

So, on the Hyundai side, this is a relationship that – they've been phenomenal partners to us and we're very fortunate to be able to work with them. It's really focused today on concept engineering work. They've looked at our technology and they said what, this is pretty unique and we think you're doing something pretty clever here, is there a way that they could potentially leverage it for some of their future technology?

So what we've done is concept engineering today and it's basically looking at our skateboard and seeing how we can make adjustments to meet some of their specifications. So, at this point, it's not tied to any vehicle or any future production line. It's still in the engineering or concept engineering work today. We hope that this relationship will continue into, call it, a Phase 2 and Phase 3, which would just basically be doing additional engineering on the actual skateboard itself and then potentially building prototypes in the future. But we're not there yet. Right now, we've just completed Phase 1 and we're currently in Phase 2 discussions.

**Dan Levy**
*Analyst, Credit Suisse Securities (USA) LLC*

Q

Great. What don't we pivot just to the financial or business side and maybe we could just start with the SPAC itself. Maybe you could just remind us where the SPAC process itself stands [indiscernible] (00:32:56) process?

**Paul Balciunas**
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

Yeah. So right now, we are on file with the SEC waiting for feedback and to make sure that our registration become effective. But we are still targeting a close here in December. So hopefully, in the coming days, we'll have some additional news that we can share publicly with the market. But we're still on track based off of previous guidance.

**Dan Levy**
*Analyst, Credit Suisse Securities (USA) LLC*

Q

Great. And then getting a couple of questions from people here on, A, what types of milestones we should be watching for in the next 12 to 24 months? We know everything is on track, whether it's product validation or program awards, manufacturing. And how do you see the order book shaping up?

**Paul Balciunas**
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

Can you go?

# Hennessy Capital Acquisition Corp. IV *(HCAC)*
Credit Suisse Industrials Conference

Corrected Transcript
02-Dec-2020

### Alex Marcinkowski
*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

Yeah. So on the product side, it's definitely hands – all hands on deck, the upcoming fully functional prototype of our delivery vehicle. And we will be releasing another functional prototype of our sport vehicle in early 2021. I would also say, stay tuned for some additional potential product releases throughout 2021. Vehicles that we're exploring that are in, as Paul alluded to earlier, maybe the prototyping exploratory phase, as we proactively examine some of the different markets.

So, on the product side, I would say, at least, two vehicle upcoming launches. And then on the manufacturing, we are looking to lock down and finalize our contract manufacturing arrangement, if not by year end, then by might early Q1 2021. So that will be another kind of critical milestone for us.

And then, lastly, on the business development kind of order book side, again, I would say, this is in Q1 2021 where we're going to be opening up pre-orders, reservations for both of our vehicle lines and building the order book from there. In addition to some of the more large strategic partnerships that Paul and I and the Corp Dev team have been working on in the background, that, hopefully, we can get announced in early 2021 as well.

### Dan Levy
*Analyst, Credit Suisse Securities (USA) LLC*

Q

And then as far as, I guess, figures for 2021, whether it's guidance or, I guess, we'll have to wait for more. But anything you can give us a sense of what we should be looking for in terms of 2021 numbers to focus on or?

### Alex Marcinkowski
*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

Yeah. I would say, the really critical one we're focused on is, probably, volume pre-orders and getting to a number. I don't want to quote an exact number, because [ph] that's (00:35:37) in the public release. But we do have some volume pre-order numbers that we're targeting as well as a few business development kind of order book deals for our B2B side as well.

### Dan Levy
*Analyst, Credit Suisse Securities (USA) LLC*

Q

Great. Let's wrap up, because you've been very generous. I know we've gone over. I want to ask maybe a big picture question, which is you've given some numbers on 2025. But, obviously, I think people know that you're playing for an opportunity beyond that. So help us understand how the autonomous driving landscape fits into this? Is really the endgame for you in all of this that you want – you're offering to capitalize on potential autonomous vehicle fleets? And what discussions have you had with autonomous fleet providers so far?

### Alex Marcinkowski
*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

A

Yeah. So for us, the autonomous fleet world, it's definitely growing and we want to make sure that we're well positioned there. So that's why we have this open source platform essentially where they can easily integrate with their technology for us. But if you fast forward into the future 2025-2026, let's say, even 2030, we inherently have that customer base using some of our business model like the membership or subscription, for example, so that we're very well-positioned to go into that autonomous space. And our technology can always growth with it from Level 3 all the way up to Level 5, for example, with a steer-by-wire system, you could pull out of it.



# Hennessy Capital Acquisition Corp. IV *(HCAC)*
Credit Suisse Industrials Conference

**Corrected Transcript**
02-Dec-2020

What's interesting is, since we've made our announcement on doing the SPAC, the [ph] inbound (00:37:09) has been phenomenal in terms of a lot of these players, just because of our public profile has gotten much higher. So we continue to have these discussions, and I would say some of them are in the advanced stages in terms of us being able to sign up some kind of commercial agreement. But that is a big part of our strategy going forward.

## Dan Levy
*Analyst, Credit Suisse Securities (USA) LLC*

Great. And with that, we'll leave it there. You've been so generous to go over time. Very helpful. And we look forward to learning more about the story. Thank you, Paul and Alex.

## Alex Marcinkowski
*In Charge of Corporate Strategy-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

Yes. Thank you, Dan. And thank you, everyone.

## Paul Balciunas
*Chief Financial Officer-Canoo Holdings Ltd., Hennessy Capital Acquisition Corp. IV*

Thanks, Dan. Thank you, everyone. Appreciate it. Bye.

## Dan Levy
*Analyst, Credit Suisse Securities (USA) LLC*

Thank you.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2020 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

