# Exhibit 19



Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2022 Bloomberg Finance L.P.

| Security | GOEV US Equity |
|---|---|
| **Start Date** | 18-Aug-2020 |
| **End Date** | 29-Mar-2021 |
| **Period** | D |
| **Currency** | USD |

| Date | Closing Price | Volume |
|---|---|---|
| 18-Aug-2020 | 10.49 | 9,637,192 |
| 19-Aug-2020 | 10.48 | 2,506,902 |
| 20-Aug-2020 | 10.45 | 1,083,372 |
| 21-Aug-2020 | 10.43 | 1,620,013 |
| 24-Aug-2020 | 10.61 | 1,839,565 |
| 25-Aug-2020 | 10.85 | 2,601,496 |
| 26-Aug-2020 | 10.98 | 1,859,308 |
| 27-Aug-2020 | 10.94 | 1,867,464 |
| 28-Aug-2020 | 10.85 | 912,320 |
| 31-Aug-2020 | 10.79 | 913,437 |
| 1-Sep-2020 | 10.69 | 1,286,866 |
| 2-Sep-2020 | 10.95 | 2,412,398 |
| 3-Sep-2020 | 10.8 | 1,114,699 |
| 4-Sep-2020 | 10.78 | 1,357,370 |
| 8-Sep-2020 | 11 | 1,537,210 |
| 9-Sep-2020 | 11.06 | 1,383,867 |
| 10-Sep-2020 | 11.15 | 1,323,989 |
| 11-Sep-2020 | 11.59 | 2,628,372 |
| 14-Sep-2020 | 12.71 | 4,885,863 |
| 15-Sep-2020 | 13 | 3,515,532 |
| 16-Sep-2020 | 12.8 | 1,859,251 |
| 17-Sep-2020 | 12.4 | 1,216,342 |
| 18-Sep-2020 | 12.2 | 1,347,163 |
| 21-Sep-2020 | 11.64 | 1,858,540 |
| 22-Sep-2020 | 11.9 | 1,284,203 |
| 23-Sep-2020 | 11.11 | 2,367,790 |
| 24-Sep-2020 | 10.96 | 1,947,131 |
| 25-Sep-2020 | 11.2 | 1,092,806 |
| 28-Sep-2020 | 11.3 | 748,341 |
| 29-Sep-2020 | 11.17 | 538,837 |
| 30-Sep-2020 | 11.14 | 604,510 |
| 1-Oct-2020 | 11.13 | 850,837 |
| 2-Oct-2020 | 10.98 | 808,205 |

| Security | GOEV US Equity |
|---|---|
| **Start Date** | 18-Aug-2020 |
| **End Date** | 29-Mar-2021 |
| **Period** | D |
| **Currency** | USD |

| Date | Closing Price | Volume |
|---|---|---|
| 5-Oct-2020 | 10.77 | 1,021,139 |
| 6-Oct-2020 | 10.56 | 1,447,069 |
| 7-Oct-2020 | 10.51 | 790,971 |
| 8-Oct-2020 | 10.67 | 538,575 |
| 9-Oct-2020 | 10.6 | 466,384 |
| 12-Oct-2020 | 10.46 | 784,848 |
| 13-Oct-2020 | 10.4 | 873,703 |
| 14-Oct-2020 | 10.45 | 344,046 |
| 15-Oct-2020 | 10.38 | 266,225 |
| 16-Oct-2020 | 10.41 | 331,144 |
| 19-Oct-2020 | 10.55 | 514,687 |
| 20-Oct-2020 | 10.38 | 440,468 |
| 21-Oct-2020 | 10.35 | 437,272 |
| 22-Oct-2020 | 10.41 | 941,792 |
| 23-Oct-2020 | 10.35 | 330,463 |
| 26-Oct-2020 | 10.34 | 520,250 |
| 27-Oct-2020 | 10.31 | 520,818 |
| 28-Oct-2020 | 10.31 | 641,126 |
| 29-Oct-2020 | 10.24 | 252,785 |
| 30-Oct-2020 | 10.25 | 402,526 |
| 2-Nov-2020 | 10.23 | 281,834 |
| 3-Nov-2020 | 10.23 | 226,527 |
| 4-Nov-2020 | 10.23 | 346,036 |
| 5-Nov-2020 | 10.23 | 402,275 |
| 6-Nov-2020 | 10.27 | 229,197 |
| 9-Nov-2020 | 10.3 | 1,762,776 |
| 10-Nov-2020 | 10.23 | 325,630 |
| 11-Nov-2020 | 10.25 | 303,271 |
| 12-Nov-2020 | 10.23 | 323,170 |
| 13-Nov-2020 | 10.27 | 504,275 |
| 16-Nov-2020 | 10.25 | 848,182 |
| 17-Nov-2020 | 10.25 | 457,216 |
| 18-Nov-2020 | 10.37 | 1,285,149 |
| 19-Nov-2020 | 10.71 | 2,977,679 |

