Mark C. Holscher (SBN 139582)
mark.holscher@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

David A. Klein (SBN 273925)
david.klein@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendants Canoo Inc.,
Tony Aquila, Ulrich Kranz, and
Paul Balciunas*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br>  v.<br><br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>       Defendants. | Case No. 2:21-CV-02873-FMO-JPR<br><br>**(Consolidated)**<br><br>Case No. 2:21-CV-02879-FMO-JPR<br><br>Case No. 2:21-CV-03080-FMO-JPR<br><br>**SUPPLEMENTAL DECLARATION OF DAVID A. KLEIN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS LEAD PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Hearing Date: July 28, 2022 (Pursuant to Briefing Schedule, *see* Dkt. 73)<br><br>Time: 10:00 a.m.<br><br>Judge: Hon. Fernando M. Olguin<br><br>Courtroom.: 6D |

# DECLARATION OF DAVID A. KLEIN

I, David A. Klein, declare as follows:

1. I am a partner at Kirkland & Ellis LLP and am one of the attorneys representing Defendants Canoo Inc., Tony Aquila, Ulrich Kranz, and Paul Balciunas ("Defendants") in the above-captioned matter.  I make this declaration in support of Defendants' Reply in Support of Their Motion to Dismiss Lead Plaintiff's Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, filed concurrently herewith.  Unless otherwise stated, the facts stated in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct highlighted copy of excerpts from Hennessy Capital Acquisition Corp. IV's Prospectus pursuant to Rule 424(b)(3) filed with the SEC on December 4, 2020.

3. Attached as **Exhibit 2** is a true and correct highlighted copy of excerpts from Canoo's Prospectus pursuant to Rule 424(b)(3) filed with the SEC on January 25, 2021.

4. Attached as **Exhibit 3** is a true and correct highlighted copy of excerpts from Canoo's Form 10-K filed with the SEC on March 31, 2021.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.


Executed this 8th day of July 2022, in Los Angeles, California.


*/s/ David A. Klein*
David A. Klein

1