Mark C. Holscher (SBN 139582)
mark.holscher@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500

David A. Klein (SBN 273925)
david.klein@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA  90067
Telephone:  (310) 552-4200
Facsimile:  (310) 552-5900

*Attorneys for Defendants Canoo Inc.,*
*Tony Aquila, Ulrich Kranz, and*
*Paul Balciunas*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br><br> CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS, <br><br> Defendants. | CASE No. 2:21-CV-02873-FMO-JPR <br><br> **(Consolidated)** <br><br> Case No. 2:21-CV-02879-FMO-JPR <br><br> Case No. 2:21-CV-03080-FMO-JPR <br><br> **DECLARATION OF DAVID A. KLEIN IN SUPPORT OF DEFENDANTS CANOO INC., TONY AQUILA, ULRICH KRANZ, AND PAUL BALCIUNAS' MOTION TO DISMISS LEAD PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** <br><br> Hearing Date: September 8, 2022 (First available hearing date more than 28 days from filing of motion) <br> Time: 10 a.m. <br> Judge: Hon. Fernando M. Olguin <br> Courtroom: 6D |

## DECLARATION OF DAVID A. KLEIN

I, David A. Klein, declare as follows:

1. I am a partner at Kirkland & Ellis LLP and am one of the attorneys representing Defendants Canoo Inc., Tony Aquila, Ulrich Kranz, and Paul Balciunas ("Defendants") in the above-captioned matter.  I make this declaration in support of Defendants' Motion to Dismiss Lead Plaintiff's Consolidated Amended Class Action ("AC") Complaint for Violations of the Federal Securities Laws, filed concurrently herewith.  Unless otherwise stated, the facts stated in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct highlighted copy of excerpts from Canoo's Form S-1 Registration Statement filed with the SEC on January 13, 2021.

3. Attached as **Exhibit 2** is a true and correct highlighted copy of the transcript of Canoo's FQ4 2020 Earnings Call on March 29, 2021.

4. Attached as **Exhibit 3** is a true and correct highlighted copy of excerpts from Canoo's Form 10-Q filed with the SEC on May 17, 2021.

5. Attached as **Exhibit 4** is a true and correct highlighted copy of a transcript titled "Canoo Merger with [HCAC IV] Investor Conference Call Transcript August 18, 2020" filed with the SEC under Rule 425 on August 18, 2020.

6. Attached as **Exhibit 5** is a true and correct highlighted copy of excerpts from HCAC IV's Form 8-K, attaching Exhibit 99.2, an August 2020 Investor Presentation filed with the SEC on August 18, 2020.

7. Attached as **Exhibit 6** is a true and correct highlighted copy of excerpts from HCAC IV's Form S-4 Registration Statement filed with the SEC on September 18, 2020.

8. Attached as **Exhibit 7** is a true and correct highlighted copy of excerpts from HCAC IV's Amendment No. 1 to Form S-4 Registration Statement filed with the SEC

on October 23, 2020.

9.    Attached as **Exhibit 8** is a true and correct highlighted copy of excerpts from Hennessy Capital Acquisition Corp. IV's ("HCAC IV") Amendment No. 2 to Form S-4 Registration Statement dated November 25, 2020 and filed with the SEC.

10.    Attached as **Exhibit 9** is a true and correct highlighted copy of excerpts from HCAC IV's Prospectus pursuant to Rule 424(b)(3) filed with the SEC on December 4, 2020.

11.    Attached as **Exhibit 10** is a true and correct highlighted copy of excerpts from Canoo's Prospectus pursuant to Rule 424(b)(3) filed with the SEC on January 25, 2021.

12.    Attached as **Exhibit 11** is a true and correct highlighted copy of Canoo's press release titled "Electric Vehicle Company Canoo Announces Board Members" filed with the SEC under Rule 425 by HCAC IV on August 25, 2020.

13.    Attached as **Exhibit 12** is a true and correct highlighted copy of Canoo's Form 8-K, including Canoo and HCAC IV's press release titled "Electric Vehicle Company Canoo and Hennessy Capital Acquisition Corp. IV Announce Closing of Business Combination" filed with the SEC on December 21, 2020.

14.    Attached as **Exhibit 13** is a true and correct highlighted copy of excerpts from HCAC IV's Form 8-K, attaching Exhibit 99.1, a Joint Press Release by HCAC IV and Canoo issued August 18, 2020 and filed with the SEC on August 18, 2020.

15.    In advance of filing, I communicated with Plaintiff's counsel regarding Defendants' concurrently-filed Request for Judicial Notice. I informed Plaintiff's counsel that Defendants intended to request judicial notice of the fact that Canoo's stock price never rose to meet the conditions for Earnout Shares.  I asked Plaintiff's counsel to confirm that the AC's allegation that "the price did remain above the price points for the required number of days for Earnout shares to vest" (AC ¶ 205) is a typographical error.  Plaintiff's counsel agreed that paragraph 205 of the AC "contains a typo and should say the 'price did <u>not </u>remain above the price points . . .'"  Plaintiff's counsel

also did not object to judicial notice of this fact.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 2nd day of August 2022, in Los Angeles, California.

/s/ David A. Klein
David A. Klein

3