POMERANTZ LLP
Jennifer Pafiti (SBN 282890)
Jeremy A. Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York   10016
Telephone:   (212) 661-1100
jpafiti@pomlaw.com
jalieberman@pomlaw.com
mjsteven@pomlaw.com

*Co-Lead Counsel for Lead Plaintiff & the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SAMUEL BLAKE, Individually
and On Behalf of All Others
Similarly Situated,

                    Plaintiffs,

     v.

CANOO INC., TONY AQUILA,
ULRICH KRANZ, and PAUL
BALCIUNAS,

                    Defendants.

**Case No. 2:21-CV-02873-FMO-JPR**

(**Consolidated**)

Case No. 2:21-CV-02879-FMO-JPR

Case No. 2:21-CV-03080-FMO-JPR

**DECLARATION OF MURIELLE J. STEVEN WALSH, ESQ., IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

1

DECLARATION OF MURIELLE J. STEVEN WALSH

I, Murielle J. Steven Walsh, declare as follows:

1. I am a partner at Pomerantz LLP and am one of the attorneys representing Lead Plaintiff Vladi Shaulov in the above-captioned matter. I make this declaration in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss Lead Plaintiff's Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, filed concurrently herewith. Unless otherwise stated, the facts stated in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copies of excerpts from Canoo's Form S-4 Registration Statement filed with the SEC on September 18, 2020.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 18th day of August, 2022, in New York, New York.

**POMERANTZ LLP**

By: /s/ *Murielle J. Steven Walsh*
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue
20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
mjsteven@pomlaw.com