# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>     v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>      Defendants. | Case No. 2:21-cv-02873-FMO-JPR<br><br>**(Consolidated)**<br><br>Case No. 2:21-CV-02879-FMO-JPR<br><br>Case No. 2:21-CV-03080-FMO-JPR<br><br>**ORDER GRANTING LEAVE FOR LEAD PLAINTIFF TO FILE THIRD AMENDED CONSOLIDATED COMPLAINT AND RELIEVING DEFENDANTS OF OBLIGATION TO RESPOND TO SECOND AMENDED CONSOLIDATED COMPLAINT** |

The Court, having reviewed the parties' Stipulation Granting Leave for Lead Plaintiff to File Third Amended Consolidated Complaint and Relieving Defendants of Obligation to Respond to Second Amended Consolidated Complaint, hereby **ORDERS** as follows:

1. Lead Plaintiff may file a Third Amended Consolidated Complaint after the Commissioners of the SEC have rendered a decision regarding approval of Canoo Inc.'s settlement with the SEC in principle;

2. Defendants shall not be required to respond to the Second Amended Consolidated Complaint ("SAC");

3. Within 14 days of the release of any order regarding a settlement between Canoo and the SEC, the Parties shall confer and jointly submit a proposed schedule for the filing of any Third Amended Consolidated Complaint and for the filing of Defendants' response to the Third Amended Consolidated Complaint, including a briefing schedule with respect to any anticipated motion to dismiss; and

4. If the Court does not approve the stipulation or enters an order on the stipulation after April 7, 2023, Defendants shall be permitted to file their anticipated motion to dismiss the SAC.

**IT IS SO ORDERED.**

DATED: April 10, 2023

/s/
_____
The Honorable Fernando M. Olguin
United States District Court Judge

1