Jennifer Pafiti (SBN 282790)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405 7190
jpafiti@pomlaw.com

Marshall P. Dees (*pro hac vice*)
Corey D. Holzer (*pro hac vice*)
HOLZER & HOLZER LLC
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392 0090
Facsimile: (770) 392 0029
mdees@holzerlaw.com
cholzer@holzerlaw.com

*Co-Lead Counsel for Lead Plaintiff Vladi
Shaulov and the Proposed Putative Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | Case No. 2:21-cv-02873-FMO-JPR<br><br>**(Consolidated)**<br><br>Case No. 2:21-CV-02879-FMO-JPR<br><br>Case No. 2:21-CV-03080-FMO-JPR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLARIFICATION OF THE COURT'S OCTOBER 4, 2024 ORDER DENYING DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S THIRD CONSOLIDATED AMENDED COMPLAINT**<br><br>Date: December 12, 2024<br><br>Time: 10 a.m.<br><br>Courtroom: 6D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, on December 12, 2024 at 10 a.m., or as soon thereafter as the matter may be heard, in Courtroom 6D by the Honorable Fernando M. Olguin of the United States District Court for the Central District of California, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, Lead Plaintiff Vladi Shaulov ("Plaintiff") will and hereby does, move for clarification of the Court's October 4, 2024 Order Denying Defendants' Motion to Dismiss Lead Plaintiff's Third Consolidated Amended Complaint (ECF No. 140).

In support of this motion, Plaintiff submits a Memorandum of Points and Authorities, the Declaration of Corey Holzer, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Plaintiff has complied with Local Civil Rule 7-3 and files this motion following a telephonic conference with defense counsel on October 30, 2024.

Dated: November 14, 2024    Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Murielle J. Steven Walsh*
Jeremy A. Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjsteven@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**HOLZER & HOLZER, LLC**

By: */s/ Corey D. Holzer*
Corey D. Holzer (*pro hac vice*)
Marshall P. Dees (*pro hac vice*)

1

211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com
mdees@holzerlaw.com

*Co-Lead Counsel for Lead Plaintiff &
the Proposed Class*

2