Jennifer Pafiti (SBN 282790)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405 7190
jpafiti@pomlaw.com

Marshall P. Dees (*pro hac vice*)
Corey D. Holzer (*pro hac vice*)
HOLZER & HOLZER LLC
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392 0090
Facsimile: (770) 392 0029
mdees@holzerlaw.com
cholzer@holzerlaw.com

*Co-Lead Counsel for Lead Plaintiff Vladi Shaulov and the Proposed Putative Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02873-FMO-JPR<br><br>**(Consolidated)**<br><br>Case No. 2:21-CV-02879-FMO-JPR<br><br>Case No. 2:21-CV-03080-FMO-JPR<br><br>**DECLARATION OF COREY HOLZER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLARIFICATION OF THE COURT'S OCTOBER 4, 2024 ORDER DENYING DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S THIRD CONSOLIDATED AMENDED COMPLAINT** |

I, COREY DANIEL HOLZER, declare that:

1.     I submit this declaration in support of Lead Plaintiff's Motion for Clarification of the October 4, 2024 Order Denying Defendants' Motion to Dismiss Lead Plaintiff's Third Consolidated Amended Complaint.

2.     I have been admitted *pro hac vice* in *Blake v. Canoo Inc.*, in the United States District Court, Central District of California, No. 2:21-CV-02873. ECF No. 78.

3.     On October 4, 2024, the Court issued an Order denying Defendants' Motion to Dismiss without prejudice. ECF No. 140.

4.     On October 22, 2024, I left a voicemail message for David Klein, counsel for Defendants, regarding case management and scheduling.

5.     On October 29, 2024, having not heard from defense counsel, I followed up on my October 22, 2024 voicemail with an email to Mr. Klein reiterating that the parties needed to meet and confer regarding case management and scheduling. Mr. Klein responded in an email expressing his disagreement that the stay of discovery pursuant to the Private Securities Litigation Reform Act ("PSLRA") had ended and further advised that Defendants intended to file another motion to dismiss, and therefore believed it was premature to discuss case management and scheduling.

6.     On October 30, 2024, counsel for the parties engaged in a telephonic meet and confer to discuss their respective positions. During that call, Mr. Klein suggested the Joint Stipulation Continuing Scheduling Conference and 26(f) Report (*see* ECF No. 95) put off any obligations on the parties and suggested that any proceedings at this time are inconsistent with PSLRA, but he offered no case law for that proposition.

7.     On November 5, 2024, I emailed the defense counsel to follow up on our October 30, 2024 teleconference. I reiterated that Defendants are beyond their deadline to serve an answer to Plaintiff's complaint and explained that the language set forth in the prior stipulation in this case does not support Defendants' position.

8.     Furthermore, Plaintiff's November 5, 2024 email stated that since the parties disagree on the interpretation of the Order, Plaintiff intended to seek clarification

1

from the Court and requested that Defendants provide their basis for believing that the decisions in *Facebook, Inc. v. Amalgamated Bank*, No. 23-980 (U.S. filed Mar. 6, 2024) and *Nvidia Corp. v. E. Ohman J:Or Fonder AB*, No. 23-970 (U.S. filed Mar. 6, 2024) would have any bearing on this matter given the facts alleged.

9.    To date, defendants have not responded to Plaintiff's November 5, 2024 email.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on this 14th day of November, 2024, in Atlanta, Georgia.

/s/ Corey D. Holzer
Corey D. Holzer