**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | Case No. 2:21-cv-02873-FMO-JPR<br><br>**(Consolidated)**<br><br>Case No. 2:21-CV-02879-FMO-JPR<br><br>Case No. 2:21-CV-03080-FMO-JPR<br><br>**[PROPOSED] ORDER** |

WHEREAS, the Court has considered Plaintiff's Motion for Clarification and the Parties' briefing in response thereto, for good cause shown it is hereby ordered that:

1.  The Court clarifies that Defendant's shall serve an answer to the Third Consolidated Amended Complaint within 14 days of the entry of this order; and

2. The parties shall proceed with case management and scheduling of discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules.

SO ORDERED.

Dated:_____, 2024

_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA