Jennifer Pafiti (SBN 282790)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405 7190
jpafiti@pomlaw.com

Marshall P. Dees (*pro hac vice*)
Corey D. Holzer (*pro hac vice*)
HOLZER & HOLZER LLC
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392 0090
Facsimile: (770) 392 0029
mdees@holzerlaw.com
cholzer@holzerlaw.com

*Co-Lead Counsel for Lead Plaintiff Vladi Shaulov and the Proposed Putative Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | Case No. 2:21-cv-02873-FMO-JPR<br><br>**(Consolidated)**<br><br>Case No. 2:21-CV-02879-FMO-JPR<br><br>Case No. 2:21-CV-03080-FMO-JPR<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Lead Plaintiff Vladi Shaulov ("Plaintiff"), by and through his undersigned counsel, respectfully submits as supplemental authority in support of Plaintiff's Motion for Clarification [Dkt. No. 141] the recent per curiam opinion issued by the Supreme Court of the United States dismissing the writ of certiorari in *Nvidia Corp. et al. v. E. Ohman J:Or Fonder AB*, *et. al*. Case No. 23-970 as improvidently granted. *See* 2024 WL 5058572, at *1 (U.S. Dec. 11, 2024).

A copy of the opinion is attached hereto as Exhibit 1.

Dated: December 11, 2024

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Murielle J. Steven Walsh*
Jeremy A. Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjsteven@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**HOLZER & HOLZER, LLC**

By: */s/ Marshall P. Dees*
Corey D. Holzer (*pro hac vice*)
Marshall P. Dees (*pro hac vice*)
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com
mdees@holzerlaw.com

*Co-Lead Counsel for Lead Plaintiff & the Proposed Class*

1

## L.R. 11-6.2 Certificate of Compliance.

The undersigned counsel of record for Lead Plaintiff certifies that this brief contains 87 words, which complies with the word limit of L.R. 11-6.1.

## L.R. 5-4.3.4(a)(2)(i) Signature Certification

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: December 11, 2024

/s/ Marshall P. Dees
Marshall P. Dees (*pro hac vice*)