Case 2:21-cv-02873-FMO-DMK    Document 145-1    Filed 12/11/24    Page 1 of 1    Page
ID #:3626
NVIDIA Corporation v. E. Ohman J:or Fonder AB, --- S.Ct. ---- (2024)

2024 WL 5058572
Only the Westlaw citation is currently available.
Supreme Court of the United States.

NVIDIA CORPORATION, et al., Petitioners

v.

E. OHMAN J:OR FONDER AB, et al.

No. 23-970
|
December 11, 2024

**Opinion**

PER CURIAM.

 **\*1** The writ of certiorari is dismissed as improvidently granted.

It is so ordered.

**All Citations**

--- S.Ct. ----, 2024 WL 5058572 (Mem)

---

**End of Document** © 2024 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT 1

Page 3

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.