Mark C. Holscher (SBN 139582)
mark.holscher@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

David A. Klein (SBN 273925)
david.klein@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendants Canoo Inc.,
Tony Aquila, Ulrich Kranz, and Paul
Balciunas*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS, <br><br> Defendants. | Case No. 2:21-CV-02873-FMO-JPR <br><br> **(Consolidated)** <br><br> Case No. 2:21-CV-02879-FMO-JPR <br><br> Case No. 2:21-CV-03080-FMO-JPR <br><br> **NOTICE OF SUGGESTION OF BANKRUPTCY FOR DEFENDANT CANOO INC. AND AUTOMATIC STAY OF PROCEEDINGS** |

PLEASE TAKE NOTICE that on January 17, 2025, Defendant Canoo Inc. ("Canoo" or "Debtor"), and certain of its affiliates (collectively, the "Debtors")[1] filed voluntary petitions for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware. Canoo's Chapter 7 case (the "Chapter 7 Case") is currently pending in the United States Bankruptcy Court for the District of Delaware, bearing the case number 25-10094-BLS.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions "operates as a stay, applicable to all entities, of—"

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate; . . . [and] (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title . . . .

11 U.S.C. § 362(a).[2]

PLEASE TAKE FURTHER NOTICE that the Debtors reserve their rights to seek relief in the Bankruptcy Court for any violation of the automatic stay under Section

---

[1] The Debtors are: Canoo Inc; EV Global Holdco LLC; EV US Holdco Inc.; Canoo Technologies Inc.; Canoo Manufacturing, LLC; and Canoo Sales, LLC.

[2] Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case. The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

1

362(a) of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that additional information regarding the Chapter 7 Case may be obtained by reviewing the docket of the Chapter 7 Case, available electronically at https://ecf.deb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein, or by contacting counsel for the Trustee, Mark E. Felger, Cozen O'Connor, Address: 1201 North Market Street, Suite 1001, Wilmington, DE 19801, Telephone: (215) 605-8889, email: mfelger@cozen.com.

DATED:  January 21, 2025

Respectfully submitted,

Kirkland & Ellis LLP

 */s/ David A. Klein*
David A. Klein

*Attorneys for Defendants*

2