Jennifer Pafiti (SBN 282790)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405 7190
jpafiti@pomlaw.com

Marshall P. Dees (*pro hac vice*)
Corey D. Holzer (*pro hac vice*)
HOLZER & HOLZER LLC
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392 0090
Facsimile: (770) 392 0029
mdees@holzerlaw.com
cholzer@holzerlaw.com

*Co-Lead Counsel for Lead Plaintiff
Vladi Shaulov and the Proposed
Putative Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS, <br><br> Defendants. | Case No. 2:21-CV-02873-FMO-JPR <br><br> **(Consolidated)** <br><br> Case No. 2:21-CV-02879-FMO-JPR <br><br> Case No. 2:21-CV-03080-FMO-JPR <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF CANOO, INC. WITHOUT PREJUDICE** |

{00647195;3 }

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff Vladi Shaulov ("Lead Plaintiff") hereby voluntarily dismisses Canoo Inc. ("Canoo") from the above-entitled action without prejudice.  Canoo has filed neither an answer nor a motion for summary judgment.  This action shall continue against Defendants Tony Aquila, Ulrich Kranz, and Paul Balciunas.  Lead Plaintiff voluntarily dismisses Canoo without prejudice solely because, on January 17, 2025, Canoo filed in the United States Bankruptcy Court for the District of Delaware a voluntary petition for relief under chapter 7 of title 11 of the United States Code, Case No. 25-10094, and, as a result, an automatic stay applies to Canoo as a result of the bankruptcy.  Lead Plaintiff expressly reserves the right to rename Canoo as a defendant in this action and to reinstate the claims alleged, and to continue to pursue the remedies sought against Canoo at any time once the automatic bankruptcy stay is no longer in effect.

Dated: January 22, 2025

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Murielle J. Steven Walsh*
Jeremy A. Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjsteven@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**HOLZER & HOLZER, LLC**

By: */s/ Marshall P. Dees*
Corey D. Holzer (*pro hac vice*)
Marshall P. Dees (*pro hac vice*)
211 Perimeter Center Parkway

{00647195;3 }

1

Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com
mdees@holzerlaw.com

*Co-Lead Counsel for Lead Plaintiff & the Proposed Class*

{00647195;3 }

2

**L.R. 5-4.3.4(a)(2)(i) Signature Certification**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: January 22, 2025                    /s/ Marshall P. Dees
                                           Marshall P. Dees (*pro hac vice*)

{00647195;3 }                                3