Jennifer Pafiti (SBN 282790)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405 7190
jpafiti@pomlaw.com

Marshall P. Dees (*pro hac vice*)
Corey D. Holzer (*pro hac vice*)
HOLZER & HOLZER LLC
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392 0090
Facsimile: (770) 392 0029
mdees@holzerlaw.com
cholzer@holzerlaw.com

*Co-Lead Counsel for Lead Plaintiff Vladi
Shaulov and the Proposed Putative Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>                    Defendants. | **Case No. 2:21-CV-02873-FMO-JPR** <br>(**Consolidated**) <br><br>Case No. 2:21-CV-02879-FMO-JPR <br>Case No. 2:21-CV-03080-FMO-JPR <br><br>**DECLARATION OF MURIELLE J. STEVEN WALSH, ESQ., IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO EXTEND DEFENDANTS' DEADLINE TO FILE A RENEWED MOTION TO DISMISS THE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

## **DECLARATION OF MURIELLE J. STEVEN WALSH**

I, Murielle J. Steven Walsh, declare as follows:

1. I am a partner at Pomerantz LLP and am one of the attorneys representing Lead Plaintiff Vladi Shaulov in the above-captioned matter. I make this declaration in support of Lead Plaintiff's Opposition to Defendants' *Ex Parte* Application to Extend Defendants' Deadline to File a Renewed Motion to Dismiss the Consolidated Amended Class Action Complaint. Unless otherwise stated, the facts stated in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. On Friday, January 17, 2025, at 2:40 pm EST, counsel for Defendants emailed me and other counsel for Lead Plaintiff asking our availability "on Monday, January 20 or [the] weekend [before]" (*i.e.*, January 18-19) to "discuss the renewed motion to dismiss Lead Plaintiff's third amended consolidated complaint and the deadline for filing the renewed motion to dismiss," and failed to convey that they were under any urgent time constraints.

3. I responded by email that same day that there is no basis for filing a renewed motion to dismiss, given the Supreme Court's dismissal of *Facebook* and *Nvidia* as improvidently granted.

4. On January 20, 2025, I, along with other counsel for Lead Plaintiff, met with Defendants' Counsel via telephone.

5. During the call, counsel for Defendants refused to discuss the basis for a renewed motion to dismiss, instead requesting that Lead Plaintiff agree to an extension to file such a motion on the grounds that Canoo had filed for bankruptcy and counsel for Defendants intends to withdraw as counsel.

6. Defendants' counsel did not indicate that they needed a response on January 20, 2025 as to Lead Plaintiff's position on their request for an extension,

1

instead telling Lead Plaintiff's counsel to take some time to digest their request and get back to them by the following day.

7.    On January 21, 2025, I informed counsel for Defendants that Lead Plaintiff would not agree to such an extension, as Defendants have no basis to file a renewed motion to dismiss and Defendants failed to provide any justification otherwise.

8.    Nevertheless, I indicated Lead Plaintiff's willingness to work with Defendants on an appropriate and reasonable extension of time should any new deadlines arise in the future, provided that Defendants confirm they would not file a renewed motion to dismiss based on the Order.

9.    In response, counsel for Defendants indicated that they would be filing the *ex parte* application.

Executed this 23rd day of January 2025, in New York, New York.

**POMERANTZ LLP**

By: /s/ *Murielle J. Steven Walsh*
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
mjsteven@pomlaw.com

2