## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 21-2873 FMO (JPRx)** | Date | **January 24, 2025** |
|---|---|---|---|
| Title | **Samuel Blake v. Canoo Inc.**, **et** **al.** | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):          Attorney Present for Defendant(s):

None Present                    None Present

**Proceedings:          (In Chambers) Order Re: Further Proceedings**

Having reviewed the docket in this action, the court concludes as follows.  On October 4, 2024, the court denied defendants' motion to dismiss "without prejudice" in "light of the pending United States Supreme Court cases, Facebook, Inc., et al. v. Amalgamated Bank, et al., Case No. 23-980, and Nvidia Corp. et al. v. E. Ohman J:Or Fonder AB, et. al., Case No. 23-970, which [were] scheduled for oral argument in November, 2024." (See Dkt. 140, Court's Order of October 4, 2024).  The court permitted defendants to file a renewed motion to dismiss "that takes into account the Supreme Court's decisions in Facebook and Nvidia."  (Id.). The Supreme Court, however, dismissed Facebook and Nvidia as improvidently granted.  As such, a renewed motion is unnecessary.  Accordingly, IT IS ORDERED THAT:

1.  Defendants' Motion **(Document No. 130)** is hereby **reinstated**.[1]  The hearing on the Motion is scheduled for **March 20, 2025**, at **10:00 a.m.**

2.  Plaintiff's Motion for Clarification of the Court's Order of October 4, 2024 **(Document No. 141)**, and Defendants' Ex Parte Application to Extend Defendants' Deadline to File a Renewed Motion to Dismiss **(Document No. 147)** are **denied as moot**.

3.  In light of the Notice of Voluntary Dismissal (Dkt. 149), defendant Canoo, Inc. is hereby **dismissed** without prejudice.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |

---

[1]  The court will take into account the dismissal of Canoo, Inc.  (See Dkt. 149, Notice of Voluntary Dismissal of Canoo, Inc. Without Prejudice).