Jennifer Pafiti (SBN 282790)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405 7190
jpafiti@pomlaw.com

Corey D. Holzer (*pro hac vice*)
Marshall P. Dees (*pro hac vice*)
HOLZER & HOLZER, LLC
211 Perimeter Center Parkway,
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392 0090
Facsimile: (770) 392 0029
cholzer@holzerlaw.com
mdees@holzerlaw.com

*Attorneys for Lead Plaintiff Vladi Shaulov*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>Defendants. | Case No. 2:21-cv-02873-FMO-DMK<br><br>**(Consolidated)**<br><br>Case No. 2:21-CV-02879-FMO-JPR<br><br>Case No. 2:21-CV-03080-FMO-JPR<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT APPROVAL** |

JOINT STIPULATION TO STAY PENDING SETTLEMENT APPROVAL
CASE NO. 2:21-CV-02873-FMO-DMK

Lead Plaintiff Vladi Shaulov ("Lead Plaintiff") and Defendants Tony Aquila, Ulrich Kranz, and Paul Balciunas (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), by and through the undersigned counsel, hereby respectfully inform the Court that they have entered into an agreement in principle to settle the above-captioned action, and subject to the approval of the Court, stipulate as follows:

WHEREAS, on April 20, 2026, the Parties reached an agreement in principle to settle this action;

WHEREAS, the Parties are in the process of memorializing their agreement in a comprehensive written settlement agreement;

WHEREAS, the settlement agreement will expressly provide that Defendants make no admission of liability or wrongdoing, and an acknowledgment that each Defendant denies all claims or liability and/or wrongdoing;

WHEREAS, the settlement agreement will include all material terms associated with the full and final resolution of the entire action, including the dismissal of all claims against all Defendants;

WHEREAS, the settlement agreement shall specify that the settlement amount is not paid on Defendant Tony Aquila's behalf;

WHEREAS, the settlement is contingent upon the United States Bankruptcy Court for the District of Delaware in the matter captioned *In re Canoo Inc., et al.*, Case No. 25-10094 (Bankr. D. Del.) entering an order approving the payment of insurance policy proceeds under insurance policies for contribution to the settlement amount (the "Funding Order");

WHEREAS, Lead Plaintiff intends to file a motion for preliminary approval of the settlement following entry of the Bankruptcy Court's Funding Order and execution of the settlement agreement;

WHEREAS, the Parties have conferred and agree that it would serve the interests of efficiency and conserve resources to stay all proceedings in this matter, including all

discovery and case deadlines, pending finalization of the settlement documentation and the Court's ruling(s) on Lead Plaintiff's forthcoming motion(s) regarding approval of the settlement.

NOW, THEREFORE, Lead Plaintiff and Defendants, by and through their counsel of record, hereby stipulate and agree that:

1. All proceedings in this action, including all discovery and case deadlines, shall be stayed, with the sole exception of proceedings necessary to effectuate the settlement of this action.

2. Lead Plaintiff will file a motion for preliminary approval of the settlement shortly after entry of the Bankruptcy Court's Funding Order.

DATED: April 22, 2026

**POMERANTZ LLP**

*/s/ Murielle J. Steven Walsh*
Jeremy A. Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjsteven@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405 7190
jpafiti@pomlaw.com

**-**and-

**HOLZER & HOLZER, LLC**

Corey D. Holzer (*pro hac vice*)
Marshall P. Dees (*pro hac vice*)
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392 0090
Facsimile: (770) 392 0029
cholzer@holzerlaw.com
mdees@holzerlaw.com

*Attorneys for Lead Plaintiff Vladi Shaulov*

JOINT STIPULATION TO STAY PENDING SETTLEMENT APPROVAL
CASE NO. 2:21-CV-02873-FMO-DMK

DATED: April 22, 2026                    **KIRKLAND & ELLIS LLP**

*/s/ Mark C. Holscher*
Mark C. Holscher (SBN 139582)
David A. Klein (SBN 273925)
Edward Hillenbrand (SBN 310872)
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
mark.holscher@kirkland.com
david.klein@kirkland.com
edward.hillenbrand@kirkland.com

*Attorneys for Defendants Tony Aquila,
Ulrich Kranz, and Paul Balciunas*

JOINT STIPULATION TO STAY PENDING SETTLEMENT APPROVAL
CASE NO. 2:21-CV-02873-FMO-DMK

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: April 22, 2026                          **POMERANTZ LLP**

*/s/ Murielle J. Steven Walsh*
Murielle J. Steven Walsh

*Attorneys for Lead Plaintiff Vladi Shaulov*

JOINT STIPULATION TO STAY PENDING SETTLEMENT APPROVAL
CASE NO. 2:21-CV-02873-FMO-DMK