## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 21-2873 FMO (DMKx)** | Date | **July 30, 2026** |
|---|---|---|---|
| Title | **Samuel Blake v. Canoo Inc.**, <u>et al.</u> | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa FIgueroa | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Irina Vasilchenko<br>Marshall P. Dees | Mark C. Holscher<br>Edward Hillenbrand<br>David A. Klein |

**Proceedings:**     **Unopposed Motion for Entry of an Order Preliminarily Approving Settlement and Establishing Notice Procedures [167]**

Court and counsel confer regarding the status of the case and the pending motion.

For the reasons stated on the record, the Unopposed Motion for Entry of an Order Preliminarily Approving Settlement and Establishing Notice Procedures (Dkt. 167) is denied without prejudice.  Plaintiff shall re-file their motion, correcting the deficiencies stated on the record, no later than **August 27, 2026**.[1]

|  | 00 | : | 35 |
|---|---|---|---|
| Initials of Preparer | | vdr | |

---

[1] With respect to the Release, the parties should review the releases in <u>Trampe v. CD Projekt S.A.</u>, CV 20-11627 FMO (RAOx) (Dkt. 77) and <u>Longo v. OSI Systems, Inc.</u>, CV 17-8841 FMO (SKx) (Dkt. 125-4).  Although those releases are a little longer than what is needed, they are far more concise and less complicated than the release language proposed by the parties in this case.