| Security | GOEV US Equity |
|---|---|
| **Start Date** | 18-Aug-2020 |
| **End Date** | 29-Mar-2021 |
| **Period** | D |
| **Currency** | USD |

| Date | Closing Price | Volume |
|---|---|---|
| 20-Nov-2020 | 10.7 | 1,281,594 |
| 23-Nov-2020 | 11.3 | 4,030,370 |
| 24-Nov-2020 | 11.19 | 3,759,817 |
| 25-Nov-2020 | 11.52 | 2,210,884 |
| 27-Nov-2020 | 12.56 | 3,460,591 |
| 30-Nov-2020 | 13 | 5,591,111 |
| 1-Dec-2020 | 12.48 | 2,597,699 |
| 2-Dec-2020 | 11.82 | 2,097,492 |
| 3-Dec-2020 | 12.17 | 1,421,772 |
| 4-Dec-2020 | 13.45 | 6,089,186 |
| 7-Dec-2020 | 18.2 | 18,521,699 |
| 8-Dec-2020 | 17.93 | 6,056,991 |
| 9-Dec-2020 | 20 | 8,041,245 |
| 10-Dec-2020 | 22 | 6,493,442 |
| 11-Dec-2020 | 20.28 | 5,836,993 |
| 14-Dec-2020 | 19.34 | 3,481,357 |
| 15-Dec-2020 | 18.02 | 4,997,000 |
| 16-Dec-2020 | 19.92 | 3,978,617 |
| 17-Dec-2020 | 18.9 | 6,917,097 |
| 18-Dec-2020 | 19.29 | 3,959,310 |
| 21-Dec-2020 | 19.49 | 4,401,252 |
| 22-Dec-2020 | 18.89 | 13,287,755 |
| 23-Dec-2020 | 19.4 | 8,505,727 |
| 24-Dec-2020 | 17.81 | 6,449,216 |
| 28-Dec-2020 | 15.39 | 9,098,627 |
| 29-Dec-2020 | 14.63 | 5,897,331 |
| 30-Dec-2020 | 14.32 | 5,130,817 |
| 31-Dec-2020 | 13.8 | 4,835,496 |
| 4-Jan-2021 | 12.5 | 7,605,492 |
| 5-Jan-2021 | 14.09 | 7,337,016 |
| 6-Jan-2021 | 14.04 | 5,660,473 |
| 7-Jan-2021 | 14.19 | 3,765,232 |
| 8-Jan-2021 | 15 | 6,174,651 |
| 11-Jan-2021 | 17.05 | 7,824,609 |

3

| Security | GOEV US Equity |
|---|---|
| **Start Date** | 18-Aug-2020 |
| **End Date** | 29-Mar-2021 |
| **Period** | D |
| **Currency** | USD |

| Date | Closing Price | Volume |
|---|---|---|
| 12-Jan-2021 | 16.72 | 7,012,387 |
| 13-Jan-2021 | 19 | 21,796,705 |
| 14-Jan-2021 | 17.44 | 10,442,305 |
| 15-Jan-2021 | 16.9 | 4,483,514 |
| 19-Jan-2021 | 16.68 | 4,957,969 |
| 20-Jan-2021 | 17.36 | 4,421,560 |
| 21-Jan-2021 | 17.12 | 3,340,330 |
| 22-Jan-2021 | 17 | 2,785,668 |
| 25-Jan-2021 | 16.8 | 4,354,036 |
| 26-Jan-2021 | 16.21 | 5,332,088 |
| 27-Jan-2021 | 15.14 | 5,112,123 |
| 28-Jan-2021 | 15.47 | 3,354,722 |
| 29-Jan-2021 | 15.07 | 5,120,977 |
| 1-Feb-2021 | 15.5 | 3,914,786 |
| 2-Feb-2021 | 15.77 | 3,040,100 |
| 3-Feb-2021 | 16.4 | 6,860,628 |
| 4-Feb-2021 | 18.85 | 15,283,453 |
| 5-Feb-2021 | 17.63 | 7,838,606 |
| 8-Feb-2021 | 17.01 | 6,509,258 |
| 9-Feb-2021 | 16.82 | 4,745,010 |
| 10-Feb-2021 | 16.52 | 4,012,253 |
| 11-Feb-2021 | 16.22 | 2,621,692 |
| 12-Feb-2021 | 16.68 | 3,173,523 |
| 16-Feb-2021 | 16.69 | 3,378,281 |
| 17-Feb-2021 | 16.44 | 3,283,357 |
| 18-Feb-2021 | 15.7 | 3,569,072 |
| 19-Feb-2021 | 15.31 | 3,165,952 |
| 22-Feb-2021 | 14.66 | 3,349,077 |
| 23-Feb-2021 | 13.17 | 5,812,803 |
| 24-Feb-2021 | 14.21 | 3,255,405 |
| 25-Feb-2021 | 13.52 | 2,724,963 |
| 26-Feb-2021 | 12.86 | 4,107,322 |
| 1-Mar-2021 | 14.27 | 4,383,550 |
| 2-Mar-2021 | 13.88 | 2,114,819 |

4

| Security | GOEV US Equity |
|---|---|
| **Start Date** | 18-Aug-2020 |
| **End Date** | 29-Mar-2021 |
| **Period** | D |
| **Currency** | USD |

| Date | Closing Price | Volume |
|---|---|---|
| 3-Mar-2021 | 13.03 | 3,387,286 |
| 4-Mar-2021 | 11.43 | 5,208,170 |
| 5-Mar-2021 | 11.18 | 6,033,987 |
| 8-Mar-2021 | 11.13 | 3,015,011 |
| 9-Mar-2021 | 12.22 | 3,908,438 |
| 10-Mar-2021 | 12.89 | 4,253,929 |
| 11-Mar-2021 | 14.67 | 8,150,432 |
| 12-Mar-2021 | 14.82 | 13,103,474 |
| 15-Mar-2021 | 15.7 | 8,129,821 |
| 16-Mar-2021 | 15.44 | 7,610,877 |
| 17-Mar-2021 | 15.64 | 8,931,821 |
| 18-Mar-2021 | 15.35 | 6,447,251 |
| 19-Mar-2021 | 15.38 | 13,728,833 |
| 22-Mar-2021 | 15.31 | 5,366,750 |
| 23-Mar-2021 | 14.77 | 5,309,039 |
| 24-Mar-2021 | 12.985 | 5,065,171 |
| 25-Mar-2021 | 12.8 | 4,136,272 |
| 26-Mar-2021 | 12.46 | 3,627,486 |
| 29-Mar-2021 | 11.8 | 5,294,625 |